U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 JUN 6 PM 12 02

BY _____CLERK_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Damian J. Renzello
Plaintiff(s)

vs.      Civil Action No. 1:05-CV-153

Michael E. Nelson
Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him/her to file this action in forma pauperis without prepayment of fees and costs or security therefore because as the attached affidavit indicates, he/she is unable to pay such costs or give security therefor.

Dated at East Montpelier., Vermont, this 6 day of June, 2005

_____
Plaintiff

(Rev. 2/00)