```
Michael E. Nelson                          The Honorable Judge J. Garvan Murtha
Pro-Se/Pro-Per
4075 South Durango Road
Suite # 111-57
Las Vegas NV  89147
702-932-3434

US District of Vermont


Damian J. Renzello,              )  Case No.: 1:05-cv-153
                                 )
          Plaintiff,             )  MOTION to Request Court to Order
                                 )  Plaintiff to Properly Address
     vs.                         )  Defendant in Communications through
                                 )  USPS - Without Insinuation of
Michael Nelson,                  )  Threat(s)
                                 )
          Defendant              )
                                 )
```

## MOTION to Request Court to Order Plaintiff to Properly Address Defendant in Communications through USPS - Without Insinuation of Threat(s)

NOW COMES, Defendant, Michael Nelson, Pro Se, via this SPECIAL APPEARANCE and does hereby file this MOTION to Request Court to Order Plaintiff to Properly Address Defendant in Communications through USPS - Without Insinuation of Threat(s).

WHEREAS, Plaintiff, Damian J. Renzello, has finally responded to Paper 22, Defendant's Motion to Dismiss, as the Plaintiff's allegation of Poverty is UNTRUE, AND the Plaintiff has committed PERJURY, false swearing, violations of the False Claims Act, actual and constructive fraud against the Court, the American Tax Payer and the Defendant.  The Plaintiff's dual filing, papers 39 and 40, (actually the SAME Document) were sent to the Defendant at the Defendant's address listed with the Court.

MOTION to Request Court to Order Plaintiff to Properly Address Defendant in

Communications through USPS - Without Insinuation of Threat(s) - 1

WHEREFORE, Plaintiff, Damian J. Renzello, in mailing papers 39 and 40 (SAME Document), one set received by the Defendant, in mailing of this document Plaintiff, Damian J. Renzello, purposefully and maliciously with intent to incite fear, confusion, and continue his tirade of making the Defendant feel increased apprehension of immediate danger and imminent harm, coupled with the Plaintiff's continued telephonic harassment and most recently the Plaintiff's POSTINGS to INTERNET websites directed attacks on the Defendant and his FAMILY.

Exhibit A, annexed hereto and incorporated herein by reference is a true and correct photo-copy of the Priority Mail package sent to the Defendant containing one copy of what the Court now calls, papers 39 and 40. The Defendant draws attention to the Address Line regarding the Defendant wherein the Plaintiff, Damian J. Renzello, writes: "Michael Nelson 'DB'". Defendant submits he has NEVER gone by the name "DB", nor any other abbreviation thereof.

Defendant submits to the Court the Plaintiff's purpose of the "DB" following the Defendant's name on Exhibit A, annexed hereto and incorporated herein is meant as a means of intimidation and the Defendant believes refers to:  DB = DEAD BOY or DEAD BROTHER.  This type of purposeful and willful intimidation on mailings sent to the Defendant MUST BE STOPPED via COURT ORDER.  The Defendant has not made or attempted to make threats to the Plaintiff, whereas the Plaintiff, has and continues to unfairly, improperly and most likely illegally influence the proceedings through a series of insinuations and directed threats eluding to physical violence against the Defendant, who has exposed the Plaintiff for his PERJURY and FRAUD against

the Court and the American Tax Payer including without limitation the Defendant.

More recently on the 28th Day of January 2006, although, the Plaintiff requests in papers 39 and 40, that the Court Order the Defendant barred from speaking to the news media the Plaintiff has caused to be published on the world wide web (Internet) a series of statements, some of which are aimed directly at the FAMILY of the Defendant.  These statements taken in their totality indicate the Plaintiff means to disrupt the internal NON-relevant to the Cause at hand communications of the, Nelson and Goodrich families, more specifically the Plaintiff's communications via the Internet in website postings appear to be aimed directly at the ONLY brother of the Defendant and at four of the Defendant's cousins, in addition to directed statements aimed at unfairly, improperly and illegally directing the Plaintiff's uncontrollable anger and hostilities which have in the past resulted in acts of physical violence by the Plaintiff and/or cohorts/associates in the employ of the Plaintiff or his "brother" John Fiore.

