| | | |
|---|---|---|
| 1 | Michael E. Nelson | The Honorable Judge J. Garvan Murtha |
|   | Pro-Se/Pro-Per | |
| 2 | 4075 South Durango Road | |
|   | Suite # 111-57 | |
| 3 | Las Vegas NV  89147 | |
|   | 702-932-3434 | |
| 4 | | |
|   | US District of Vermont | |
| 5 | | |
| 6 | Damian J. Renzello, | ) Case No.: 1:05-cv-153 |
|   | | ) |
| 7 |         Plaintiff, | ) Memorandum of Exhibits Annexed Hereto |
|   | | ) Motion - Outline of Exhibits A |
| 8 |   vs. | ) through D to follow |
|   | | ) |
| 9 | Michael Nelson, | ) |
|   | | ) |
| 10 |        Defendant | ) |
| 11 | | |

**Memorandum of Exhibits Annexed Hereto Motion - Outline of Exhibits A through**

**D to follow:**

This Memorandum is to outline the Exhibits A through D to follow which are referenced herein the Motion filed wherein this Memorandum is made a part thereof the Motion, regarding Plaintiff, Damian J. Renzello's ongoing pattern of deception, purposeful and willful PERJURY, false swearing, false claims and most seriously actual and constructive fraud against the American People specifically the American Tax Payer, who is paying Federal Income Tax, expecting the United States Federal Government to properly manage the funds it receives from the general populous.  The American Tax Payers must be outraged at Federal Judge J. Garvan Murtha's decision to allow a man with multiple expensive vehicles including without limitation a luxury motorcycle to proceed in a frivolous malicious Federal Court Litigation without being required to pay fees or give security therefore where the Plaintiff, Damian

1  J. Renzello obviously could pay the fees and/or give security therefore.

2  Judge J. Garvan Murtha's miss-use of Federal Income Tax dollars from the

3  American Tax Payer is a most serious action; believed taken to use his

4  position of influence and power to exact personal revenge against the truly

5  impoverished Defendant.

6           <u>OUTLINE OF EXHIBITS A through D to Follow:</u>

7

8           A - 3 pages from Wilkins Harley Davidson Website

9           B - Photo1 of Damian J. Renzello on 2005 Harley

10          C - 14 Pages of Source Code of Exhibit A

11          D - Photo2 of Damian J. Renzello on 2005 Harley, with

12              embedded statement: "By: Damian J. Renzello 01-25-06"

13

14     EXHIBIT A:

15          Three pages, printed from the Website:  www.WilkinsHarley.com

16          On page 1, of three of Exhibit A, top left hand corner (circled)

17  clearly shows DAMIAN RENZELLO (the Plaintiff in the above captioned matter)

18

19     EXHIBIT B:

20          One page, picture of Damian J. Renzello, Plaintiff, sitting upon

21  his BRAND NEW Harley Davidson Luxury VROD Motorcycle, showing off what the

22  Defendant can only surmise is another "rip-off" innovation which Renzello is

23  attempting to pass off as his own, a so called "Snow Rod", certainly

24  Renzello's ability to DEFRAUD the UNITED STATES OF AMERICA FEDERAL GOVERNMENT

25  out of money and resources has allowed Plaintiff Renzello to have too much

    free time to toy around with what Federal Judge J. Garvan Murtha seemingly

1  allows to be the "toy" of a pauper, a brand-new Harley Davidson VROD
2  Motorcycle.
3
4      EXHIBIT C:
5          Fourteen (14) pages, the source code to the website page shown in
6  printed material as referenced herein above this memorandum of explanation of
7  Exhibits and incorporated herein this Motion, EXHIBIT A, above is the page of
8  the website which this EXHIBIT C, is a true and correct copy of; on page six
9  (6) of this EXHIBIT C, (Circled), Plaintiff, Damian J. Renzello's name
10 appears TWICE. The Defendant realizing that the Court cannot simply accept
11 printed-out web-pages, has provided not only the printed out web-pages
12 themselves, but also supplies a true and correct copy of the source code, as
13 taken via IA spider archives, and two other third party corroborating
14 entities as approved by US Federal Court of Appeals for authentication of
15 information displayed on the World Wide Web, a.k.a. the Internet. The
16 Defendant will expect the highest standards of authentication regarding
17 information claimed by either party to have been posted on the Internet or
18 purportedly sent via Electronic Mail. Especially given the millions of
19 dollars spent annually by the United States government using the very
20 technology the Defendant employs to authenticate the content and nature of
21 electronic communications.
22
23     EXHIBIT D:
24         One page, a picture AGAIN of Plaintiff, Damian J. Renzello,
25 sitting upon his 2005, Harley Davidson VROD luxury motorcycle, purchased just

six weeks (LESS THAN TWO MONTHS) before his claim of POVERTY to the Court, as
Memorandum of Exhibits Annexed Hereto Motion - Outline of Exhibits A through

D to follow - 3

1  referenced in Paper 22, Defendant's Motion to Dismiss, Plaintiff, Renzello
2  has committed wide-spread PERJURY and successful actual and constructive
3  fraud against the Court, the Defendant and the American Tax Payer through his
4  deliberate, willful and certain purposeful FRAUD in writing after being duly
5  (properly) sworn (under oath) on a Court APPROVED, SANCTIONED, ADOPTED and
6  PROVIDED AFFIDAVIT wherein Renzello attested to all the statements made
7  therein to be complete and TRUTHFUL, yet if the Court had been made aware the
8  Plaintiff JUST LESS THAN TWO MONTHS prior to his claim of POVERTY, had
9  purchased at 15,000 DOLLAR PLUS (meaning the cost and taxes of the Luxury
10 Motorcycle is believed MORE THAN 15,000 dollars) the Court most likely would
11 have required some sort or kind of security and most likely if the COURT
12 (meaning Federal Judge J. Garvan Murtha) had any respect for the hard working
13 men and women of America and the starving children and freezing Senior
14 Citizens seeking fuel assistance etc. the Judge and the Court would not have
15 approved Plaintiff, Damian J. Renzello's ridiculous claim of POVERTY.
16      Defendant notes EXHIBIT D, even states embedded within the picture
17 itself: "By: Damian J. Renzello 01-25-06"; a picture entitled: "Snow Rod".
18 The Defendant speaking as sarcastically as possible is really glad that Judge
19 J. Garvan Murtha has the power to spend the Defendant's Federal Income Tax
20 Dollars and the Federal Income Tax Dollars of the Defendant's fellow
21 American, fighting the Defendant who is truly impoverished while allowing a
22 FRAUD and PERJURES Plaintiff to have "too much time" on his hands to fool
23 around with his "toy" of a pauper.
24      Defendant NOTES, for the record that the EXHIBIT D, also clearly shows
25 Plaintiff, Renzello's "new" SUV (Special Utility Vehicle) a suburban, in the
   background and prima facie evidence being presented therein the picture

Memorandum of Exhibits Annexed Hereto Motion - Outline of Exhibits A through

D to follow - 4

1  demonstrates another automobile, most likely omitted from Plaintiff's
2  Affidavit as well.
3
4
5
6
7                              Respectfully Submitted with Motion,
8                              Dated this ___ day of February, 2006
9
10
11
12                                    _____
                                      4075 South Durango Road
13                                    Suite # 111-57
                                      Las Vegas NV  89147
14                                    702-932-3434
                                      Michael E. Nelson
15                                    Pro-Se/Pro-Per
16
17
18
19
20
21
22
23
24
25

Memorandum of Exhibits Annexed Hereto Motion - Outline of Exhibits A through

D to follow - 5