

Mike Nelson Pro Se
4075 South Durango Road
Suite 111-57
Las Vegas NV 89147



Plaintiff: Damian Renzello
Defendant: Mike Nelson

Assigned Federal Jurist: Hon. John Garvan Murtha - US District of Vermont

Case Number: 1:05-cv-00153-jgm

## Memorandum Regarding NOTICES of APPEAL and Instructions of Chief of Operations Jeff Eaton and Other Officers of the United States District of Vermont

I Mike Nelson ProSe under Special Appearance before this Court do hereby file the following Memorandum Regarding NOTICES of APPEAL and Instructions of Chief of Operations Jeff Eaton and Other Officers of the United States District of Vermont.

As previously plead and duly filed I am in constant FEAR of imminent bodily injury from Renzello, Fiore and those working in concert therewith. I have been intimidated via filings sent via USPS with death threats on US Postal Packing Materials as annexed to Paper 72, which appear to be intimidation tactics stripped from the movies.

Having previously notified the Court of my absence from the Country and ability to accept US Postal Mail to in part to commitments to other governmental officers, I did not receive the Order Paper 110 until late late July 2006, I promptly phoned the Court after several legal experts were unable to determine what the court is attempting to convey or wants at this point. I was notified that I could NOT appeal until I spoke with Chief of Operations Jeff Eaton. I was informed the STAY issued by Judge John Garvan Murtha suspends all time lines until the END of the STAY period thereby presenting me with time to figure out what to do. Jeff Eaton was unavailable until nearly mid August.

After speaking with Mr. Eaton, Chief of Operations for the US District of Vermont, I was informed the US District of Vermont NO LONGER has jurisdiction in this matter, I am still unsure if this is the case. I questioned Mr. Eaton with witnesses present via telephone regarding the numerous denials of other lawfully filed motions in this cause. Mr. Eaton indicated via direct statement that the NOTICING of APPEAL via



(1)

a letter sent in March also covers these denials as they are inclusive of the total appeal of Paper 110; however given the differing natures of the Motions filed and the totality of the Jurist John Murtha's opinion and order Denying without review numerous motions and filings I am herein filing NOTICES of APPEAL to each be taken as SEPARATE timely filed NOTICE of APPEAL for Appeal to the US Second Circuit Court of Appeals, and with the request and so noting the US Court of Appeals for the second circuit allows for Oral Argument on each appeal, again so noting the request and thus demand of the Defendant for Oral Argument on each individual NOTICE of Appeal and thus Appeal of the individual Orders of the Court in the denial of numerous lawful motions many of which would move this case to dismissal / termination and/or would greatly affect the outcome of the case.

There are NINE-TEEN (19) separate and distinct NOTICES of APPEAL included in this delivery to the US District Court of Vermont for filing in this above herein captioned matter. EACH of these NOTICES of APPEAL must be separately docketed and appropriately entered to this cause and then properly pursuant with the rules and orders and laws forwarded to the US Court of Appeals for the Second Circuit together with my formal notification and request for separate oral argument on each of the NOTICES of APPEAL.

While I understand the US District of Vermont makes up it's own rules and certainly NOW KNOW for absolute Certainty that Judge John Murtha is NOT even consulted with prior to decisions by the Clerks as to what gets filed and what does not and when. I herein formally request pursuant with the NOTICING OF APPEALS each of the included herein this delivery of documents to the Court be separately entered and docketed as a NOTICE of APPEAL just as Paper 114, which is a premature NOTICE of APPEAL and does not completely nor fully set forth the reasons for the necessity of each appeal as does each of the 19 NOTICES of APPEAL now being appropriately and timely

NOTICED to the US District of Vermont pursuant with the STAY period and under the Instructions of Chief of Operations Jeffery Eaton for the US District of Vermont.

Also, communicated herewith this Memorandum and the included BUT NOT attached nor annexed 19 (NINE-TEEN) NOTICES of APPEAL is a Memorandum and Request regarding CONTACT and Communications by Renzello in believed violation of Paper 110 and requests to the Court for what to do.

Sincerely,

Mike Nelson
Pro Se

I certify I have mailed a true and correct copy of the foregoing to the Mailing address and name Damian J. Renzello the Perjurer Plaintiff in this matter to the address postage paid mail to: Damien J. Renzello 1325 Route 14 South East Montpelier Vermont 05651, which the Perjurer Plaintiff claims to be his mailing address by virtue of having sent mail to me from this address during these proceedings.

Mike Nelson
Pro Se
4075 South Durango Road
Suite # 111-57
Las Vegas NV 89147