UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Damian J. Renzello,          :
        Plaintiff            :
                             :
    v.                       :    File No. 1:05-CV-153
                             :
Michael E. Nelson,           :
        Defendant            :

AMENDED ORDER ON STAY;
DISCOVERY AND PRETRIAL CONFERENCE ORDER

In view of correspondence received from counsel for the plaintiff and the defendant, the Order filed December 13, 2006 (Paper 150) ("December Order") is amended as follows:

The Court lifts the stay which it originally imposed on July 11, 2006 (Paper 110) for the purpose of allowing the parties to explore a resolution of their differences.  Until further notice, the Court will not accept any filings or pleadings from the parties.

1.   Paragraph 1 of the December Order, including subparagraphs (a), (b), (c) and (d), is VACATED.

2.   Paragraph 2 of the December Order is VACATED.

3.   A Rule 16 pretrial conference is scheduled for Tuesday, February 27, 2007, at 10:30 a.m. in Brattleboro, Vermont.  The attorney and the parties are ordered to appear in person at the pretrial conference for the purposes of:

        (a)  expediting the disposition of the action;

(b)   establishing early and continuing control so that the case will not be protracted because of lack of management;

(c)   discouraging wasteful pretrial activities;

(d)   improving the quality of the trial through more thorough preparation, and

(e)   facilitating the settlement of the case,

See Fed. R. Civ. P. 16(a), including mediation with the Magistrate Judge of this District.

At or after the pretrial conference, the Court will issue an order establishing, among other matters, (1) a mediation date (Early Neutral Evaluation), (2) a deadline for the filing of pleadings, (3) discovery deadlines, (4) motion deadlines, and (5) a trial ready date.

The parties are reminded that they are to act in good faith and civilly with each other.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 4th day of January, 2007.


/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge