s your business ready to commit to customer satisfaction?    Watch the video now!

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Ripoff Report Verified Business Directory™

Don't let them get away with it.® Let the truth be known!™




| Home | Help | | | | | | | Register to File a Report | Login |

Total Visits since 1998: **8,882,204,691**    Estimated money Consumers saved since 1998: **$15,543,858,209.77**    Reports filed: **1,857,655**

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | Company Name or Report #

■ Ripoff Report protects consumers first amendment right to free speech    Review Latest Reports    Advanced Search    Browse Categories



Report: #624987

# Complaint Review: Porta Rinx and Damian J. Renzello

### Related Reports

Frederick J. Hanna & Associates Entire paycheck held -- i can't eat or get home! Marietta Georgia

Terry Jerome Short TERRY J SHORT (CREEP) STEALING FROM POOR, ELDERLY, DISABLED Columbus Georgia

J&J movers Picked up my Harley in Nova Scotia on july10 and no one will answer me about delivery in calgary . it s sept 9 now had to get the police involved . worst company i ve ever delt with . these people are not cape able of delivering pizza let alone anything else . Do Not Use This Company Toronto Ontario

Executive Travel Holdings, Inc Mozendi.com; ExecutiveTravelLink.com; ExecutiveTravelHoldings.com; HotelOnTheGo.com; BedBanksOnline.com; Howard A. Dixon, CEO; Pauline J. Wright, President Howard A. Dixon & Pauline J. Wright, Con-Artist running scams with criminal records Altamonte Springs Florida

The Law Office of Craig J. Ehrlich, LLC Law Office of Craig J. Ehrlich, LLC Craig J. Ehrlich, Esq." Unprofessional Atlanta Georgia

Allstate Insurance of Sterling, Virginia J & J Insurance Beware Sterling Virginia

Mario Ruiz Sanchez Mario J. Ruiz Mario Jesus Ruiz Mario Jesus Ruiz Sanchez KNOWN CROOK AND CON ARTIST Los Angeles California

investigateinfidelity.com j & j investigations 3550 park st north Petersburg FL Beware... This

**Submitted:** Mon, July 19, 2010    **Updated:** Thu, March 22, 2012
**Reported By:** Another Renzello Victim — **Central Vermont Vermont** United States of America

Porta Rinx and Damian J. Renzello
1365 Pedophilia Lane
Barre, Vermont
United States of America

**Phone:** 8024791880
**Web:** www.portarinx.com
**Category:** Sporting-good Manufactures

## Porta Rinx and Damian J. Renzello Porta Rink, PortaRinks, Damien Renzello, John Renzello, Frank Renzello, DJ Renzello, Bambini, Porta-Rinx and Bambini, My Buddy Inc., Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello is also Convicted Pedophile KEEP Children Away! Barre, Vermont

***REBUTTAL Individual responds: Dealing with a Sociopath**

***Consumer Comment: Mike Nelson**

***General Comment: This is a Bogus Report**

Like {5}    8+1 Recommend this on Google    Tweet {0}

REBUTTAL BOX™ | Respond to this Report!

( Add Rebuttal to this Report )    ( Arbitrate & Set Record Straight )





Advertisers above have met our strict standards for business conduct.

individual will take total advantage of any vulnerability he can to milk you of money. total scam st petersburg Florida

Christine J. Rice d/b/a Brite Express INC Book misleading described; seller refuses to take responsibility for her misdeeds Jericho New York

Uevolvlive, HOPE Hangout, Eric Golden, Eric J Golden The Man Steals Peoples Houses And Scams People. Don't Listen To Him Nationwide

**Featured Ripoff Reports**



John Brewington, Paladin Investigations Arizona-based private investigator, criminal record, who brags about his knowledge of the Internet and his ability to help anti-free speech plaintiffs (always unsuccessful) win their lawsuits. Mr. Brewington has a long history of his own legal problems, a criminal record and may be hiding from his creditors including the IRS. Chandler Arizona

July 13, 2014: Ripoff Report LAUNCHES FULL INVESTIGATION!!!



