Is your business ready to commit to customer satisfaction?  Watch the video now!

**Ripoff Report** | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...

Don't let them get away with it.® Let the truth be known!™

Ripoff Report Verified Business Directory™
See It Now

| Home | Help | | | | | | Register to File a Report | Login |

Total Visits since 1998: **8,882,204,691**   Estimated money Consumers saved since 1998: **$15,543,858,209.77**   Reports filed: **1,857,655**

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy | Company Name or Report #

■ Ripoff Report protects consumers first amendment right to free speech   Review Latest Reports   Advanced Search   Browse Categories



Best Sellers in Fishfinders
> Shop now

Report: #599357

# Complaint Review: Damian Renzello - Porta Rinx and Bambini 802-479-1880

**Related Reports**

Damian Langiano, Global Film Rights Ltd, Ties International - The Change Organisation - Reform Technologies, Gridline Communications Holdings, Inc., www.globalfilmrights.com Damian William Langiano Global Film Rights Ltd, Ties International, Reform Technologies, Gridline Co Stole money by Investment scam. Ponzi scheme. Scammer. Liar. Damian William Langiano. London. Damian, Dami, Film Producer, Film Scam artist, Scam Artist in the UK and USA London London, UK

Aspen Art Gallery. Damian Guillot Ron Agam grossly overpriced more than triple what my hometown gallery quoted Aspen Colorado

Damian Langiano. Global Film Rights Ltd, Ties International, Gridline Communications Holdings, Inc. Global Film Rights Ltd, Ties International, Reform Technologies, Gridline Communications Holdings, ! Global Film Rights Ltd, Ties International, Reform Technologies, Gridline Communications Holdings, Inc. Ponzi scheme. Scammer. Liar. Damian William Langiano. London. Damian, Dami, Film Producer, Film Scam artist, Scam Artist in the UK. liar, thug, Ponzi schemer and a real sexual pervert, London United Kingdom

Sandrine Chelly Sandrine Chelly Super Model International Victim of Harassment, Threats by stalkers named Damian Novel Valinsky New Jersey Los Angeles Las Vegas New York

myduckcommander.com Kelly Furniture 12 weeks since order placed and billed for camo chair; refuses contact now 802 no. is VT;

**Submitted:** Sun, May 02, 2010   **Updated:** Sun, May 02, 2010
**Reported By:** Stop Fraud in Vermont — **Montpelier Vermont** United States of America

Damian Renzello - Porta Rinx and Bambini 802-479-1880
1325 Route 14
Internet, Vermont
United States of America

**Phone:** 802-479-1880
**Web:** www.portarinxandbambini.com
**Category:** Sporting Goods

## Damian Renzello - Porta Rinx and Bambini 802-479-1880 Damian J. Products LLC, Porta-Rinx, Bambini, Bambini Revolution, My Buddy Inc., Damian Renzello Stole our Money - Ripped Our Family Off - Fraudulent Products - No Service - Watchout for Porta Rinx and Babmini by Damian Renzello Internet, Vermont

Like 0   8+1 Recommend this on Google   Tweet 0

**REBUTTAL BOX™ | Respond to this Report!**

( Add Rebuttal to this Report )   ( Aribitrate & Set Record Straight )
( File New Report )   ( Repair Your Reputation )



CHECK INTO CA$H
Payday Loans/Cash Advances
✓ 5 Min Application
✓ Up to $500
✓ Instant Approval

Advertisers above have met our strict standards for business conduct




Mr. Kelly cell is Hutchinson, KS internet:

DUCHANGE ET RICHE Anne Riche brusselsartsquare.com/rue Ernest Allard 451000 BrusselsPhone: +32 (0)2 512 42 18Mobile: +32 (0)479 83 37 03 This company is dishnest.... Dont be fooled in dealing with them.... most of their objects are fake... We would never deal with them ever again Brussels Internet

Aamco of olympia,Washington/ Damian Anderson Installed a USED wrecking yard trans instead of rebuilding my trans!!!! olympia Washington

GSI Court Services - Rob Jarrell, Bob Jarrell, & Chuck Thorpe Robert Jarrell, (941) 479-2503 Nice guys at first, but then left us hanging for thousands of dollars Indian Rocks Florida

Pioneer Services Yacine Brown; Donald Ackerman; Damian Last Name Unknown; Dean Myers They are an unscrupulous organization designed to defraud individuals. Kansas City Missouri



Damian

← Is this **Ripoff Report** About you?

