UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 OCT 17 AM 11:17

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| Damian J. Renzello, | ) | |
|     Plaintiff, *pro se* | ) | |
| | ) | |
| v. | ) | File No. 1:05-CV-153 |
| | ) | |
| Michael E. Nelson. | ) | |
|     Defendant | ) | |

### PLAINTIFF'S MOTION TO PROCEED *PRO SE*

NOW COMES Damian J. Renzello of East Montpelier, *pro se*, who files this Plaintiff's Motion to Proceed *Pro Se* in the above-captioned matter.

I have asked David Putter, Esq., my previous counsel in this case, to attest in a filing with the court that he has withdrawn from representing me.

Respectfully submitted on this the 16th day of October 2014,

_____
Damian J. Renzello
Plaintiff, *pro se*

Before me on this 16th day of October 2014 appeared the above-named person, who subscribed and affirmed to the truth of the document, and who did then subscribe and affirm that of his own free will and act he signed the document, which he then did in my presence.

_____
Notary Public

Commission expires on 2 / 10 / 2015

**GRETCHEN R. MAGINNIS**
Notary Public, State of Vermont
My Commission Expires Feb. 10, 2015