IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| DAMIAN J. RENZELLO, Plaintiff | : |
| | : Docket No. 1:05-CV-153 |
| v | : |
| | : |
| MICHAEL E. NELSON, Defendant | : |

### CERTIFICATE OF SERVICE

I hereby certify that the original(s) thereof being filed with the United States DISTRICT COURT FOR THE DISTRICT OF VERMONT, I served a true copy of this certificate and the following pleading (s) of the Plaintiff, Damian J. Renzello:

### SUBSTITUTION OF COUNSEL FOR THE PLAINTIFF

upon the other party of record by mailing the same, first-class mail, to said pro se party at the following address:

    Mr. Michael E. Nelson
    C/O the Nelson's
    P.O. Box 761
    Wakefield, RI 02880

Dated at Montpelier, Vermont, November 5, 2014.

                    The Plaintiff
                    Damian J. Renzello, Pro Se

                    By: _____
                    Damian J. Renzello
                    1325 Vt Route 14
                    Montpelier, VT 05651
                    Tel. (802) 479-1880

cc:   Clerk, USDC, VT
      Mr. Michael E. Nelson, *pro se*
      David Putter, Esquire