UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 NOV 21  PM 2: 38

CLERK

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| Damian J. Renzello, | ) | |
| Plaintiff, *pro se* | ) | |
| | ) | |
| v. | ) | File No. 1:05-CV-153 |
| | ) | |
| Michael E. Nelson. | ) | |
| Defendant | ) | |

### CERTIFICATE OF SERVICE

NOW COMES Damian J. Renzello of East Montpelier, *pro se*, who files this Certificate of Service and attests that he did serve upon the Defendant his recently filed Plaintiff's Motion To Enforce (which also seeks four additional actions by the Court), by sending a true copy of same to the Defendant (along with a copy of this certificate of service) via prepaid first-class U.S. mail to:

c/o Michael E. Nelson
P.O. Box 761
Wakefield, R.I. 02880

Respectfully submitted on this the 20th day of November 2014,

Damian J. Renzello
Plaintiff, *pro se*