UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Damian J. Renzello,<br>    Plaintiff, *pro se* | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | File No. 1:05-CV-153 |
| Michael E. Nelson.<br>    Defendant | )<br>)<br>) | |

**CERTIFICATE OF SERVICE**

NOW COMES Damian J. Renzello of East Montpelier, *pro se*, who files this Certificate of Service and attests that he did serve upon the Defendant his recently filed Plaintiff's Motion to Seek Hearing on Enforcement of the Court's Agreement and Consent Judgment), by sending a true copy of same to the Defendant (along with a copy of this certificate of service) via prepaid first-class U.S. mail to:

c/o Michael E. Nelson
P.O. Box 761
Wakefield, R.I. 02880

Respectfully submitted on this the 16 day of February 2015,

                                                      Damian J. Renzello
                                                      Plaintiff, *pro se*