NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**DAMIAN J. RENZELLO**

       **v.**                                         **Case No: 1:05-cv-00153**

**MICHAEL E. NELSON**

**TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Thursday, May 7, 2015, at Brattleboro, Vermont before the Honorable J. Garvan Murtha, District Judge, for a Hearing on Enforcement re: Agreement and Consent Judgment.**

**Location: Main Courtroom**                       **JEFFREY S. EATON, Clerk**
**Date of Notice: 3/24/2015**

                                           **By** *Elizabeth S. Britt*
                                           **Deputy Clerk**

**TO:**

**Damian J. Renzello**

**Michael E. Nelson**