# U.S. District Court

## District of Vermont

## Notice of Electronic Filing

The following transaction was entered on 11/18/2014 at 12:22 PM EST and filed on 11/18/2014

**Case Name:**     Renzello v. Nelson
**Case Number:**   1:05-cv-00153-jgm
**Filer:**
**WARNING: CASE CLOSED on 05/16/2007**
**Document Number:** 172(No document attached)

**Docket Text:**
ORDER granting [170] Motion to Proceed Pro Se; finding as moot [171] Plaintiff's Notice and Motion for Substitution of Counsel. Signed by District Judge J. Garvan Murtha on 11/18/2014. (This is a text-only Order.) (kbl)