OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 945
BURLINGTON, VERMONT 05402-0945

OFFICIAL BUSINESS



WHITE RIV JCT VT 050
11 DEC 2014 PM 1 L   US POSTAGE  $00.48
ZIP 05701
041L10226994



Michael E. Nelson
P.O. Box 761
Wakefield, RI 02880-0761

NIXIE        015    7E  1           0007/17/15
           RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
   BC: 05402094545      *2663-13319-11-40

05402@0945