U.S. District Court

District of Vermont

**Notice of Electronic Filing**

The following transaction was entered on 3/23/2015 at 2:35 PM EDT and filed on 3/23/2015
**Case Name:**         Renzello v. Nelson
**Case Number:**      1:05-cv-00153-jgm
**Filer:**
**WARNING: CASE CLOSED on 05/16/2007**
**Document Number:** 176(No document attached)

**Docket Text:**
**ORDER granting [175] Plaintiff's Motion to Seek Hearing on Enforcement re: [167] Agreement and Consent Judgment. A hearing will be held on 5/7/2015 at 1:30 p.m. in Brattleboro, Vt. Signed by District Judge J. Garvan Murtha on 3/23/2015. (This is a text-only Order.) (kbl)**

NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

DAMIAN J. RENZELLO

v.                                                          Case No: 1:05-cv-00153

MICHAEL E. NELSON

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Thursday, May 7, 2015, at Brattleboro, Vermont before the Honorable J. Garvan Murtha, District Judge, for a Hearing on Enforcement re: Agreement and Consent Judgment.

| | |
|---|---|
| **Location: Main Courtroom** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 3/24/2015** | |
| | By *Elizabeth S. Britt* |
| | **Deputy Clerk** |

TO:

Damian J. Renzello

Michael E. Nelson