Ex A

Home > Whois Lookup > PortarInXAndBambini.com

## Whois Record for PortarInXAndBambini.com

### Related Domains For Sale or At Auction

ShopBambini.com ($2,295)
NomiPerBambini.com ($1,995)
MondoBambini.com ($1,595)

PoshBambini.com ($2,695)
MyBambini.com ($1,895)
MammaBambini.com ($588)

1  2  3
More >

### — Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@melbourneit.com.au is associated with ~1,912,243 domains<br>vtbambini@aol.com is associated with ~8 domains<br>hostmaster@verio-hosting.com is associated with ~125,824 domains |
| **Registrant Org** | Porta-Rinx is associated with ~7 other domains |
| **Registrar** | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| **Registrar Status** | ok |
| **Dates** | Created on 2000-09-07 - Expires on 2015-09-07 - Updated on 2014-09-06 |
| **Name Server(s)** | NS10.VWH1.NET NS11.VWH1.NET |
| **IP Address** | 198.170.119.45 - 6 other sites hosted on this server |
| **IP Location** |  - Virginia - Sterling - Ntt America Inc. |
| **ASN** | AS2914 NTT-COMMUNICATIONS-2914 - NTT America, Inc. (registered Dec 07, 1998) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 80 records have been archived since 2004-04-03 |
| **IP History** | 3 changes on 3 unique IP addresses over 11 years |
| **Registrar History** | 1 registrar with 2 drops |
| **Hosting History** | 2 changes on 2 unique name servers over 13 years |

- **Whois Server** whois.melbourneit.com

- **Website**

  | | |
  |---|---|
  | **Website Title** | Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink |
  | **Server Type** | Rapidsite/Apa/1.3.33 (Unix) FrontPage/5.0.2.2510 mod_ssl/2.8.22 OpenSSL/0.9.8d |
  | **Response Code** | 200 |
  | **SEO Score** | 91% |
  | **Terms** | 1129 (Unique: 364, Linked: 33) |
  | **Images** | 22 (Alt tags missing: 9) |
  | **Links** | 39 (Internal: 33, Outbound: 4) |

**Whois Record ( last updated on 2015-08-26 )**

```
Domain Name: portarinxandbambini.com
Registry Domain ID: 34218746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.melbourneit.com
Registrar URL: http://www.melbourneit.com.au
Updated Date: 2014-09-06T01:35:33Z
Creation Date: 2000-09-07T23:13:22Z
Registrar Registration Expiration Date: 2015-09-07T23:13:22Z
Registrar: Melbourne IT Ltd
Registrar IANA ID: 13
Registrar Abuse Contact Email: abuse@melbourneit.com.au
Registrar Abuse Contact Phone: +61.386242300
Domain Status: ok
Registry Registrant ID:
Registrant Name: Porta-Rinx
Registrant Organization:
Registrant Street: 1325  VT Route 14 South
Registrant City: East Montpelier
Registrant State/Province: VT
Registrant Postal Code: 05651
Registrant Country: US
Registrant Phone: +1.8024791880
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: vtbambini@aol.com
Registry Admin ID:
Admin Name: Damian Renzello
Admin Organization:
Admin Street: 1325  VT Route 14 South
Admin City: East Montpelier
Admin State/Province: VT
Admin Postal Code: 05651
Admin Country: US
Admin Phone: +1.8024791880
Admin Phone Ext:
Admin Fax:
```

```
Admin Fax Ext:
Admin Email: vtbambini@aol.com

Registry Tech ID:
Tech Name: VERIO VERIO
Tech Organization:
Tech Street: 12345 Blue Lake Dr.
Tech City: Boca Raton
Tech State/Province: FL
Tech Postal Code: 33431
Tech Country: US
Tech Phone: +1.8886636648
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: hostmaster@verio-hosting.com

Name Server: NS11.VWH1.NET
Name Server: NS10.VWH1.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdrprs.interni
c.net
```

## Tools

| Whois History |  |
|---|---|
| Hosting History | |
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▼ | |
| Visit Website | |

⬇ Preview the Full Domain Report





View Screenshot History

## Available TLDs

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- ☐ Taken domain.
- ☐ Available domain.
- ☐ Deleted previously owned domain.

| | |
|---|---|
| PortarInXAndBambin... | View Whois |
| PortarInXAndBambin... | Buy Domain |
| PortarInXAndBambin... | Buy Domain |
| PortarInXAndBambin... | Buy Domain |
| PortarInXAndBambin... | Buy Domain |
| PortarInXAndBambin... | Buy Domain |



Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2015 DomainTools