INTERNET ARCHIVE
**WaybackMachine**
http://www.portarinxandbambini.com/    Go

**179 captures**
30 Mar 01 – 13 Aug 15

MAR | APR | DI
◀ **15** ▶
**2007** | 2008 | 20

# Damian J. Products, LLC.

*Ex. B*

## Welcome to Damian J. Products, LLC.
**Owned and operated by Damian J. Renzello ... Since 1996.**
Our *product line* includes Porta-Rinx™, The Bambini™,
The Ice Mower™, The Bambini Revolution™ and our new
*Portable Refrigeration, with Boards.*

**If you are looking for a portable kit
for an ice skating rink ... *look no further!***

# Porta-Rinx™ is your *BEST CHOICE* ...



**Residential** — No Boards, No Stakes

**Commercial** — No Snow Required!

For more info ... click on the *Porta-Rinx* link on the right side of the page -->

## The Bambini™ and The Ice Mower™
### are the two tools you will need
### to help maintain *Great Ice All Winter* ...




*If you maintain an Outdoor Ice Skating Rink*

*You're Gonna Love this ...*

For more info ... *click appropriate link* on the right side of page -->
----------------------------------------------------------------
***The Bambini Revolution* is an All-In-One *Ice Resurfacing Machine*!
Create perfect skating trails around a pond or lake, or down a river, or
use it to clean off the local town rink for a little *Outdoor Ice Time!***



**Vermont Made
in the
U.S.**

**LINKS**

**Porta-Rinx**

**The Bambini**

The Ice Mower

**Refrigeration**

**Bambini
Revolution**

**Accessories**

**Reviews**

**News**

**Home**

**VIDEO LINKS**

Case 1:05-cv-00153-jgm   Document 186-2   Filed 08/31/15   Page 2 of 6

 

**For more info ...** *Click link* **on the right side of page -->**

---------------------------------------------------------------

**Looking for affordable *Ice Time* ???**

**Check out our *New Portable Refrigeration Package*.**

**Everything you need ...**

**Rink, Boards, Bleachers, Refrigeration and Shelter *included*.**

 

**For more info ...** *click link* **on the right side of page -->**

---------------------------------------------------------------

**For all of you looking for an easy-to-use, easy-to-set-up portable kit for an ice skating rink, a kit that can be used and reused year after year, *season after season* ... you have found the right place!**

***Porta-Rinx*** **is the most effective, easiest-to-use portable kit for an *Ice Skating Rink*!**

---------------------------------------------------------------

## a little about us ...

### Damian J. Products and *The Porta-Rinx Line* ...

Eleven years ago, my mother asked me what I thought about a portable kit for an ice-skating rink. She said to me, *you know ...* something you can setup and take down at the end of each season ... I thought it was a great idea *so,* I designed and developed *Porta-Rinx,* a portable kit for an ice skating rink.

2 people can set up a 50' x 100' Porta-Rinx portable ice skating rink in less than an hour! *Fill it with water, level if needed and let it freeze ...*

Two years later, after resurfacing my new portable skating rinks with a hose,
I thought there had to be a better way ... So, I designed The Bambini, *ice resurfacing machine.*
For all of you who have experienced ice resurfacing with a hose ...
*You are going to Love The Bambini* ... Simply fill it with hot water, walk it or tow it
to your ice, connect the water pipes and drag mat, turn the water on and let it go!

### • *A Glasslike Ice Skating Surface!*

### • *No More Spraying and No More Frozen Hoses!*

Four years later, because of different weather conditions ...
January thaws, freezing rain and such ... bumps would occur on the ice.

The only way I found to get rid of them was to chop away or continue to flood water
until they were gone ... which takes many hours and in very cold winter weather conditions. So,
I designed *The Ice Mower, ice shaving machine!*

## The Ice Mower *Shaves Bumps Smooth ...*

### For all of you looking for *affordable Outdoor Ice Time* ...

### *Porta-Rinx* now offers a complete kit
### for *a Refrigerated Ice Skating Rink!*

## At a *fraction of the cost ...*

### boards, bleachers and a portable shelter included,

## A 50' by 100' *Portable Rink Facility!*

Includes a 60' by 120' *Portable Shelter*, a 50-ton *Chiller*, which comes delivered
on its own trailer, with levelers. The trailer is designed for portability, moving the rink
from one location to another or for storing it for the off season. The complete package comes
with everything you need to freeze ice ... even in 65 to 70 degree weather.

Includes boards, rubber matting, a set of bleachers and an 8-foot net for the tops
of the boards. All refrigerated rinks come delivered in an enclosed trailer; when
the rink is in use, the trailer can double as a skate rental shop or concession area.

