8/26/2015    Porta-Rinx and The Porta-Rinx label ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm · Document 186-3 · Filed 08/31/15 · Page 1 of 5

INTERNET ARCHIVE
WayBackMachine

http://www.portarinxandbambini.com/                    Go

179 captures
30 Mar 01 – 13 Aug 15

MAY | DEC | N(
◄ 23 ►
2007 | 2008 | 2(

# Damian J. Products, LLC.

Ex C

## Welcome to *Damian J. Products* ...
**Owned and operated by Damian J. Renzello, Since 1996.**
**Our product line includes *Porta-Rinx™*, *The Bambini™*,**
***The Ice Mower™*, *The Bambini Revolution™* and our new**
**Portable Refrigeration, with Boards.**

**If you're looking for a portable kit for an ice skating rink**
*a kit that you can set up and take down year after year!*
*Season after Season, Look no further ...*

### *Porta-Rinx™* is your BEST CHOICE!





**Two people can set up a backyard 20' x 40' portable ice skating rink in less than 30 Minutes!**
**Fill it with water, level if needed *and Let it Freeze ...***

------------------------------------------------------------------
**For more information ... *click the appropriate link***
**on the right side of this page -->**
------------------------------------------------------------------

## The Bambini™ **and** The Ice Mower™

### are the two tools *you will need*

### to help maintain *Great Ice* All Winter ...





*If you maintain an Outdoor Ice Skating Rink*

You're Gonna Love this ...



**Proudly Made**
**in the**
## U.S.A.

### LINKS

**Porta-Rinx**

**The Bambini**

The Ice Mower

**Refrigeration**

Bambini
**Revolution**

**Accessories**

Reviews

**News**

MY WORK BUDDY

FYI

Home

**Check out**
**Popular Science**
**Article**

**VIDEO LINKS**

8/26/2015     Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm   Document 186-3   Filed 08/31/15   Page 2 of 5

• *The Bambini ... For A Glass Like Ice Skating Surface!*

• *No More Spraying and <u>No More Frozen Hoses!</u>*

--------------------------------------------------------------
For more information ... *click the appropriate link*
on the right side of this page -->
--------------------------------------------------------------

# The ICE MOWER - *Ice Shaving Machine*

Because of different weather conditions January thaws, freezing rain etc,.
*Bumps would occur on the ice.* The only way I found to get rid of them was to
chop away at them or continue to flood water until they were gone ...
which takes many hours *and in Very Cold winter weather conditions!*
So, I designed *The Ice Mower, ice shaving machine!*

### The Ice Mower will Shave <u>ANY BUMP</u> Smooth!

## Guaranteed!

--------------------------------------------------------------
For more information ... *click the appropriate link*
on the right side of this page -->
--------------------------------------------------------------

**Meet the newest addition to <u>*The Porta-Rinx line ...*</u>**

## The *Bambini Revolution*
### The All-In-One *Ice Resurfacing Machine.*

 

**Create perfect ice skating trails around a pond or lake ... or use it to
clean off the local Town Rink ... *For a little Outdoor Ice Time!***

**The Bambini Revolution Throws Snow, Shaves Ice
and Drops Hot Water ... *All-In-One Pass!***

As seen in *Popular Science* magazine,
March issue 2007 - page 69

--------------------------------------------------------------
For more information ... *click the appropriate link*
on the right side of this page -->
--------------------------------------------------------------

8/26/2015 Porta-Rinx and The Porta-Rinx Light ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm   Document 136-3   Filed 08/31/15   Page 3 of 5

## Looking for affordable *Ice Time ?*
## Check out our *Portable Refrigeration Package* ...
## Everything you need to *Freeze a Block of Ice!*

 

## A Complete Turn Key Kit for *a Portable Refrigerated Ice Skating Rink! At a fraction of the cost ...*

-----------------------------------------------------------------
**For more information ... *click the appropriate link*
on the right side of this page -->**
-----------------------------------------------------------------

### *In Closing ...*

If you are interested in a portable kit for an ice skating rink,
you are going to be very happy you chose *Porta-Rinx* ...

