8/26/2015 Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm    Document 186-4    Filed 08/31/15    Page 1 of 6

http://www.portarinxandbambini.com/    Go    APR | SEP | OC
◀ 20 ▶
179 captures
30 Mar 01 – 13 Aug 15    2008 | 2010 | 20

# Damian J. Products, LLC.

Ex D

Welcome to *Damian J. Products* and *The Porta-Rinx Line ...*
owned and operated by Damian J. Renzello Since 1996.
Our product line includes ... *Porta-Rinx™, The Bambini™,
The Ice Mower™, The Bambini Revolution™*
and our Portable Refrigeration system, with Boards.

If you're looking for a portable kit for an ice skating rink,
one that you can set up and take down year after year!
*Porta-Rinx™is your BEST CHOICE!*



Vermont Made in the

**LINKS**

Porta-Rinx



The Bambini

The Ice Mower

Refrigeration

Bambini Revolution

For more information ... *click on the Porta-Rinx link
located on the right side of this page* -->

Accessories

## The Bambini™
## Ice Resurfacing Machine!



Reviews

News

MY WORK BUDDY

FYI

• *For A Glass Like Ice Skating Surface!*
• *No More Spraying and <u>No More Frozen Hoses!</u>*
For more information ... *click on The Bambini link
located on the right side of this page* -->

Mexico City Rink

Home

## The ICE MOWER - *Ice Shaving Machine*

Because of different weather conditions January thaws, freezing rain etc,.
*Bumps would occur on the ice.* The only way I found to get rid of them was to

Check out
**Popular Science
Article**

VIDEO LINKS

8/26/2015 Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm   Document 186-4   Filed 08/31/15   Page 2 of 6

chop away at them or continue to flood water until they were gone ...
which takes many hours *and in Very Cold winter weather conditions!*

The Ice Mower will Shave <u>ANY BUMP</u> *Smooth!*
## Guaranteed!

For more information ... *click on The Ice Mower link*
located on the right side of this page -->

---

# The *Bambini Revolution*
### is an All-In-One *Ice Resurfacing Machine.*

 

**Create perfect ice skating trails around your pond or lake ...
or use it to clean off your the local Town Rink ...**

**For a little *Outdoor Ice Time!***

**The Bambini Revolution Throws Snow, Shaves Ice
And Drops Hot Water ... *All-In-One Pass!***

For more information ... *click on The Bambini Revolution link*
located on the right side of this page -->

---

**Looking for some Affordable *Ice Time* ?**

**Check out our *Portable Refrigeration* ...**

**Everything you need to *Freeze a Block of Ice!***
and in 70 degree weather ... Can the other guys do that?

 

**A complete kit for a portable refrigerated ice skating rink!
Set it up and take it down, season after season ...**

8/26/2015 Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm Document 186-4 Filed 08/31/15 Page 3 of 6

*All at a fraction of the cost ... and You Own It!*

" *When comparing rink company's, and refrigerated rink packages*
*Ask the other guys what air temperature their rinks are good for!!!*

All **Porta-Rinx**, Refrigerated Rinks are good for a 70 degree outside air temperature.

For more information ... *click on The Refrigeration link*
located on the right side of this page -->

-----------------------------------------------------------------

*In Closing ...*

If you are interested in a portable kit for an ice skating rink,
you are going to be very happy you chose *Porta-Rinx* ...

If you already maintain an outdoor ice skating rink and have experienced
ice resurfacing with a hose, you are going to *Love The Bambini* ...

or, If you've experienced bumps on the ice and have had great difficulty
in getting rid of them ... *The Ice Mower* will Shave those bumps *smooth!*

or, If you live in an area where the winter weather is just not cold enough and
would like a *Guaranteed* ice skating season, our *portable refrigeration is ready!*

*And to All of you ...* I would like to thank you for your interest in
*The Porta-Rinx line ...* If you ever have any questions or comments,
always feel free to call me direct *Anytime ...* 1 (802) 479-1880

If I miss your call be sure to leave a message *or please call back!*
*Thanks again,* have a Great day and *keep your Good Faith Alive!*

Sincerely Yours,
Damian J. Renzello
*and The Porta-Rinx Line ...*

-------------------------------------------------------------------------------

*Action is Everything, Action with a* Positive Attitude ... *Is Unlimited!*
Knowledge is <u>Not College</u> ... Knowledge is Experience, *Accumulated Over Time!*
Karma is what you get ... <u>*From what you've put in*</u>!

-------------------------------------------------------------------------------

| Home | Porta-Rinx | Bambini | Ice Mower | Revolution | Refrigeration | Accessories | How-To | News | Reviews |

*Porta-Rinx and The Porta-Rinx Line ...*
*Backyard Portable Ice Skating Rinks and Ice*
*Resurfacing Equipment, portable ice rink* ™
*was designed and invented*
*by Damian J. Renzello, Owner of*
*Damian J. Products, LLC.*
*all rights reserved.*

*Porta-Rinx*™, *The Bambini*™
*The Ice Mower*™ and
*The Bambini Revolution*™
are all Trademarks of Damian J. Products, LLC.

