

**Recent** — Damian John Renzello › Messenger

things in my life, 1 being an inventor, with all kinds of great idea's ... since the age of 20 I've designed I don't know how many different idea's ... In the last 18 going on 19 years I've invested around 1.2 million in labor alone trying to build my Porta-Rinx business, the past 10 of which you have destroyed so many efforts ...

American Inventor TV show, I had the best ides for that show, but no "Mike Nelson" has been calling threatening law suits, needless to say, I wasn't even given a second to speak to the judges ....

Thanks to your efforts!
Who knows where that could have led ... 

Popular Science does a nice story on my "Bambini Revolution" once again, all the comments

