T-Mobile Wi-Fi 3:57 AM

&lt; Recent **Damian John Renzello** &gt;
Messenger

law suits ...
First off during those relations I met with Larry one of the owners of the Rex Sox during a conversation he had asked what a Porta-Rinx will do to his fenway park ... now, a lot of teams are building there winter rinks in the ball fields nationally and again, you ruined the Bruins and Red Sox opportunities as well as other hickey teams ....


Ex F

It just goes on and on and on ... from the news paper articles, to the reporters to my once gad relationship with my brother John, Harry Monti and I can only wonder whom else you've destroyed my relations ...

I was born with no father, step brother to six ... I've suffered since the day I was born! But yet I never gave up ... after being molested at age 10 from the Era

