

Michael Nelson <nelsontelco@gmail.com>

## Damian John Renzello sent you a message on Facebook...
1 message

**Facebook** <notification+kmv1uv5m@facebookmail.com>  Mon, Jul 19, 2010 at 3:49 AM
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Nelson <nelsontelco@gmail.com>



facebook

Damian sent you a message.

 **Damian John Renzello** July 18, 2010 at 6:49pm
(no subject)

Hey Mike ... I just got done reading some more of your work on line ... makes me sad, to think all these years my whole life I have suffered and then to try 13 years to build my little business and from nothing, then to have you write up all these bull shit web sites torturing my name and business on line ...

I am one of the nicest people you will ever meet!! I help people daily! even with a simple little wave, because I care! it does not matter how succesful you think you are ...

may the good lord forgive you for your actions ...

I am not the one who bullied you as a child or as a kid, I was the one offering my true friendship ... who shared meaning full things with you ... remember when you called me from Tennessee, thanking me for one of the things I shared with you,

I hope you feel proud Mike, you almost give me the strength to put a bullet in my own head ... but everyday I try to remain strong ... maybe one of these days you will hear it then will you feel complete? like you've won ???

1. ruined my relationship with the Bruins
2. ruined my chance on American Inventor
3. ruined my relations with different local and beyond news papers
4. ruined my relationship with my brother
5. ruined my relationship with my patent attorney
6. ruined ... ahh what the fuck Ever! see ya later Mike hope life is good to you and thanks for ruining my life!!!
nice job ...

**To reply to this message, follow the link below:**
http://www.facebook.com/n/?inbox%2Freadmessage.php&t=1220755618259&mid=
2adac62G48b61abbG216b21eG0&n_m=nelsontelco%40gmail.com

Find people from your Gmail address book on Facebook!