


Past Featured Reports

Ripoff Reports


Frigidaire Frigidaire ignores safety issue! Knobs on oven burn hands! Injuries! Augusta Georgia


Michelle Russo Cruel/Negligence/caused horrific death to my rescue dog Anchorage Alaska


Star rock great danes Kaylee kulka/ Kari's holmstrom Buyer beware! Sick puppies! Read all reports! Darwell Alberta


ANTHONY MICHAEL MOLANO Anthony M. Molano Tony Molano Anthony Milano CHILD ABUSER, DANGEROUS FELON, WARRANT IN NEVADA FOR FELONY CHILD ABUSE Burbank Nationwide


Cindy Branham Rocking RC Cindy Branham Horsemanship I have personally seen this so called train scared horses into doing what she wants them to do. Topeka Kansas


Pro Dunk Hoops Review Defective - Do NOT Buy Internet


tributes.com LET STRANGERS MANIPULATE STATEMENTS OFF THE NAMES OF PEOPLE WHO MEMORIALIZED THE PASSING OF THEIR LOVE ONES


United Patent Research REVIEW: United Patent Research's clients feel safe, confident, & secure when utilizing the professionals. The patent law firms that UPR has selected to refer clients to are dedicated to 100% satisfaction in providing the best patent services and legal advice for their clients. United Patent Research, because of its refile patent program (which is totally funded by UPR so there is no extra cost to the client), is very close to being 100% successful in obtaining patents for their clients. *UPDATE: Recognized by Ripoff Report

## Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 2 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |




#1 REBUTTAL Individual responds

## Dealing with a Sociopath

**AUTHOR: Truthteller - (United States of America)**

SUBMITTED: Thursday, March 22, 2012

Mike Nelson is obviously a sociopath. He has been arrested numerous times by the VT police. He also ripped off a nationally known VT country store, whom won in a court of law. If you check out Mr. Nelsons criterial, he also is not the intellect that he states he is. He fuels himself with the money he scams from others and the false lies he posts online. He is a true sociopath in its form. Have you checked out his webiste???? LMAO. Where he states hes here for the world. Yet he has no contact information. Not only that, regarding this ice skating rink posting he claims, notice how he first talks about saying the company is a rip off, then puts a child potentially being molested 2nd??? Thats odd. I know for sure if I thought a child molster was talking to my daughter of hours on the phone, my posting would first start off with that, and not start off talking about someone being a rip off. If you read his entire false posting, you can read hes lying.... If your child was being molested or talking on the phone to a child molester, dont you think you would 1st post that???? No, this warped idiot posts that a reputable business inventor from Vermont, rips people off. The only person that rips people off is Michael Nelson. Thats how for so many years he has gotten away with s**t, due to having money that he scammed from others, he uses his money he scammed as power to get what he wants. Hes nothing but a peon. Even the univerisity he claimed to have earned a degree banned him from campus for threatening faculty and students??? Ah, you might want to do a google search on Michael Nelson. And from what I can see, he also got arrest, not that long ago for drunk and disorderly conduct. He, Michael Nelson is a sociopath and a scam artist. A person of high intellect, would never post something so backward as he did. Come on, if my kid was talking to a child molester for 5 hours on the phone, you really think I'd let the conversation go on for 5 hours #1, and #2, if I posted something about someone, you bet your butt the 1st thing I'd mention is the child molestation, not "some guy who makes ice skating rings takes your money and runs". NO, the only person that takes your money, runs, and makes up lies is Michael Nelson, whom I am sure is far from scholarly. And also, LMAO, if you look at Mr. Nelsons website he proclaims to help the world, yet there are all pictures of him fishing in the ocean, some self centered sociopath, I say! By the way, this is from Damien Renzellos high schook class mate who has not seen him since 1988. And I can assure you, hes the victim in this situation, If Michael Nelson was such a scholarly world savior, he wouldnt be waisting time making up false rumors, and slandering people, oh, and not getting tossed out of a prestigious university., Soon your scammed money you have in your hands will run out Mr. Nelson, and when it does, there are so many of us honest intelligent and scholarly (proof with college diplomas and even our college transcripts), lol, we are going to laugh our butts of at you, you complete idiot! Have a great evening. I am sure I pissed you off and you are red as a beet in the face, oh wait that must be from the booze you drink and keep getting arrested for drunk and disorderly conduct. LMAO! Only a true sociopath would get a cord struck within them by my post, and I am 100000% I got right to your nerve cord!