Taken in their totality Exhibit A, the Plaintiff's superlative addition to the address line of the USPS communications to the Defendant, and his more recent public and purposeful disruption in the private family affairs of the Defendant give rise for the Defendant to have increased apprehension of imminent fear of physical violence to the person of the Defendant and more real and SCARY to members of the Defendant's immediate and extended family.

WHEREFORE, the Defendant submits averment regarding Exhibit A, annexed hereto and incorporated herein, together with information relating to Plaintiff, Renzello's more recent, bizarre, highly unpredictable, and certainly erratic behavior directing insinuations of threats via the Internet

to the Defendant and his family members REQUIRES in the interests of Justice, and prevention of obstruction of Justice, immediate exparte order of the Court preventing the Plaintiff from unfairly, improperly and/or illegally influencing the proceedings through the non-necessary inclusions of statements aimed at the Defendant's family and ESPECIALLY statements and insinuations sent through the United States Postal Mail System.  These types of direct and indirect threats and unfair and undue influence of legal proceedings MUST be protected against through the use of Federal Laws which govern postal mail sent from a US address to a US address domestically.  The Plaintiff's actions give rise to that of terrorist threats communicated through the United States Postal System.

   Defendant respectfully requests protection, although this court does not maintain personal nor subject matter jurisdiction over the Defendant nor the matter of complaint of the Plaintiff.  The Defendant knows and understands if the Court follows the RULES of the Court both FRCP and L.R. this case will soon be dismissed; however, in the meantime while the Defendant and Plaintiff await dismissal per the Defendant's paper 22; there are additional opportunities for the Plaintiff, to intimidate the Defendant and his family through the US MAIL.  These opportunities and unfair influence of the Defendant and third parties MUST be stopped forthwith in the interests of JUSTICE and equality within the proceedings.  This is a most interesting and severe situation wherein the Court does not maintain jurisdiction in the matter, and must as a matter of law dismiss the matter per paper 22, the Opposition by the Plaintiff which admits to assertions of fact in paper 22 and the Reply Memorandum from the Defendant to the Opposition filed by the Plaintiff regarding paper 22.  To ultimately allow the Plaintiff's

MOTION to Request Court to Order Plaintiff to Properly Address Defendant in Communications through USPS - Without Insinuation of Threat(s) - 4

continuation of unfairly, improperly and most illegally influencing the proceedings through insinuations of threats in US postal mailings certainly gives rise to obstruction of justice, and violations to other rights of the Defendant. The Defendant has a right to fairness within the court and the Defendant has a right to receive mailings MINUS insinuations and threats. The Defendant respectfully prays for relief in this matter and prevention of more unfair, improper and illegal; erratic and bizarre behavior of the Plaintiff directed at the Defendant and his family.

Respectfully Submitted,

Dated this 2 day of Feb., 2006

*[signature]*

4075 South Durango Road
Suite # 111-57
Las Vegas NV  89147
702-932-3434
Michael E. Nelson
Pro-Se/Pro-Per

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing has this day, 2 of Feb, 2006, been forwarded to counsel of record by U.S. Mail, postage prepaid, ie:

Damian J. Renzello
1325 US Route 14 South
East Montpelier Vermont 05651

*[signature]*
_____
Signature of Defendant Michael E. Nelson, Pro-Per, Pro-Se

MOTION to Request Court to Order Plaintiff to Properly Address Defendant in Communications through USPS - Without Insinuation of Threat(s) - 5

# EXHIBIT

# A

(USPS mailing to Defendant from Plaintiff…showing insinuation of threat)

Exhibit "A"



**From:** Damian Renzello
1325 VT Rte 14
E. Montpelier, VT 05651

**TO:** Michael Nelson "DB"
4075 So. Durango Rd. Suite 111-57
Las Vegas, NV 89147

JAN 20, 06
$4.05