Sac County Iowa Prosecutor's Allegations Warrant Unprecedented Action from Ripoffreport.com

Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

**File New Report**     **Repair Your Reputation**



Damian Renzello is a scam artist of all scam artists. He plays like he is really nice and helpful but then just TAKES your money and time and gives you NOTHING!

← Is this **Ripoff Report** About you?

**Ripoff Report** A business' first line of defense on the Internet.

I knew something was up when he called us back and spent hours talking to our 10 year old daughter on the phone!

Then I found out Renzello is a CONVICTED Pedophile! YIKES! We called the police right away, unfortunately the cops in Vermont are kinda backwards and although they know Renzello has stolen from people here in his own backyard but also across the Nation and the Globe there is not much the cops can do, worse they have many investigations into Renzello for all sorts of weird things.

Renzello has been convicted of sexual assualts, PEDOPHILIA charges, under investigation for lewd and lavious conduct with a MINOR! Sodomy on a minor, indecent exposure! This guy and his boyfriend or whatever you call those transgendered transexuals some dude named Craig, or now Michelle of something were arrested for public indecent exposure infront of a child!

If your business is willing to make a commitment to customer satisfaction **Click here now..**

Does your business have a bad reputation? Fix it the right way. **Corporate Advocacy Program™**

**SEO Reputation Management at its best!**

THis guy was hitting on our 10 year old! This guy is nuts. [continued below]....

**Report Attachments:**



..... We said we did not want anything to do with him and then he said he was NOT going to refund our money!

WATCH OUT for this Psycho! Lets pray the police in the back woods of Vermont actually want to get these pedophiles off the street! Then again we have seen many cases in Vermont where convicted pedophiles go right back on the street in just months! YIKES!

This report was posted on Ripoff Report on 07/19/2010 10:18 PM and is a permanent record located here: http://www.ripoffreport.com/r/Porta-Rinx-and-Damian-J-Renzello/Barre-Vermont-00605/Porta-Rinx-and-Damian-J-Renzello-Porta-Rink-PortaRinks-Damien-Renzello-John-Renzello-624987. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Porta Rinx and Damian J. Renzello

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

[ Porta Rinx and Damian J. Renzello ] [Search]   Search Tips

**Report & Rebuttal**

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| [File a Rebuttal] | [File a Report] | [Get Started] |

**Ripoff Report LEGAL DIRECTORY**

**Business's (11)**
**Lawyers and Law Firms (5312)**
- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)



Paladin PI John F Brewington - Paladin Investigations: Ripoff Report Rejected EXTORTIONATE Demand from John F. Brewington - Ripoff Report rejected attempted blackmail refusing to Pay Brewington $100,000.00 for Silence, Chandler Arizona



The New "Digital Extortion" Is there a Ripoff Report on you?

Reputation Management SEO WARNING! They might contact you next!



BBB: What consumers need to know
20/20 exposes the real BBB

Past Featured Reports

Ripoff Reports


arman rugs Inflated specs for the rugs Santa Ana California


NL Construction Nathaniel Lewis Remodeling Scam Bowie Texas


FRANKLIN C. FISHER JR. EX CON, AZTEC OIL, CSI LLP, FLUID DYNAMICS LLC, FLUID LLC PETER WORKIN, FLAKE FORGED SIGNATURE ON MY PATENT INTEREST, TO TRANSFER OWNERSHIP HOUSTON Texas


Syndicated Equities / Richard Kaplan Caveat Emptor - Investors Beware -Or - Be Wary! Chicago Illinois

---

Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

**Updates & Rebuttals**

REBUTTALS & REPLIES:

| 0 | 2 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

#1 REBUTTAL Individual responds

## Dealing with a Sociopath

AUTHOR: Truthteller - (United States of America)
SUBMITTED: Thursday, March 22, 2012