**Ripoff Report** A business' first line of defense **on the Internet.**

Renzello with his mirage of companies including: Porta Rinx aka Porta Rink (which is generic term but he uses it as the name of his product, there are good ones out there which sell Porta Rinx, just NOT Damian Renzello), he also has companies like Bambini and Bambini Revolution and My Buddy Inc. and Business Card Exchange and more. This man ripped off our family for thousands of dollars!

We are not the only ones who have been taken by this crook, scam artist, ex-Felon with police reports on him mounting in more than a dozen states and people running scared from him and his violent gang like family, here is another link to others with problems with Damian J. Renzello of Montpelier Vermont:
http://citysquares.com/b/porta-rinx-the-bambini-419092

And yet another warning about this crook:

If your business is willing to make a commitment to customer satisfaction **Click here now..**

Does your business have a bad reputation? Fix it the right way. **Corporate Advocacy Program™**

**SEO Reputation Management at its best!**



### Report Attachments:

  

.....blogspot.com/2007/04/good-news-bad-judgment.html">http://civiletti.blogspot.com/2007/04/good-news-bad-judgment.html

We should have investigated Damian J. Renzello and his companies before we sent him money, but this scammer (con-man), is so convincing on the phone we trusted him and we lost, we hope you don't lose too!

A little about what we found with Damian Renzello while we were trying to get our money back from this scam artist. Damian Renzello and his "company" Porta Rinx and bambini have been in and out of court for more than 10 years! When you google Damian Renzello and the word fraud you get tons of reports. When you do a little research you find even the Vermont Attorney General has filed lawsuits about renzello! Here is an excerpt from one report: "few years prior to the lawsuit filed by My Buddy Inc. against Renzello and Damian J. Products for unjust enrichment; Renzello was at the center of an investigation and actions taken against him by the Vermont Attorney General; for violation of the Consumer Fraud Act, according to reports made by the Barre-Montpelier Times Argus newspaper. Stemming from Renzellos representations of a business enterprise which according to the Vermont Attorney Generals Office: his business name and his logo deceived consumers into thinking he (renzelo) was affiliated with the State. Debra L. Leahy, Assistant Vermont Attorney General speared headed the action stating: My concerns are that hes using the name of the state. Leahy went on to comment: It implies some kind of connection and there isnt any. In our opinion, that was a violation of the Consumer Fraud Act., stated Leahy who is believed daughter of Vermont US Senator and Senate Judiciary Chairman Patrick J. Leahy, who nominated presiding Judge Garvan Murtha. Deputy Secretary of State for the State of Vermont said Renzello was trying to capitalize on an appearance of affiliation with the state. According to the Times. He was clearly trading on the State of Vermont name stated Bristow. Renzello attempted to sue the State of Vermont the suit was immediately dismissed. Renzello was forced to admit consumer fraud and his fraudulent business operations ceased." This is by the Tax Payers against fraud, since it would appear though the Vermont Attorney General forced Renzello's fraudulent business practices to stop he has been involved in lawsuit after lawsuit and allegation of fraud and scam after scam, you can read the full lawsuit here: http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%20Rampant%20in%20Ve

This scammer claimed his products are part of the well respected Zamboni corporation,

**Featured Ripoff Reports**



**John Brewington, Paladin Investigations** Arizona-based private investigator, criminal record, who brags about his knowledge of the Internet and his ability to help anti-free speech plaintiffs (always unsuccessful) win their lawsuits. Mr. Brewington has a long history of his own legal problems, a criminal record and may be hiding from his creditors including the IRS. Chandler Arizona

July 13, 2014: Ripoff Report LAUNCHES FULL INVESTIGATION!!!



Sac County Iowa Prosecutor's Allegations Warrant Unprecedented Action from Ripoffreport.com

**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence





**Ripoff Report LEGAL DIRECTORY**
Business's (11)
Lawyers and Law Firms (5312)
- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)

tampering. Iowa Division of Criminal Investigation corruption.



Paladin PI John F Brewington - Paladin Investigations: Ripoff Report Rejected EXTORTIONATE Demand from John F. Brewington - Ripoff Report rejected attempted blackmail refusing to Pay Brewington $100,000.00 for Silence, Chandler Arizona

The New "Digital Extortion" Is there a Ripoff Report on you?



Reputation Management SEO WARNING! They might contact you next!