## Complete Package - $250,000
*Delivered and Installed* - Anywhere in the US *and Canada*

*Call for More Information ...*

### Meet the newest addition to *The Porta-Rinx line* ...

## The *Bambini Revolution*
### an All-In-One *Ice Resurfacing Machine.*

Now you can create perfect ice-skating conditions around your pond or lake,
*Throw Snow, Shave Ice and Resurface with Hot Water, All in one pass!*

As seen in *Popular Science* magazine,
March issue 2007 - page 69

**click link on the top right side of this page**
*or Call for More Information ...*

-------------------------------------------------------------------------
*In Closing ...*
-------------------------------------------------------------------------

**If you are interested in a portable kit for an ice skating rink,**
**you are going to be very happy you chose *Porta-Rinx* ...**

**If you already maintain an outdoor ice skating rink**
**And have experienced the nightmare of ice resurfacing with a hose,**
**you are going to *Love The Bambini* ...**

**If you've experienced bumps on the ice and**
**have had great difficulty in getting rid of them ...**
***The Ice Mower* is the answer ...**

**If you live in an area where the winter weather is just not cold enough**
**and would like a longer ice skating season, our new *Portable Refrigeration is ready!***

***And to All of you* ... I would like to thank you for your time and interest**
**in *The Porta-Rinx line* ... If you ever have ANY questions or comments,**
**always feel free to call me direct *Anytime* ...**
**1 (802) 479-1880**

**If I miss your call ... *be sure to call back!***

***Thanks again*, have a great day and *keep your Good Faith Alive!***

**Enjoy your Holidays, *No matter how you celebrate them ...***
***and Have a Safe & Fun Ice Skating Season* ...**

**Sincerely Yours,**

**Damian J. Renzello**
*and The Porta-Rinx Line ...*

***PS I wish you all ... A Great "2008"***

-------------------------------------------------------------------------

*Slanderous comments found on line ...*

I am dedicating this page to WARN the Internet community of a guy on-line who has been
SLANDERING my Good Name and Business. If you do a Google search for Damian J. Renzello
or Porta-Rinx you will see several web sites of this SLANDER! One of these slanderous pages
includes an article titled "Fraud Runs Rampant in VT" and several other sites stating that
"other companies" also makes a Porta-Rinx portable ice skating rink. There is also a page that
states that I buy Ice-N-Go kits and then retail them for thousands of dollars more than what
they sell for ... Let the FACTS be known there is only one Porta-Rinx - portable ice skating rink
and it is manufactured here in Vermont. There is also a site that states that "I did not Invent
Porta-Rinx" from this so called David Black. For all of you looking for a portable kit for an ice
skating rink and have come across any of these Slanderous sites ... Have no doubt of who I am
and what Porta-Rinx is all about, I spent 11 hard years designing a good quality kit for a
backyard ice skating rink. For the record, Please take a minute and check out my news articles
and letters from past customers ...
They clearly state the facts and the truth of my self and my product line!

Case 1:05-cv-00153-jgm   Document 186-2   Filed 08/31/15   Page 5 of 6

   11 Years ago my mom asked me what I thought about a portable kit for an ice skating rink! I thought it was a great idea so, I went to work designing Porta-Rinx. A couple weeks later I met Michael E. Nelson a student at the time attending Norwich University located in Northfield, VT. I invited him back to my shop and we discussed him helping me with my business, a week later he comes to me with this black and white flyer and on the very front cover he puts Porta-Rinx "World Famous in Hockey" can you believe this, this is approximately 2 weeks after I designed my first prototype for Porta-Rinx. I told him immediately NOT to misrepresent my products ... when Porta-Rinx becomes World Famous Great! until then please DO NOT misrepresent my products! At this point I was almost at the end of my first season. Mike Nelson seemed like a good guy ...

Very Smart, Intelligent, etc,. little did I know what was to come ...

FYI ... and for the record!

Click on the NEWS Link, found on the right side, top of this page, here you can see an article written by The Times Argus, also of Barre, Vermont - dated back in 1996 when I first designed Porta-Rinx and when I started using the Porta-Rinx trade name.