If you already maintain an outdoor ice skating rink and have experienced
ice resurfacing with a hose, you are going to *Love The Bambini* ...

If you've experienced bumps on the ice and have had great difficulty
in getting rid of them ... *The Ice Mower* will Shave those bumps smooth!

Or, If you live in an area where the winter weather is just not cold enough and
would like a *Guaranteed* ice skating season, our *Portable Refrigeration is Ready!*

*And to All of you ... I would like to thank you for your time and interest
in The Porta-Rinx line ... If you ever have ANY questions or comments,
always feel free to call me direct Anytime ...*
1 (802) 479-1880

If I miss your call ... be sure to leave a message *or please do, call back!*

*Thanks again,* have a great day and *keep your Good Faith Alive!*

Sincerely Yours,

Damian J. Renzello - *owner*
*The Porta-Rinx Line ...*

----------------------------------------- *Words* -----------------------------------------

*"Action is Everything, Action with a Positive Attitude ... Is Unlimited"*

8/26/2015    Case 1:05-cv-00153-jgm   Document 196-3   Filed 08/31/15   Page 4 of 5

Porta-Rinx and The Porta-Rinx jGm ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

"Knowledge is *Not College* ... **Knowledge is**, *Experience Accumulated Over Time*"

Karma is what you get ... *From what you put in!*

------------------------------------- *To Live By* -------------------------------------

## *Internet Bully!*

*Folks for 12 years now, as you may or may not know, I have been building my Porta-Rinx business as a small one-man operation, I started my business 12 years ago, with an idea from my Mother and No budget! I have built it to what it is now 12 years later, The Porta-Rinx Line ... In the past 12 years I have not promoted/marketed my products, I have, for the past 12 years, focused more on perfecting The Porta-Rinx Line ... including The Bambini and Ice Mower ... now The Porta-Rinx Line is ready!*

### Porta-Rinx makes having a backyard ice skating rink *Easy and Fun!*
### The Bambini and The Ice Mower makes having Great Ice *Possible!*

*The reason I am writing to you is this* ... for the last 5/6 years there has been a guy on line slandering my Good Name, Business and Reputation! He has made up these web sites (i.e. express-press-release) writing some pretty bad stuff about myself and my business! For those of you who know me here in Barre, VT and beyond, know I am a caring person, I help many people and in many different ways, This Jerk on line I also helped in the past and to have him write this stuff on line has got to be one of the biggest SINS ... I am a Genuine Inventor and Entrepreneur, If you asked me what I thought about this idea or that ... within a minute or less, I will have idea's and suggestions, That's just what I do ... I am, well my web guy is building me a site www.DamianJ.com there you will see 15 plus years of all my Ventures ...

A couple years ago this guy slandering me on line ... For those of you who heard about Simon Cowells - American Inventor, TV show??? anyway, I auditioned for the show and of the thousands of people/inventors that showed I got called back, They flew me to LA for the second round of auditions ... When I got there they said who is "so and so" ... this guy Who's been making up all this stuff about me on line actually called the producer of the show and slandered me, after pleading with the producer she let me go through, But, when I got to my audition they just passed me through they were like NO, NO, NO, done! I went to the show with a great idea, it's a Christmas tree "Hang", there are on average 700 fires a year from Christmas tree's falling over, from Cats and dogs jumping at the bulbs to poor quality tree stands, I designed this product that hangs the tree, it is a Great Idea ... once again, I got No, No, No, see ya later ... done! can you imagine???

Next, for the last 3 years, I have been working with the Boston Bruins, last year we gave away a bunch of rinks during the games, Porta-Rinx made FULL SCREEN Jumbo Tron at the Boston Garden ... can you imagine what a thrill that was for me, this after 11 hard years building my business again from nothing ........ UNBELIEVABLE to say the least ... Last year I got a call from Paul Stewart "Stewy" (retired NHL Referee) Director of The Bruins Foundation ... he calls me and says, who is "so and so" ... he has called Charlie Jacobs (owner of the Boston Bruins) three times threatening him to bring him and the Boston Bruins into a law suit etc, etc, etc,.. the day of the first rink giveaway, we agreed we would have a display in house, offering my brochures and business cards ... the day of the first game I got a call from Bob Sweeney the now Director for the Foundation, canceling my display! I was an hour from the garden, with my brand new display in the back of my truck, you should see it, it has Bruins logo's, pictures and three video monitors showing each of the products, Porta-Rinx, The Bambini and The Ice Mower ... all dressed in Black with bruins logo's.