Damian J. Products, LLC.
1325 Vermont Route 14
East Montpelier, VT 05651

To order call

1 (802) 479-1880
E-Mail: VTBambini@aol.com

8/26/2015 Porta-Rinx and The Porta-Rink Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm   Document 186-4   Filed 08/31/15   Page 4 of 6

©Copyright 1996 - 2007 Damian J. Products, LLC.

## * * * Slanderous Comments Found on line * * *

I am dedicating this area of the page to WARN the Internet community of a guy on-line who has been SLANDERING my Good Name and Business, once again! If you do a Google search for Damian J. Renzello or Porta-Rinx you will see several web sites of this SLANDER! One of these slanderous pages includes an article titled "Fraud Runs Rampant in VT" and several other sites stating that "other companies" also makes a Porta-Rinx portable ice skating rink. There is also a page that states that I buy Ice-N-Go kits and then retail them for thousands of dollars more than what they sell for ... Let the FACTS be known there is only one Porta-Rinx - portable ice skating rink and it is manufactured here in Vermont. There is also a site that states that "I did not Invent Porta-Rinx" from this so called David Black. For all of you looking for a portable kit for an ice skating rink and have come across any of these Slanderous sites ... Have no doubt of who I am and what Porta-Rinx is all about, I spent 13 hard years designing a good quality kit for a backyard ice skating rink. Please take a minute and check out my news articles and letters from past customers ... They clearly state the facts and the truth of my self and my product line!

13 Years ago my mom asked me what I thought about a portable kit for an ice skating rink! I thought it was a great idea, so I went to work designing Porta-Rinx, a couple weeks later I met this Michael E. Nelson a student at the time attending Norwich University located in Northfield, VT. I invited him back to my shop and we discussed him helping me with my porta-rinx business, a week later he comes to me with this black and white flyer and on the very front cover he puts Porta-Rinx "World Famous in Hockey" can you believe this ... 2 weeks after I invented my first prototype for Porta-Rinx. I told him immediately DO NOT misrepresent my products ... when Porta-Rinx becomes World Famous, Great! but until then, Again ... Please DO NOT misrepresent my products! At this point I was almost at the end of my first season. Mike Nelson seemed like a good guy ... Very Smart, Intelligent, etc,. little did I know what was to come ...

Here is a news article and a few web sites that I have copied for quick referance to this guy Mike Nelson, the guy who is slandering my name and business ...

---

http://www.rutlandherald.com/apps/pbcs.dll/article?
AID=/20050505/NEWS/505050380/1003
www.ecokool.com
http://www.bicoastalconsulting.com/inventions/
http://www.inventorsguild.org/
http://www.nelsonadventures.com/   ← Nelson Family site

---

Click on the NEWS Link, found on the top right side of this page, here you will see an article written by The Times Argus, also of Barre, Vermont - dated back in 1996 when I first designed/invented Porta-Rinx And when I started using the Porta-Rinx trade name.

After my first season with Mike Nelson, he was gone ... I did not see him until 5 years later, now my 6th season in business, at this point I had come up with a brand new idea for what I now call The Bambini, it's an ice resurfacing machine for backyard ice rinks, I figured if somebody invented a baby "Backyard" Zamboni they would call it a Bambini, So I did! You can also check out a news article of when they wrote the first story on The Bambini like 10 years ago ... When I ran into Mike Nelson 5 years later he at that point was looking for a job ... so I offered him to work with me for something like $400 per week. This was around the beginning of January 2000/2001 season. After a short period of time, I found out that Mike had problems, BIG PROBLEMS with Norwich University and The Vermont Country Store ...
**Mike Nelson was BANNED from Norwich University ... and The Vermont Country Store filed a cyber suit against him as well ...** See the Rutland Herald

8/26/2015 Porta-Rinx and The Porta-Rinx line . Backyard Portable Ice Skating Rink and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm Document 186-4 Filed 08/31/15 Page 5 of 6

news article titled - "Cyber Squatter Settles" if you Google Search "Mike Nelson Cyber Squatter" you will find the TRUTH! about this Mike Nelson, aka David Black, aka Eric Michaels, aka ... ??? It is there you will see how **Norwich University Banned him from School!** My question is, what kind of guy gets Banned from Norwich University??? Also you will see the facts and an additional story on The Vermont Country Store case and how Mike Nelson Filed like 22 Web Sites defaming The Gravel and Shae law Firm, as well as many others ...
and now he is defaming myself, my business, my products and my efforts ...