**Respond to this report!** File a Rebuttal

Ripoff Report. LEGAL DIRECTORY

#2 Consumer Comment

## Mike Nelson

**AUTHOR: Jeff - (United States of America)**

SUBMITTED: Wednesday, January 26, 2011

The guy that wrote this article is Mike Nelson, who runs fraudualent websites like "the

Nelson Foundation". He has been sued by a Vermont Judge for this same thing, he is

banned from the Vermont Superior Court building in Montpelier he is also banned from

Norwich University (in which he claims a degree) . The downlow up here is that when

people say no to Mikes Gay sexual advances he then turns into super stalker and posts

bogus reports to try and mess with their lively hood. Please be Very Careful of this




Corporate Advocacy Program as a safe business service.



Tammy Montgomery Team Tammy, Unstoppable Mammas, Robert Montgomery Who is Team Tammy? Direct Pay System Westfield New York

Jason M. Spencer Student Loan Relief Inc.Florian Pauly Breach of payroll agreement, fraud, false information submitted to the Department of Education on behalf of clients, verbal harrassment and wrongful termination. Dallas Texas



SLT - Secured Land Transport Roadmaster Group Advertising and Recruiting is Contrary to Actual Income Glendale Arizona

Vast Mountain Development, JVA, John Owen, Don Brown, Misti Mathis, John Somma, Rog Carrington, Yohann Anderson John D Owen Gold Mining Boiler Room / Ponzi Scheme - CA, WA, DE, TX, AZ, NV Dallas, Texas

The Natural Sapphire Company NSC WANT TO botch up YOUR ENGAGEMENT ? BUY sapphire engagement ring FROM NEW YORK BASED THE NATURAL SAPPHIRE COMPANY. New York, New York



www.poderpay.com AGUSTIN ALBERTO ACOSTA / MEGAN ACOSTA-HENSON AGUSTIN ALBERTO ACOSTA of Vermont / Buenos Aires Argentina (alias Jorge Giorno), Randy Fernandez (Hector Ruiz) New York / Megan Acosta-Henson (alias Amanda West) Merchant Services Provider (Not a Legally Registered ISO) EVERYTHING they say is a lie Listed in Miami-but are really in New York/Vermont Internet

Westgate Palace,L.L.C. A Florida limited liability company My Wife & i purchased two weeks every other year at the Westgate Palace in Orlando, Fl.32819 on 6/4/2014 ,now they are telling us we only have one week every other year !! Ocoee Florida

Zodiac Casino online Zodiac casino steal my money of US$1000 Xbiex Malta Internet



Total Life Changes Isag Tea mail fraud Fairhaven, MI Nationwide



guy

do not have any contact with him or give him money, when first meeting him he seems

very educated but please dont be fooled this guy is a straight up pshycopath, Also

watch out for any websites that refer to "Micheal E Nelson" entrapenuar these are complete scams.

**Respond to this report!** File a Rebuttal

#3 General Comment

# This is a Bogus Report

**AUTHOR: Jeff - (United States of America)**

SUBMITTED: Tuesday, January 25, 2011

The author of this report is Mike Nelson, he has done this same thing to a judge in Vermont, he has been sued several times because of this. The statements about Damian are totally false I know him personally that is definatly not his picture. He has never come under investigation with the Attorny general of the state of Vermont. These things are very easy to look up, we have a sex registry and he is not listed and like i stated before that is not even a picture of him. Now onto the author of this article he knows this is complete bull EVERY bit of it, this Mike Nelson is not allowed in Montpelier Superior Court or Norwich University, he has been sued before and had a court order not to post these things, so Mike moved out of Vermont and continues writing these bogus claims against people that he feels in his mind have "done him wrong" to include the Vermont judge that presided over his case in which he did not rule in his favor.

**Respond to this report!** File a Rebuttal

## Report & Rebuttal

**Respond to this report!** File a Rebuttal

**Also a victim?** File a Report

**Repair Your Reputation!** Get Started

## Arbitrate

**Remove Reports?**

No! Better yet! Arbitrate to set the record straight!