Mike Nelson is obviously a sociopath. He has been arrested numerous times by the VT police. He also ripped off a nationally known VT country store, whom won in a court of law. If you check out Mr. Nelsons criterial, he also is not the intellect that he states he is. He fuels himself with the money he scams from others and the false lies he posts online. He is a true sociopath in its form. Have you checked out his webiste???? LMAO. Where he states hes here for the world. Yet he has no contact information. Not only that, regarding this ice skating rink posting he claims, notice how he first talks about saying the company is a rip off, then puts a child potentially being molested 2nd??? Thats odd. I know for sure if I thought a child molster was talking to my daughter of hours on the phone, my posting would first start off with that, and not start off talking about someone being a rip off. If you read his entire false posting, you can read hes lying.... If your child was being molested or talking on the phone to a child molester, dont you think you would 1st post that???? No, this warped idiot posts that a reputable business inventor from Vermont, rips people off. The only person that rips people off is Michael Nelson. Thats how for so many years he has gotten away with shit, due to having money that he scammed from others, he uses his money he scammed as power to get what he wants. Hes nothing but a peon. Even the univierisity he claimed to have earned a degree banned him from campus for threatening faculty and students??? Ah, you might want to do a google search on Michael Nelson. And from what I can see, he also got arrest, not that long ago for drunk and disorderly conduct. He, Michael Nelson is a sociopath and a scam artist. A person of high intellect, would never post something so backward as he did. Come on, if my kid was talking to a child molester for 5 hours on the phone, you really think I'd let the conversation go on for 5 hours #1, and #2, if I posted something about someone, you bet your butt the 1st thing I'd mention is the child molestation, not "some guy who makes ice skating rings takes your money and runs". NO, the only person that takes your money, runs, and makes up lies is Michael Nelson, whom I am sure is far from scholarly. And also, LMAO, if you look at Mr. Nelsons website he proclaims to help the world, yet there are all pictures of him fishing in the ocean, some self centered sociopath, I say! By the way, this is from Damien Renzellos high schook class mate who has not seen him since 1988. And I can assure you, hes the victim in this situation, If Michael Nelson was such a scholarly world savior, he wouldnt be waisting time making up false rumors, and slandering people, oh, and not getting tossed out of a prestigious university., Soon your scammed money you have in your hands will run out Mr. Nelson, and when it does, there are so many of us honest intelligent and scholarly (proof with college diplomas and even our college transcripts), lol, we are going to laugh our butts of at you, you complete idiot! Have a great evening. I am sure I pissed you off and you are red as a beet in the face, oh wait that must be from the booze you drink and keep getting arrested for drunk and disorderly conduct. LMAO! Only a true sociopath would get a cord struck within them by my post, and I am 100000% I got right to your nerve cord!

**Respond to this report!** ( File a Rebuttal )

---

#2 Consumer Comment

## Mike Nelson

AUTHOR: Jeff - (United States of America)
SUBMITTED: Wednesday, January 26, 2011

The guy that wrote this article is Mike Nelson, who runs fraudualent websites like

---

- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (11)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)
- Elder Law (77)
- ElectionCampaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)
- Entertainment & Sports (17)
- Environmental Law (43)
- Family Law (13)
- Finance (0)
- Government (14)
- Government Contracts (2)
- Health Care (1)
- Immigration (482)
- Indians & Native Populations (1)
- Insurance (90)
- Intellectual Property (526)
- International Law (33)
- International Trade (0)
- Internet Law (7)
- Investments (1)
- Labor & Employment (12)
- Legal Malpractice (92)
- Litigation (20)
- Media Law (1)
- Medical Malpractice (13)
- Mergers & Acquisitions (0)
- Military Law (5)
- Natural Resources (10)
- Occupational Safety & Health (0)
- Personal Injury (842)
- Products Liability (21)
- Professional Liability (0)
- Real Estate (361)
- Securities (169)
- Taxation (142)
- Technology & Science (0)
- Toxic Torts (0)
- Transportation (2)
- Trusts & Estates (368)
- White Collar Crime (1)
- Wills & Probate (7)
- Workers Compensation (242)
- Zoning, Planning & Land Use (10)