BBB: What consumers need to know



20/20 exposes the real BBB

Past Featured Reports

Ripoff Reports



arman rugs Inflated specs for the rugs Santa Ana California



NL Construction Nathaniel Lewis Remodeling Scam Bowie Texas



FRANKLIN C. FISHER JR. EX CON, AZTEC OIL, CSI LLP, FLUID DYNAMICS LLC, FLUID LLC PETER WORKIN, FLAKE FORGED SIGNATURE ON MY PATENT INTEREST, TO TRANSFER OWNERSHIP HOUSTON Texas

when in fact this little scam artist: Damian Renzello, is nothing more than some schmuck working out of a garage on a back road in Vermont. We have filed reports with the Vermont State Police and the local police as well as the BBB and Chamber of Commerce, we are encouraging the many dozens of people who have been scammed by this crook to file reports with the Vermont Attorney Generals Office as well maybe the Vermont Attorney General will shut down this scammer again.

It seems Renzello is always blaming the dozens of bad reports and news articles about him and his fraud on others, my wife and I tried tracking down some of the people Renzello blames the bad reports on and what we found is truly disturbing. We tried contacting this Mike Nelsen guy who renzello blames a lot of things on, however, this name seems to be extremely common almost like it is made up or just plain FAKE like Renzello's companies. We did track down a Mike Nelsen in Los Vegus and tried to find out what we could do together, the guy we found evidentially has been contacted many times about Renzello cause he was scared, this guy called the Police and then attorneys, stating he fears for his physical safety and and refused to even acknowledge whether or not he knew Renzello. Apparently Renzello threatens people whith physical violence and harm when he (Rezello) is backed into a corner and caught defrauding someone. I got a phone call from an attorney Marc Rubenstein asking me not to contact Mr. Nelsin any more citing concerns that I was not who I said I was, and he asked if I was Stephen Kingrea, some thug friend of Renzello's who has been harassing Nelsin. I even received a call from a Police Dective who was looking into how I tracked down Nelsin cause they have files and files of reports about how dangerous Renzello and his family are, this gave me great concern. I researched Renzello more and found that Renzello has physically threatened many people!

Seems Damian Renzello thinks of himself as a mafia like figure and a biker gang member, since he has pictures of himself on harleys all over the Internet. I downloaded some lawsuits about Renzello and found people have accused him of mafia ties through his brother, Renzello has threatened many people with violence. An officer in barre vermont wouldn't state on the record but said Renzello and his brother have been under investigation many times and they will eventually through the crooks in prison. I found Renzello and his brother committed arson and burned their pizzeria to the ground to collect insurance money, and they have threatened people to collect money for their many scam businesses. He appears to have a brother in law who uses a trucking company to run drugs. This guy is just one bad bad apple, from one bad bad apple tree of a family. As if the violence, arson, cash businesses, drug running and things are not bad enough apparently there are reports to keep Children away from Renzello! WOW, was I relieved to realize I did not let my kids go near this kook! Police departments have to keep an eye on this psycho path, the State of Vermont has filed lawsuits against him, there are dozens and dozens of reports on the Internet about him stealing peoples money, others are so afraid of him and his family they deny knowing him and call attorneys and police dectives when asked about Damian J. Renzello and his Porta Rinx and Bambini companies.

Now back to why we are writing this, we are concerned that no other family lose their money to Damian J. Renzello and no other family be victimized by this crooked scam artist the way our family has been. We are concerned by the information we have learend about this guys fraud and even more greatly concerned by the voilent tendancies this man has towards others and that he comes from an apparently violent family who uses force and threats to intimidate and steal.

It is bad enough to lose money to a crook who demands all the payment up front, but then to be threatened by him and learn many others have been threatened by him and then learn people are freightened of him and the police in several states have files about him and his family. But then to learn police in his own "backyard" fear having him around children! Legal documents in lawsuits describe weird twisted sexaul fantacies and relationships with transexuals and little boys, this guy Renzello is such a nut job someone needs to LOCK HIM UP!

Just incase others are really looking for an ice rinx or way to resurface it we wanted to let you know we found NiceRinx.com which seems like a great company and others who have had bad dealings with this scammer, fraudster, molester, crook Renzello have recommended other companies and have even told how renzello buys 200 dollar products and resells them for thousand and thousands of dollars! "there is a company Nice Rinx which has a great product http://www.nicerink.com I found the exact same

- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (11)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)
- Elder Law (77)
- ElectionCampaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)
- Entertainment & Sports (17)
- Environmental Law (43)
- Family Law (13)
- Finance (0)
- Government (14)
- Government Contracts (2)
- Health Care (1)
- Immigration (482)
- Indians & Native Populations (1)
- Insurance (90)
- Intellectual Property (526)
- International Law (33)
- International Trade (0)
- Internet Law (7)
- Investments (1)
- Labor & Employment (12)
- Legal Malpractice (92)
- Litigation (20)
- Media Law (1)
- Medical Malpractice (13)
- Mergers & Acquisitions (0)
- Military Law (5)
- Natural Resources (10)
- Occupational Safety & Health (0)
- Personal Injury (842)
- Products Liability (21)
- Professional Liability (0)
- Real Estate (361)
- Securities (169)
- Taxation (142)
- Technology & Science (0)
- Toxic Torts (0)
- Transportation (2)
- Trusts & Estates (368)
- White Collar Crime (1)
- Wills & Probate (7)
- Workers Compensation (242)
- Zoning, Planning & Land Use (10)

**Legal Services (32)**

- Arbitrators/Mediators (7)
- Automotive Expert Witnesses (0)
- Bail Bonds (0)
- Court Reporters (1)
- Electronic Data Discovery (1)
- Expert Witnesses (1)
- Forensic Experts (1)
- Jury Selection (0)
- Legal Assistants (8)
- Legal Speakers (2)
- Litigation Support (2)
- Medical Expert Witnesses (1)
- Other (14)
- Paralegal (5)
- Private Investigators (6)
- Process Servers (7)


Syndicated Equities / Richard Kaplan Caveat Emptor - Investors Beware -Or - Be Wary! Chicago Illinois


Jonathan Ashley Pezzola Jon Pezzola Borrowed $60K and never paid it back and has not responded to multiple phone calls and texts Studio City California


Adrienne Lidicky, The Sunshine Child Yoga School burgundysheva, Age of Tarot, Age of Tarot & Metaphysical Services fraud, criminal, dangerous, psychic, yoga London Ontario


John O'Brien D Jay Fire,John O'Bryien Mr John O'Brien, a former employee of Vaughan Fire & Rescue Service, husband of Fatima O'Brien, as well as a resident of Vaughan and Kitchener, Waterloo used Kijiji to advertise a Macbook. I thought he was selling me a late 2011 15" Macbook Pro Retina, and he ended up giving me a 2008 13" Unibody Macbook! Kitchener, Waterloo Ontario


Fantazia Animations Never Delivered Product on which we paid in full LUDHIANA Internet


Health Choice Plus Pure Green Garcinia Superior Distribution/AZC Rude Obnoxious Customer Service, Dishonest Ripoff Company Mesa Arizona


PowerMan International Sohail Iqbal Manufacturers & Exporters of Boxing Gloves & Martial Arts Equipment Sialkot, Pakistan Sialkot, Pakist

1-800-DENTIST 1800DENTIST 1 800 DENTIST 1 800DENTIST ghetto dentist misleading Nationwide


Samyahmilan boutique The hair man, samyah carter Does not send hair, but takes money Philadelphia Internet


Unnur Fridriksdottir Scam Artist, Thief, Liar, Fake Paralegal. Emotionally Unstable.

porta rinx product that this Renzello guy sells for thousands and thousands of dollars for just 200 dollars on Amazon.com!" Here is a link to where we found the report: http://www.coolest-gadgets.com/20061201/your-very-own-portable-ice-rink/

In conclusion we hope others won't be victimized the way we have been and hope there are others who will come out and speak against this crook, ex-Felon: Damian J. Renzello and help put this felon back behind bars. We were apprehensive about filing complaints fearing violent retailiation like others have been victimized by, but we feel after reading dozens and dozens of reports and trying to reach out to others who deny knowing Renzello and call police and attorneys when they hear his name we just knwo this is one bad bad apple from one bad bad apple tree of a family which needs to be stopped. Since Renzello already has Felonies and is under investigation in multiple states and others run scared of him and police know he is a DANGER to children and has weird sexual twisted desires with children we can only pray soon this scam artist will be locked behind bars!

This report was posted on Ripoff Report on 05/02/2010 08:01 PM and is a permanent record located here: http://www.ripoffreport.com/r/Damian-Renzello-Porta-Rinx-and-Bambini-802-479-1880/Internet-Vermont-05651/Damian-Renzello-Porta-Rinx-and-Bambini-802-479-1880-Damian-J-Products-LLC-Porta-Rinx-599357. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Damian Renzello - Porta Rinx and Bambini 802-479-1880

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

[Damian Renzello - Porta Rinx and Bambini 802-479-1880] (Search)   Search Tips

---

## Report & Rebuttal

| **Respond to this report!** | **Also a victim?** | **Repair Your Reputation!** |
|---|---|---|
| (File a Rebuttal) | (File a Report) | (Get Started) |

## Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

- Translators/Interpreters (0)
- **Miscellaneous Business Services (19)**