After my first season Mike was gone ... I did not see him until 5 years later, now my 6th season in business, at this point I had come up with a brand new idea for what I called The Bambini, it is an ice resurfacing machine for backyards, I figured if somebody invented a baby Zamboni they would call it a Bambini So I did! You can also check out a news article of when they ran the first story on The Bambini. When I ran into Mike Nelson 5 years later he at that point was looking for a job ... so I offered him to work with me for like $400 per week. This was around the beginning of January 2000/2001 season. For the next 5 to 6 weeks it was Hell! I introduced Michael to many of my friends and every time I did, everybody I introduced him to was like, Who is this guy ??? After a short period of time I found out that Mike had problems, BIG PROBLEMS with Norwich University and the Vermont Country Store, as a friend, I had talked to Mike and said hey Mike leave them alone ... there is nothing good that will ever come from this! It is to my understanding the situation was ... Mike would see a bunch of kids doing something wrong at school and he would say Hey you're not supposed to be doing that ... I'm going to tell and he would! so he Mike got beat up, I mean what are kids really doing wrong at school! For more information on that story and how Mike Nelson was BANNED from Norwich University ... See the Rutland Herald article titled - "Cyber Squatter Settles" - In fact if you Google search "Mike Nelson Cyber Squatter" you will find several stories about Michael E. Nelson and the TRUTH! It is there you will see how Norwich University Banned him from School!

My question is ... what kind of guy gets Banned from Norwich University??? Also you will see the facts and an additional story on The Vermont Country Store case!

I am writting to you expressing this situation because I do not want you to be fooled by this guy slandering my name and business. Many of you found my site because you are looking for an easy to use backyard ice skating rink kit ... or for my accessories, You found the right place ... what ever sites you see on-line, blogs or other slanderous comments made, slandering my good name, you can guarantee that it is coming from Mike Nelson, or one of his aka's, or one of his computer friends ... Once again read my news articles and letters from some of my past customers ... there you will see that I truly am an Inventor and Entrepreneur! And that my products are Real and that I did in fact design and create Porta-Rinx and The Porta-Rinx Line ... There are 3 kits on the market for a backyard skating rink, there is Ice-N-Go, NICE RINK and Porta-Rinx! Check out each of the sites, look at the pictures ... product for product! You will CLEARLY see the difference between them! all the slanderous comments Mike Nelson has written about me on-line is Mike Nelsons TORTUROUS ways of interfering with me and my business!

Two years ago do you remember the American Inventor TV show ... I am an inventor and I always have been an Inventor, I have many different products and inventions ... so naturally I auditioned for The American Inventor Show and In fact I got called back I think it was one of 200 out of 10,000 or so auditions, I made the first cut and was flown to Los Angeles, California

where I attended the next audition ... when I got there, one of the producers in charge asked me "who is Mike Nelson" he has been calling and making threatening comments etc ... I brought a Very Good idea to the show, it is a Christmas tree stand, that Guarantees your tree won't fall over, what I think is a very Good Idea ... When I went in for my audition, they just quickly passed it through! Next ... Hey Thanks Mike ... I mean this is my life, I have worked 11 hard years building my business and from Nothing, to think that a person can take such actions is beyond me!

For the last 3 years I have been working with The Boston Bruins Foundation and in building a relationship between us and getting my rinks out there and in the back yards. One Day Paul Stewart at the time - Director of The Bruins Foundation, called and asked "Who is Mike Nelson" He has been calling and threatening Charlie Jacobs - owner of the Boston Bruins, WOW ... Again, what kind of person would do such a thing???
I mean this is my life ...

Last year a News Paper in Connecticut wrote a very nice story on myself and Porta-Rinx, After 10 years of struggling and building my business from nothing and as a one man operation, you can imagine what a nice little Pay Back to read such a nice story ... and once again I get a call from the reporter ... asking "Who is Mike Nelson" Not only did he call the reporter but he also called The Director for the Park and Rec dept. who made the comments on my rinks ... Hey if you're going to call the owner of The Boston Bruins and the producer of The American Inventor show hey why not call everybody else that has ever written a story on me!

Last year I designed this new machine called The Bambini Revolution - for a lack of better names ... It is an All-In-One, Ice Resurfacing Machine! You can drive down a River, or around a Pond or Lake - Throw Snow, Shave Ice and drop Hot Water ...
All-in-One Pass ... In Fact, Popular Science Magazine did a story on it March issue, 2007 page 69 ... Can you imagine after all these years to have Popular Science do a story on one of your products and then here he goes again ... Mike Nelson calls Popular Science and Harasses and threatens them too, again what kind of individual would do such a thing?

Porta-Rinx is my life ... it is my business I am a one-man operation ... when you call I am the one who answers the phone, manufactures and delivers your rink, Bambini or Ice Mower ... I Do Not buy a kit and then re-sell it, I manufacture my Porta-Rinx kits, Bambini's and Ice Mower's from scratch, with the exception of the obvious ... and For the record, I manufacture a Good Quality kit that will last for many years to come! The Bambini is a time saver, and The Ice Mower does exactly that, it Mowes Ice!

To all of you, I am writting this because I want you to know that I am and my products are for real ... And if you have come across some of these slanderous sites ... Please help me get the word out! if you are a past customer and know me personally ...
Please take a minute, and leave your comments on these bogus Blogs!

**TO BE CONTINUED ...**