There has been 15 other equally major calls made by this same guy here's another big one ... Two years ago, I designed the Bambini Revolution, its an all in one Ice Resurfacing Machine, Popular Science Magazine got wind of it, called and wrote a story on it, in fact, I made March issue 2007 Page 69. imagine that ... again working with The Bruins, now Popular Science ... it is amazing when you stay your course ... and I have! the cool possibilities that comes your way,

. my point being *"Staying Strong"* even when there is a hammer head out there slandering your good name!

anyway folks, Please if you have any doubts on myself or my business, simply read the news articles and reviews found on the top right hand side of this page, simply click on the link, News or Reviews and then view actual letters or article, Those letters will hopefully prove to *all of you* that the slander found on line is just that, Slander! From a very CRUEL person! check out his work, **here is one article of his horrific slander!**

I am writing all this, to ask you NOT to believe or be distracted by this guys comments, he has taken comments way out of context, regarding My Work Buddy, have you checked that one out, click on the link on the top right hand side of the page ... this one I have a Patent on Design as well as Utility, ... This guy makes comments about My Work Buddy, That are just Not True! That's not what happened! this taking things out of context is normal for this guy! giving his past experiences in harassing other businesses ... I found it within myself, that I had to reach out to you my customers ... If you found/came across any of those slanderous comments ... Please do not be fooled by this guy, I am telling you person to person, I have built Porta-Rinx to what it is today, that being The Best Kit on the market! With Porta-Rinx you will get what you pay for! we do not sell a cheap "rink in a box", If you are looking for a Portable Kit that will last for MANY years, a kit that you can set up and take down year after year season after season ... Porta-Rinx is the answer! Porta-Rinx makes having an ice rink, in your own backyard easier, better, faster ... a normal 20 x 40 rink with boards takes maybe 15 to 20 hours, messing around with leveling etc, etc,. you need to go purchase and cut the boards, wooden stakes screws, nails, etc, etc, then your liner is exposed to pucks, sticks and blades ... which calls for yearly replacement of the liner, With Porta-Rinx the liner is protected 100%, when you get ice ... Then install your 2" x 8", or 2" x 6" boards, sitting flush and consistent with your ice ... I am getting off track, the point is this guy slandering my name!

here are a couple news articles with information on this guy ... AND, this guys torturous interference ... Read the first article at least in full, there you will see the facts on this guy and that I am "One of many" who are being tortured and slandered by this guy on line! He is an Internet Bully! one that hides behind a computer!

**Times Argus Article 1**
**Times-Argus Article 2**

*Please take a moment to read these, that is if you have an interest in purchasing a Porta-Rinx kit and or are questioning whether or not Porta-Rinx is for real ... based on this guys torturous and slanderous comments found on line ...*

| Home | Porta-Rinx | Bambini | Ice Mower | Revolution | Refrigeration | Accessories | How-To | News | Reviews |

*Porta-Rinx and The Porta-Rinx Line ...*
*Backyard Portable Ice Skating Rinks and Ice*
*Resurfacing Equipment, portable ice rink ™*
*was designed and invented*
*by Damian J. Renzello, Owner of*
*Damian J. Products, LLC.*
*all rights reserved.*

*Porta-Rinx™, The Bambini™*
*The Ice Mower™ and*
*The Bambini Revolution™*
are all Trademarks of Damian J. Products, LLC.
©Copyright 1996 - 2007 Damian J. Products, LLC.

**Damian J. Products, LLC.**
**1325 Vermont Route 14**
**East Montpelier, VT 05651**

**To order call**

**1 (802) 479-1880**
**E-Mail: VTBambini@aol.com**