I am writting to you expressing this situation because I do not want anybody to be fooled by this guy, slandering my name and business. Many of you found my web site because you are looking for an easy to use backyard ice skating rink kit ... or for one of my accessories, You found the right place ... what ever sites you see on-line, blogs or other slanderous comments made ... slandering my name, you can guarantee that it is coming from Mike Nelson, or one of his aka's, or one of his computer friends ... Once again read my news articles and letters ... there you will see that I truly am an Inventor and Entrepreneur! And that my products are Real and that I did in fact design and Invent Porta-Rinx and The Porta-Rinx Line ... There are 3 kits on the market for a backyard ice skating rink, There is Ice-N-Go, NICE RINK and Porta-Rinx! Check out each of the sites, look at the pictures and details ... product for product! You will CLEARLY see the difference between them! all the slanderous comments Mike Nelson has written about me on-line is Mike Nelsons TORTUROUS ways of interfering with me and my business! he is an internet bully ... the differance between an internet bully and an old school yard bully? The school yard bully you can confront and then hopefully make mends, instead of appologising for his actions and making things right this guy Mike Nelson - HIDES behind his computer!???

Four years ago, you may remember the American Inventor TV show ... As you may now know, I am an inventor and I always have been an Inventor, I have many different products and inventions ... every day I come up with new idea's ... so naturally I auditioned for The American Inventor Show and In fact I got called back! I think Iwas one of 200 out of 10,000 or so auditions That made the first cut ... I was flown to Los Angeles, California where I attended the next audition ... when I got there, one of the producers in charge asked me "Who is Mike Nelson" he has been calling and making threatening comments etc ... I brought a Very Good idea to that audition, it is a Christmas tree stand, that Guarantees your tree won't fall over, what I think is a Very Good Idea ... When I went in for my audition, they just quickly passed it through! Next ... Hey Thanks alot Mike ...Thanks for being a friend! I mean this is my life, I have worked 13 hard years building my Porta-Rinx business and from Nothing and to think that a person can take such actions is beyond me, you Mike Nelson are obviously EVIL and Twisted ... Whats the differance between a good guy and a bad guy ... a Good Guy Forgives and Forgets and maybe tries to make mends ... This guy just continues to Torture people on line, like a quintesential internet bully ... Have No Doubt! That is Exactly what this guy is!!

A couple years ago, I was working with The Boston Bruins Foundation building a relationship between us ... One Day Paul Stewart, at the time, Director of The Bruins Foundation, called me and asked "Who is Mike Nelson" He has been calling and threatening Charlie Jacobs - The Owner of the Boston Bruins all morning, WOW ... What kind of person would do such a thing???

A couple years ago, a News Paper in Connecticut wrote a very nice story on Porta-Rinx, After 11 years of struggling and building my business from nothing And as a one-man operation, you can imagine what a nice little Pay Back it is to read such a nice story ... and then ... once again, I get a call from this reporter ... asking "Who is Mike Nelson" Not only did he call the reporter but he also called The Director for the Park and Rec dept. who made the comments on my rinks ...
Hey if you're going to call the owner of The Boston Bruins and the producer of The American

8/26/2015    Porta-Rinx and The Porta-Rinx Line ... Backyard Portable Ice Skating Rinks and Ice Resurfacing Equipment, portable ice rink

Case 1:05-cv-00153-jgm   Document 186-4   Filed 08/31/15   Page 6 of 6

Inventor show ... hey why not call everybody else that has ever written a story on me!

Last year I designed this new machine called The Bambini Revolution - for a lack of better names, It's an All-In-One, Ice Resurfacing Machine! You can drive down a River, or a Pond or a Lake - Throw Snow, Shave Ice and drop Hot Water, All-in-One Pass ... In Fact, Popular Science Magazine did a story on it - March issue, 2007 page 69 ... Can you imagine after all these years to have Popular Science do a story on one of your products and then here he goes again ... The Publisher or somebody ??? calls and says "Who is Mike Nelson" Mike Nelson called Popular Science Harassed and threatened them ... Again, what kind of sick individual does such a thing?

Porta-Rinx is my life ... it is my business I am a one-man operation ... when you call I am the one who answers the phone, manufactures and delivers your rink, Bambini or Ice Mower ... I Do Not buy a kit and then re-sell it, I am the manufacture of Porta-Rinx. My Bambini's I make from scratch, and The Ice Mower's, with the exception of the obvious, I convert to shave ice ... and for the record, I manufacture a Good Quality kit that will last for many years to come! The Bambini is a time saver and The Ice Mower does exactly that, it Mowes Ice *Smooth* ...

To all of you, I am writting this because I want you to know that I am and my products are for real ... And if you have come across any of these slanderous sites ... Please help me get the word out! if you are a past customer and know me personally ... Please take a minute, and leave your comments on these bogus Blogs! and to Mike Nelson to go get a life ...

TO BE CONTINUED ...

Thanks for listening and understanding,

If you ever have any questions Please call or write anytime ...

Sincerely yours, *Damian J. Renzello*
and *The Porta-Rinx Line* ...