**Legal Services (32)**
- Arbitrators/Mediators (7)
- Automotive Expert Witnesses (0)
- Bail Bonds (0)
- Court Reporters (1)
- Electronic Data Discovery (1)
- Expert Witnesses (1)
- Forensic Experts (1)
- Jury Selection (0)
- Legal Assistants (8)
- Legal Speakers (2)
- Litigation Support (2)
- Medical Expert Witnesses (1)
- Other (14)
- Paralegal (5)
- Private Investigators (6)
- Process Servers (7)


Jonathan Ashley Pezzola Jon Pezzola Borrowed $60K and never paid it back and has not responded to multiple phone calls and texts Studio City California


Adrienne Lidicky, The Sunshine Child Yoga School burgundysheva, Age of Tarot, Age of Tarot & Metaphysical Services fraud, criminal, dangerous, psychic, yoga London Ontario


John O'Brien D Jay FireJohn O'Bryian Mr John O'Brien, a former employee of Vaughan Fire & Rescue Service, husband of Fatima O'Brien, as well as a resident of Vaughan and Kitchener, Waterloo used Kijiji to advertise a Macbook. I thought he was selling me a late 2011 15" Macbook Pro Retina, and he ended up giving me a 2008 13" Unibody Macbook! Kitchener, Waterloo Ontario


Fantazia Animations Never Delivered Product on which we paid in full LUDHIANA Internet


Health Choice Plus Pure Green Garcinia Superior Distribution/AZC Rude Obnoxious Customer Service, Dishonest Ripoff Company Mesa Arizona


PowerMan International Sohail Iqbal Manufacturers & Exporters of Boxing Gloves & Martial Arts Equipment Sialkot, Pakistan Sialkot, Pakist


1-800-DENTIST 1800DENTIST 1 800 DENTIST 1 800DENTIST ghetto dentist misleading Nationwide

Samyahmilan boutique The hair man, samyah carter Does not send hair, but takes money Philadelphia Internet


Unnur Fridriksdottir Scam Artist, Thief, Liar, Fake Paralegal, Emotionally Unstable, Bipolar, Suicidal BEWARE of Unnur Fridriksdottir Unethical Fake Paralegal Fashion Designer Handbags Los Angeles California

"the

Nelson Foundation". He has been sued by a Vermont Judge for this same thing, he is

banned from the Vermont Superior Court building in Montpelier he is also banned from

Norwich University (in which he claims a degree) . The downlow up here is that when

people say no to Mikes Gay sexual advances he then turns into super stalker and posts

bogus reports to try and mess with their lively hood. Please be Very Careful of this guy

do not have any contact with him or give him money, when first meeting him he seems

very educated but please dont be fooled this guy is a straight up pshycopath, Also

watch out for any websites that refer to "Micheal E Nelson" entrapenuar these are complete scams.

**Respond to this report!** (File a Rebuttal)

#3 General Comment

## This is a Bogus Report

AUTHOR: Jeff - (United States of America)
SUBMITTED: Tuesday, January 25, 2011

The author of this report is Mike Nelson, he has done this same thing to a judge in Vermont, he has been sued several times because of this. The statements about Damian are totally false I know him personally that is definatly not his picture. He has never come under investigation with the Attorny general of the state of Vermont. These things are very easy to look up, we have a sex registry and he is not listed and like i stated before that is not even a picture of him. Now onto the author of this article he knows this is complete bull EVERY bit of it, this Mike Nelson is not allowed in Montpelier Superior Court or Norwich University, he has been sued before and had a court order not to post these things, so Mike moved out of Vermont and continues writing these bogus claims against people that he feels in his mind have "done him wrong" to include the Vermont judge that presided over his case in which he did not rule in his favor.

**Respond to this report!** (File a Rebuttal)

## Report & Rebuttal

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| (File a Rebuttal) | (File a Report) | (Get Started) |

## Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

- Translators/Interpreters (0)
**Miscellaneous Business Services (19)**