**Information Relating to USComplaints.com; Renzello's Exhibit "A"**

**detailed analysis as this site is NOT owned by me or anyone I know;**

This website is NOT owned by me (michael nelson),

Mr. Renzello in typical fashion is continuing to perpetrate frauds upon the court. Mr. Renzello is wasting the court's time and causing financial losses to all involved, as Mr. Renzello appears to have a tremendous amount of time on his hands and a vivid and wild imagination.

This is a screen shot of the site, UScomplaints.com




I copied a snippet of the text of the site, complained of and then popped it into google search:
**This is what I put into google, mostly cause I do not recall hearing about "Vermont Roof Wash", I will file a separate motion for information relating to this, name:**

# "Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello"

Go gle Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello



Web Shopping News Images Videos More ▾ Search tools

5 results (0.71 seconds)

Complaint / review: Porta Rinx and Damian J. Renzello ...
uscomplaints.com › Sports ▾
Porta Rink, PortaRinks, Damien Renzello, John Renzello, Frank Renzello, ... My Buddy Inc., **Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello** is ...
You've visited this page many times. Last visit: 8/20/15

Phone: 8024791880 | Complaints, Reviews, Scam Reports
uscomplaints.com/xf/phone/8024791880/ ▾
8024791880 | Complaints, reviews and scam reports on phone 8024791880. ... My Buddy Inc., **Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello** ...
You visited this page on 8/18/15.

State: VERMONT | Complaints, Reviews, Scam Reports ...
uscomplaints.com/xf/region/**VERMONT**/page/35/ ▾
Jul 29, 2015 - page 35 » State: VERMONT | Complaints, negative reviews and ...
**Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello** is also ...

Ripoff Report | Porta Rinx and Damian J. Renzello ...
www.ripoffreport.com/...**Renzello**/...**Vermont**.../Porta-Rinx-and-Damian-... ▾
Mar 22, 2012 - ... Porta-Rinx and Bambini, My Buddy Inc., **Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello** is also Convicted Pedophile KEEP ...
You've visited this page many times. Last visit: 8/20/15

Damian J. Products LLC Damien Renzello, My Buddy Inc ...
www.ripoffreport.com/...**vermont**.../damian-j-products-llc-damien-**renzel**... ▾
Jun 6, 2010 - ... **Vermont Roof Wash Fraudulent** Company - Damian **Renzello** threatened my husband and I **STOLE our Money** East Montpelier , **Vermont**.

UScomplaints.com is a company which has taken content from another site called RipOffReport, in fact the content is identical to content which also appears on RipOffReport, in fact it appears to trunkate the content, most likely using a screen scraping macro to replicate content on other sites. It appears the content it has taken is from a report on Mr. Renzello dated: 19 July 2010

Detailed information regarding a screen scraping macro program or web or data scraper, this is typically utilized by foreign programmers and companies who are searching for "hot" content meaning content which appears to be "sensational" and has had at least two (2) replies in a comments section as this content would be considered great, "click bait".

Screen scraping is normally associated with the programmatic collection of visual data from a source, instead of parsing data as in web scraping. Originally, screen scraping referred to the practice of reading text data from a computer display terminal's screen. This was generally done

by reading the terminal's memory through its auxiliaryport, or by connecting the terminal output port of one computer system to an input port on another. The term screen scraping is also commonly used to refer to the bidirectional exchange of data. This could be the simple cases where the controlling program navigates through the user interface, or more complex scenarios where the controlling program is entering data into an interface meant to be used by a human. As a concrete example of a classic screen scraper, consider a hypothetical legacy system dating from the 1960s — the dawn of computerized data processing. Computer to user interfaces from that era were often simply text-baseddumb terminals which were not much more than virtual teleprinters (such systems are still in use today, for various reasons). The desire to interface such a system to more modern systems is common. A robust solution will often require things no longer available, such as source code, system documentation, APIs, or programmers with experience in a 50-year-old computer system. In such cases, the only feasible solution may be to write a screen scraper which "pretends" to be a user at a terminal. The screen scraper might connect to the legacy system viaTelnet, emulate the keystrokes needed to navigate the old user interface, process the resulting display output, extract the desired data, and pass it on to the modern system. (A sophisticated and resilient implementation of this kind, built on a platform providing the governance and control required by a major enterprise — e.g. change control, security, user management, data protection, operational audit, load balancing and queue management, etc. — could be said to be an example of robotic automation software.)

**Clickbait** is a pejorative term describing web content that is aimed at generating online advertising revenue, especially at the expense of quality or accuracy, relying on sensationalist headlines to attract click-throughs and to encourage forwarding of the material over online social networks. Clickbait headlines typically aim to exploit the "curiosity gap", providing just enough information to make the reader curious, but not enough to satisfy their curiosity without clicking through to the linked content.

So it would appear due to Mr. Renzello's constant and never-ending paranoia and FALSE liking of any negative information online to that of my person; he has purposefully caused multiple comments to be listed on the page on RipOffReport.com of the original article those comments are sensational and are lengthy providing lots of content making the first published content have even greater value as "click bait" for foreign companies seeking to steal content from one website to generate content on another. As a result of this the content continues to be scraped and used again and again.

http://www.ripoffreport.com/r/Porta-Rinx-and-Damian-J-Renzello/Barre-Vermont-05663/Porta-Rinx-and-Damian-J-Renzello-Porta-Rink-PortaRinks-Damien-Renzello-John-Renzello-624987

A true and correct copy is annexed hereto this analysis and is incorporated herein by reference.

It appears two years after the original post Mr. Renzello and then his brother Jeff Renzello, or more plausibly Mr. Renzello using his brother Jeff Renzello's name have made postings on the same message thread, with a number of untrue and slanderous statements about my person

including, things which rise to HATE CRIMES, about homosexuality, as well as claims of me being a drunk, being arrested, as well as claims I do not have a college degree.

If the Court so finds it necessary I can file requests for the court to certify my degrees from Norwich University as well as other certifications which unequivocally demonstrate these falsehoods and smearing campaign against me, by Renzello in violation of the Court Settlement for the expressed purposes to cause me financial harm. This is no way to operate a business to smear my name and insight hateful speech, Mr. Renzello seems to be creating a web of negativity pun unintended, unto himself, if Mr. Renzello would act in a professional manner he most likely would not have negative information posted. Additionally if Mr. Renzello would NOT respond to negative information with sensational and repetitive comments then the original content would have NO VALUE and would be removed from the Internet Search engines.

Mr. Renzello is his own worst enemy as he continues to obsess and create circles and waves of negativity attracting internet cowboys to use the content as click bait using screen scrapers etc. in order to "harvest" the content which appears to get two (2) or more comments regarding.

**Report: #624987**

## Complaint Review: Porta Rinx and Damian J. Renzello

**Related Reports**

Cash For Laptops/Seller Services Bate and switch cash offers for laptops Sparks Nevada

Heartland Van Lines (aka Trans Van Lines or Avis Van Lines), Classic Van Lines, Orange Van Lines Dishonest and incompetent moving companies Glendale Heights Illinois

rolcruiser.com misleading statements such as no additional fee except for gov tax and port fee...this is not true internet

plasma.net inc freelotto I have been trying to cancel my subscription and when I try to change the status on my phone I can't get through, I have been trying to unsubscribe for several months grand central station, new york, new york 10163 new york

LTH Urgent Tech Support I have been called several times that my PC was about to crash. They say that they are techs connected with Microsoft Corporation and they get a warning from my PC. I fell for it the first time and they almost got $177.00 out of me. I was able to stop them from receiving the money and removed the icons off my desktop, one of which is used for criminal activity. New York City and London

A ford motors Jose Horrible place and car. No air and pieces from junkyard Hamwell on Ohio

RHEEM / Heating & Cooling Supply Fresno California Selling me too many defective units and it is difficult to exchange them for a new one.

Insight market Research Group A Subdivision of Farm House Food Distributors, INC. Bogus marketing research letter and check sent to

- **Submitted:** Mon, July 19, 2010 ▪ **Updated:** Thu, March 22, 2012
- **Reported By:** Another Renzello Victim — **Central Vermont Vermont United States of America**

- **Porta Rinx and Damian J. Renzello**
  1365 Pedophilia Lane
  Barre, Vermont
  United States of America
- **Phone:** 8024791880
- **Web:** www.portarinx.com
- **Category:** Sporting-good Manufactures




**Porta Rinx and Damian J. Renzello Porta Rink, PortaRinks, Damien Renzello, John Renzello, Frank Renzello, DJ Renzello, Bambini, Porta-Rinx and Bambini, My Buddy Inc., Vermont Roof Wash, Stole Our Money - Total FRAUD - Renzello is also Convicted Pedophile KEEP Children Away! Barre, Vermont**

*REBUTTAL Individual responds: Dealing with a Sociopath

*Consumer Comment: Mike Nelson

*General Comment: This is a Bogus Report






My name appears on this report, as "Consumer Comment: Mike Nelson"; however this is the TITLE of the response see below, it also shows the name "Jeff" which is believed to actually be Jeff Renzello who is one of the Plaintiff's siblings, the fact that Mr. Renzello is using the names of his siblings to reference people complaining about his business as statements attributable to my person demonstrates clearly and convincingly that Mr. Renzello is purposefully violating the ORDER of the court, WORSE Mr. Renzello using the name of his brother commits HATE CRIMES by making false homosexual references, he makes outlandish claims I was sued by a Vermont Judge? This is FALSE and defamatory, he makes claims my businesses are scams, I am banned from public buildings, banned from one of my alma maters, that I have no degree, etc. There's no escaping these crazy comments aimed at the destruction of my ability to make a living, and provide for family, worse the comments only go to increase the awareness of the page, Mr. Renzello is creating his own nightmare and he looks crazy.

alton.com Did disclose tract and nd me to ns I didn't ee to rnet

ls co. n mat abase This npany kenis aud-scam pay sim A/C In ndia

am Lear's ndon Schei al name meron cue The er room' of ny-ew, i aka pro. Lear s a the Il nois

SMALL A M NO S IN N DIEGO OVER CA WARE RIP OFF TOOK MONEY CALLS OR THEY San Diego

Af a bambong es by the ne Dr. Dep

**#2** Consumer Comment

# Mike Nelson

**AUTHOR: Jeff - (United States of America)**

SUBMITTED: Wednesday, January 26, 2011

The guy that wrote this article is Mike Nelson, who runs fraudualent websites like "the

Nelson Foundation". He has been sued by a Vermont Judge for this same thing, he is

banned from the Vermont Superior Court building in Montpelier he is also banned from

Norwich University (in which he claims a degree) . The downlow up here is that when

people say no to Mikes Gay sexual advances he then turns into super stalker and posts

bogus reports to try and mess with their lively hood. Please be Very Careful of this guy

do not have any contact with him or give him money, when first meeting him he seems

very educated but please dont be fooled this guy is a straight up pshycopath, Also

watch out for any websites that refer to "Micheal E Nelson" entrapenuar these are complete scams.

**Respond to this report!** File a Rebuttal 

It is evident this is done in serial fashion repeatedly by the same person who is without question Mr. Damian Renzello speaking in alais in the name of his brother Jeff Renzello ... given the multiple spelling errors it is obviously Mr. Renzello making these comments and doing so in serial fashion.

I did not see in the original posting any statement about the Attorney General for the State of Vermont doing an investigation into Mr. Renzello, although this comment is made by one of the repetitive response comments.

Although a search of the Internet finds this to be in fact a not true statement as it appears Mr. Renzello has for many decades now engaged in fraudulent behavior and actions taken by various regulatory authorities.

See the following news article which was an instant action during the pendency of the original case, it references the original case, and if the court so warrants and necessites this action continuing I will be filing a multitude of motions and memorandums for filing in this matter outlining information as it relates to each and every point of these claims, and proving which are the false claims made by Mr. Renzello against my person for the purposes of destroying my opportunities to earn a living, in direct violation of the court settlement.

I am aware of a news article published 7 March 2007, which was discussed during ENE and the Federal Magistrate specifically stated it was in the past and included in the settlement.

This news article:

http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%20Rampant%20in%20Vermont%20According%20to%20Court%20Documents.php

A complete copy is also attached hereto and incorporated herein; what is truly unfortunate is by filing more and more motions and letters with the Court Mr. Renzello is purposefully causing myself and a dozen plus other experts to click on this and other content hundreds of times to prepare filings as well as include references to these articles in public Court Filings as a direct

result of this, the records online get more and more colloquially page rank so they get bumped higher and higher into search results. If Mr. Renzello would simply MOVE ON with his life and not perpetually cause more and more references to the content the content would eventually disappear from the search engines and if Mr. Renzello would go out and do good things perhaps it would be replaced by good content in the results and the content which is negative or criticises him or his business made by some disgruntled person would have no effect and interest to any search engine and least of all any click bait farm or scraper mill.

See this article which references investigation by the Vermont Attorney General into Mr. Renzello, it is interesting the original RipOffReport which the comments reference does not reference any Attorney General Investigation yet the comments by "jeff" which is believed really Damian Renzello using his brothers name, references this allegation regarding the Vermont Attorney General Investigations into Renzello:

"This is not the first trouble Damian J. Renzello has run into with charges made against him of unjust enrichment and fraud. Just a few years ago the company My Buddy Inc. filed suit against Renzello in Vermont Superior Court charging him with unjust enrichment and theft of intellectual property, the case was apparently settled with Renzello signing over numerous pieces of intellectual property to My Buddy Inc.

A few years prior to the lawsuit filed by My Buddy Inc. against Renzello and Damian J. Products for unjust enrichment; **Renzello was at the center of an investigation and actions taken against him by the Vermont Attorney General; for "violation of the Consumer Fraud Act", according to reports made by the Barre-Montpelier Times Argus newspaper.** Stemming from Renzello's representations of a business enterprise which according to the Vermont Attorney General's Office: "his business name and his logo deceived consumers" into thinking he (renzelo) was affiliated with the State.

**Debra L. Leahy, Assistant Vermont Attorney General speared headed the action stating: "My concerns are that he's using the name of the state." Leahy went on to comment: "It implies some kind of connection and there isn't any. In our opinion, that was a violation of the Consumer Fraud Act.",** stated Leahy who is believed daughter of Vermont US Senator and Senate Judiciary Chairman Patrick J. Leahy, who nominated presiding Judge Garvan Murtha. Deputy Secretary of State for the State of Vermont said "Renzello was trying to capitalize

on an appearance of affiliation with the state." According to the Times. "He was clearly trading on the State of Vermont name" stated Bristow. Renzello attempted to sue the State of Vermont the suit was immediately dismissed. Renzello was forced to admit consumer fraud and his fraudulent business operations ceased."

http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%20Rampant%20in%20Vermont%20According%20to%20Court%20Documents.php

This news article appears not only fair and balanced but also does not appear to contain any statements which are untrue! Damian J. Renzello did come under scrutiny by the Vermont Attorney General's Office for his registration of the DBA / Tradename: "State of Vermont Business Card Exchange"; worse yet he also manipulated the State Logo and Seal to use for profit and he was eventually made to cease these activies it is believed this was done under a business by the name of Ventures Unlimited.

Since this paper is to discuss USComplaints.com and Mr. Renzello's false assertions this site has anything to do with my person I will not go into tremendous detail regarding the news article referenced as:

http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%20Rampant%20in%20Vermont%20According%20to%20Court%20Documents.php

However, this article does appear to be a re-print of statements attributed to State Officials, who were quoted in Newspaper articles printed by the Times Argus Newspaper. I personally have been the target in the past of negative news articles by the Times Argus Newspaper, those articles continue to cause pain years later.

It would be nice if the Barre-Montpelier Times Argus newspaper was more responsible in it's reporting if the assertion by Renzello is that he was never under investigation by Debra L. Leahy while she was acting as the Assistant Vermont Attorney General.

Mr. Renzello should NOT make comments like he has made directed at my person and then make comments about other negative things he says are untrue which do not even appear in the original comment thread! This is just basic advice for etiquett online.

**MR. RENZELLO STOP MAKING THINGS WORSE ... JUST STOP!**

The fact that Damian is colloquially "throwing me under the bus" as his form of response to someone complaining of "Vermont Roof Wash", goes to show Mr. Renzello has often run into trouble with various people who have filed lawsuits or investigations against him, whether those

be the Attorney General of Vermont or investors like Donald Routhier with My Buddy Inc. all of these things are not only true but supported with really evidentiary documents.

"Debra L. Leahy, Assistant Vermont Attorney General speared headed the action stating: "My concerns are that he's using the name of the state." Leahy went on to comment: "It implies some kind of connection and there isn't any. In our opinion, that was a violation of the Consumer Fraud Act."

If the court so finds it necessary or necessitates more hearings and thus more content creation in this matter I will be motioning for the Court to issue a subpoena for records of the Times Argus Newspaper, as well as submit the article for the record as well as for statement from Debra Leahy, and subpeonas for her should be sought for testimony she appears to still be an attorney in the State of Vermont.

I would rather NOT cause Mr. Renzello more headaches with online commentaries and sensational additions to this case, yet if the court so insists I can as time permits have the exact newspaper article scanned and provided to the court for inclusion in PACER as well as indexed to the court record.

Personally I just want to be LEFT ALONE ... I AM NOT DOING ANYTHING TO MR RENZELLO, I own no websites make no postings, I have BIGGER responsibilities in my life then thinking about or writing about Mr. Renzello.

I AM NOT HURTING ANYONE ... I AM TRYING TO EARN A LIVING AND PROVIDE FOR MY FAMILY, which DOES NOT include providing for Mr. Renzello I do not need another mouth to feed or more time away from my life.

PLEASE INSTRUCT MR RENZELLO TO MOVE ON WITH HIS LIFE AND STOP WASTING EVERYONE'S TIME AND ENERGY!

I NOW MUST STOP EVERYTHING IN MY LIFE AND SPEND HOURS RESEARCHING THINGS ON THE INTERNET AND FILING PLEADINGS AND MOTIONS WHICH DOES NO ONE ANY GOOD!

THIS DOES ME NO GOOD IT DOES MR. RENZELLO NO GOOD, EVERY MOTION EVERY PLEADING GETS ENTERED INTO PACER, CASETEXT and Plainsite to name just a few of the dozens of public records sites WORSE cases and memorandums are rich with content and click bait farms and mills eat them up and add them to their content libraries THEN THEY ALL GET INDEXED TO THE SEARCH ENGINES AND THE CLOCK RESETS ON EVERYONE.

THERE ARE TONS OF NEGATIVE REPORTS ALL OVER THE INTERNET ABOUT ME AND MY FAMILY, PLEASE LEAVE US ALONE!

MR RENZELLO SIMPLY WANTS A JUDGEMENT SO HE CAN HARASS AND STALK ME AND MY FAMILY FOREVER! STOP PLEASE JUST MAKE HIM STOP!

This is so simple. Mr. Renzello does not appear to ever just STOP, he wants court cases to go on for the rest of everyones lives. WHEN IS THE END?

Every document I now need and must file gets indexed to PACER, it is REQUIRED by law, and they all then appear on the internet, they then give all sorts of page ranking and credit to all sorts of stupid blog postings and no one gets a break.

Am I the only one that sees this is a never ending cycle which can only be broken by getting MR. Renzello to stop filing things with the court which I must now respond to each and every filing?

**#3** General Comment

## This is a Bogus Report

**AUTHOR: Jeff - (United States of America)**

SUBMITTED: Tuesday, January 25, 2011

The author of this report is Mike Nelson, he has done this same thing to a judge in Vermont, he has been sued several times because of this. The statements about Damian are totally false I know him personally that is definatly not his picture. He has never come under investigation with the Attorny general of the state of Vermont. These things are very easy to look up, we have a sex registry and he is not listed and like i stated before that is not even a picture of him. Now onto the author of this article he knows this is complete bull EVERY bit of it, this Mike Nelson is not allowed in Montpelier Superior Court or Norwich University, he has been sued before and had a court order not to post these things, so Mike moved out of Vermont and continues writing these bogus claims against people that he feels in his mind have "done him wrong" to include the Vermont judge that presided over his case in which he did not rule in his favor.

This screen shot shows the repetitive nature of Mr. Renzello's defamatory postings.

It also makes reference to "He (Renzello) has never come under investigation with the Attorney General of the State of Vermont." as referenced herein above this is UNTRUE as reported by the barre-montpelier times argus newspaper in fact Mr. Renzello was under investigation by Debra Leahy Assistant Vermont Attorney General. Enough said on this.

When trace routing the ownership of the Website USComplaints.com I have a more popular and precise tool which gathers exact information from ICANN the Internet Corporation for Assigned Names and Numbers, this site Whois.sc was used to capture detailed information regarding the website USComplaints.com, a true and correct copy of this is attached hereto and incorporated herein by reference, this is to counter Mr. Renzello's RIDICULOUS and UNFOUNDED statements in his motion and juvenile assessments of the website in his Exhibit B to his motion which this is a supporting document to the motion in opposition to said motion.

To Assist BOTH the Court and Mr. Renzello you will see the person's name who is the Tech Contact for this website, I would HIGHLY suggest contacting the Tech Contact and asking for the offending content to be removed from the Internet, you can cite all sorts of things to have this done.

| | |
|---|---|
| Website Title | H Hetzner Online AG |
| Server Type | Apache |
| Response Code | 200 |
| SEO Score | 89% |
| Terms | 302 (Unique: 166. Linked: 210) |
| Images | 45 (Alt tags missing: 35) |
| Links | 117 (Internal: 110. Outbound: 5) |

Whois Record ( last updated on 2015-08-20 )

```
Domain: hetzner.de
Nserver: ns.second-ns.com
Nserver: ns1.your-server.de
Nserver: ns3.second-ns.de
Status: connect
Changed: 2015-08-04T07:58:13+02:00

[Tech-C]
Type: PERSON
Name: Martin Hetzner
Organisation: Hetzner Online GmbH
Address: Industriestr. 25
Address: DE
PostalCode: 91710
City: Gunzenhausen
CountryCode: DE
Phone: +4998315050
Fax: +4998315053
Email: info@hetzner.de
Changed: 2015-07-29T16:32:44+02:00

[Zone-C]
Type: PERSON
```

Here is the Registrant Organization Details, as a screen shot so you don't have to search for them:

– Whois & Quick Stats

| | |
|---|---|
| Email | info@hetzner.de is associated with ~117,949 domains |
| Registrant Org | Hetzner Online GmbH is associated with ~11,900 other domains |
| Dates | Updated on 2015-08-04 |
| IP Address | 78.46.133.14 is hosted on a dedicated server |
| IP Location | - Bayern - Gunzenhausen - Hetzner Online Ag |
| ASN | AS24940 HETZNER-AS Hetzner Online GmbH (registered Jun 03, 2002) |
| Whois History | 2,238 records have been archived since 2005-12-25 |
| Whois Server | whois.denic.de |

Here is a screen shot of the Corporation which appears as the Registrant details and perhaps also the host contact or tech contact ...







Home News Company Support Press Downloads

Web Hosting Dedicated Server vServer Managed Server Colocation Domains & Services



## About Us

- About Us
- Data Centers
- Environm. Protection
- Membership
- Awards
- Worldwide Clients
- Work at Hetzner
- · Jobs
- Directions

### Action Panel

- Order now
- Login konsoleH
- Login Robot
- Support
- Search

**Hetzner Online is a professional web hosting provider and experienced data center operator. Since 1997 the company has provided private and business clients with high-performance hosting products as well as the necessary infrastructure for the efficient operation of websites. A combination of stable technology, attractive pricing and flexible support and services has enabled Hetzner Online to continuously strengthen its market position both nationally and internationally.**

In addition, Hetzner Online is committed to environmental protection and to reducing CO2 emissions.

**Business Divisions**

- Dedicated Hosting
- Colocation Racks
- Shared Hosting
- Internet Domains
- SSL Certificates

**Performance**

Hetzner Online stands for an outstanding price-performance ratio. Partnerships with well-known manufacturers of hardware and software guarantee the best quality. Qualified experts in the data center are accessible 24/7.

Numerous awards attest to the special performance of Hetzner Online.









Here is another idea on how Mr. Renzello can help himself with removing content he could plausibly have created himself!

Mr. Renzello could perhaps even invoke rights under the DMCA (Digital Millenium Copyright Act); WHY could Mr. Renzello invoke such rights? Because as is discussed herein below there is a plausible chance Mr. Renzello or one of his colleagues actually wrote the original posting as a means to gain sympathy or as a cry for help as Mr. Renzello's newest assertion that he was molested as a child!

Given all the ridiculous claims and constant filings and harassment over the years, and as a means to gain either sympathy or to as a CRY for HELP Mr. Renzello has recently made an assertion that he was molested at the age of 10!

Evidentary support of Mr. Renzello's latest claim is a screen shot herein below:


T-Mobile Wi-Fi 3:57 AM

Recent Damian John Renzello >

relationship with my brother John, Harry Monti and I can only wonder whom else you've destroyed my relations ...

I was born with no father, step brother to six ... I've suffered since the day I was born! But yet I never gave up ... after being molested at age 10 from the Era and for the next 14 years I've considered suicide maybe a hundred times a day ... and still I stayed strong! I came home and detoxed at age 24 and started trying to get my head on straight and get away from the bar scene and partying ... and my mom shared The Porta-Rinx idea with me .... and so I started the journey ...
Now, 19 years later ... ???
I don't know ... I've always been a good friend to all kinds of people ... I just don't get it ...

Not only has Mr. Renzello stated he was Molested at the age of 10, but he also asserts he has "for the next 14 years I've (Damian J. Renzello) considered suicide maybe a hundred times a day … and still I stay strong!"

As mentioned previously the Internet operates in absolutes not in subjective guess work. However, in order to ascertain the absolute for any posting or movement of money or cryptographic movement, DNS, etc. it is helpful to first follow a series of analyzation protocols to determine any unusual data points within a set of computer output, once determined then more detailed analysis and subpoenas may be used to determine the source.

While this is a Federal Court, it has subpoena powers perhaps it can exercise, although in doing so it will as mentioned only create MORE AND MORE AND MORE data which will be entered time and time again to the public Federal court record as this matter continues or is finally put to bed.

The Key Performance Indicator following the 10 year old child claim in the original posting led an investigator to examine the picture which was included in the original posting.

Pictures are unique, discovering the origin of the picture may lead a person to the original poster of the data in question:

Here the tool used in rudimentary but again in efforts to remove human interaction and provide evidentiary support for this matter via computer language rather than human subjectiveness which is found unreliable even with multiple data points; the method used was the location of the picture itself:
http://www.ripoffreport.com/d/32dab3e6-66ff-4e6d-a92f-dafb8b30e1fe/damianrenzello.jpg
Next using the famed search engine Google the exact location of the image was placed into the Search Engine Google using a specialized image search tool:
This yielded additional results:

Really disgusting camfrog experience I had... - Bodybuilding.c...



forum.bodybuilding.com › ... › Teen Misc. ▾
500 × 364 - Jan 11, 2010 - Registered User BodyMan123's Avatar. Join Date: Apr 2007; Location: Chattanooga, Tennessee, United States; Age: 26; Stats: 6'2", 236 lbs ...

Steam Community :: fat chode



steamcommunity.com/profiles/76561198041548530 ▾
184 × 184 - Batman: Arkham Asylum GOTY Edition · Achievement Progress 18 of 47. +13. 21 hrs on record last played on Jun 6. Fallout 3. 132 hrs on record last played on ...

From here investigating further, only one example is provided as this is an extremely time consuming process and procedures, a court could if it was so inclined start issuing a host of subpoenas for various data points to determine the origin of the picture and then dissect the image file, or using more advanced equipment and software systems which I am not at liberty to use for this personal matter an analyst could look at the image which was on the original post and trace back from that image; it could perhaps be discovered a number of data points within a relatively short period of time, of course the FISA courts have other means by which to collect:







Conclusion and outline of the FACTS so analyzed and submitted as evidentiary evidence:

It has been asserted I do not OWN UScomplaints.com a full whois record from ICANN has been provided, with detailed information.

An examination of where the content came from and the methods most likely used to obtain the information has been made.

An examination of the reasons why a person or entity would screen scrape such content has been made.

A detailed analysis of the original posting has been made and various data points have been examined.

Additional references to photographs has been made.

Suggestions of various methods to cause the removal of the content has been made including filing of a DMCA demand with the host / ISP where the content is located

Contact information for the Technical contact for the website has been made.

I will NOT do this for every claim made by Renzello as I should NOT have too and Mr. Renzello is more than capable of spending the time to clean up his online reputation should he choose too, Mr. Renzello certainly has enough time on his hands to make numerous frivolous filings to the court and waste who knows how much time of everyone involved.

Mr. Renzello's filing in the motion received by my father certainly is riddled with inconsistencies and untrue statements, this goes to show Mr. Renzello is not a reliable source of information.

None-the-less in the interests of time and so we do not need to continue to do this again and agin for each and every paranoied delusion Mr. Renzello has in his constant victimization mentality here are some other methods and means to remove entire websites or even domain names themselves from being online:

1. DO NOT CLICK ON THE CONTENT
2. DO NOT COMMENT ON THE CONTENT
3. DO NOT REFERENCE THE CONTENT
4. STOP FILING THINGS IN A PUBLIC FEDERAL COURT DOCKET
5. STOP OBSESSING OVER DUMB INTERNET COMMENTS
6. STOP WHATEVER DRUG YOU ARE TAKING WHICH MAKES YOU PARANOID
7. STOP BRINGING CREDIT TO ONLINE CONTENT YOU DON'T CARE FOR

OK, BREATHE ...

It is suggested you NICELY contact the Tech Contact and Request Removal

Perhaps contact the website hosting company and request removal, MOST Companies are in business to make a PROFIT, therefore if they get a bunch of messages regarding a bad web operator they will REMOVE the bad guy from their servers, just a logical fact.

If an operator offers to remove it for money via an email exchange it would be illegal, not to mention extortion but better yet you could file a formal complaint with ICANN the Internet Corporation for Assigned Names and Numbers; here's the web address: there are actually TOS and SLA for domain names Terms of Service and Service Level Agreements https://www.icann.org/ Of course if the fee is $5 or $20 you might just want to pay that to have it removed and then I would ENCOURAGE you to file with ICANN as bad operators need to be routed out and STOPPED!

Again Mr. Renzello if you are the actual poster of the content, as suggested given the assertions you make now, and the plausibility you may be crying out for help with your psychological issues you can simply file a DMCA demand for the content to be removed.

Now some other points Mr. Renzello either you are acting extremely naive or you are once again seeking cost the court, the tax payers and myself and others lots of extra headaches and time, by your providing of such a tiny bit of the information regarding the domain name; Additionally the domain whois history shows: 51 records have been archived since 2007-10-30

Another idea is to just contact Enom an ICANN registrar and file a formal complaint, and yes they too have SLA and TOS among other legal obligations; here's there link: http://www.enom.com/

Ok now I am really engrossed into tracing down this guy, here is another thing you can do to rid yourself of this content you find annoying to the point you want to put a bullet in your head.

BTW, PLEASE Do NOT do that This is some dumb comments on the Internet, and for the edification of the court here is the evidentiary evidence Mr. Renzello really is still contemplating suicide regularly and has been since he was 10, **when he now claims he was the victim of molestation, apparently according to his messages:**




Again Damian; Don't do anything stupid over somebody putting comments online … true or not.

Ok back to me going above and beyond FOR YOU ... and providing you lots of different methods to clean up things which annoy you ... I am doing my best to track down the source of USComplaints.com I am going above and beyond.

Go after the IP addresses of the Hosting Platform if they don't react and take down the content.

You can use that Whois site I reference above and then you can discover the IP address of the Website, these websites are using technology which is 5-6 years in the dark ages and really is very rudimentary ... it is really quite easy for you to take a few minutes and some organizational skills with a spreadsheet and some bookmarked tools and trace these people down yourself:

http://whois.urih.com/record/78.46.25.114/

Here is a screen Capture to assist you:

| | |
|---|---|
| Name Server(s) | DNS1.REGISTRAR-SERVERS.COM (has 1,693,837 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 1,693,837 domains)<br>DNS3.REGISTRAR-SERVERS.COM (has 1,693,837 domains)<br>DNS4.REGISTRAR-SERVERS.COM (has 1,693,837 domains)<br>DNS5.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| IP Address | 78.46.25.114 - 6 other sites hosted on this server |
| IP Location | - Bayern - Gunzenhausen - Hetzner Online Ag |
| ASN | AS24940 HETZNER-AS Hetzner Online GmbH (registered Jun 03, 2002) |
| Domain Status | Registered And Active Website |
| Whois History | 51 records have been archived since 2007-10-30 |
| IP History | 48 changes on 19 unique IP addresses over 10 years |

Now you know where to find the IP Address and location information etc.

Now on to the screen capture of the IP which I give you a link to herein above:

## Smart Whois: formatted

| | |
|---|---|
| **NetRange** | 78.0.0.0 - 78.255.255.255 |
| **CIDR** | 78.0.0.0/8 |
| **NetName** | 78-RIPE |
| **NetHandle** | NET-78-0-0-0-1 |
| **Parent** | () |
| **NetType** | Allocated to RIPE NCC |
| **OriginAS** | |
| **Organization** | RIPE Network Coordination Centre (RIPE) |
| **RegDate** | 2006-08-29 |
| **Updated** | 2009-05-18 |
| **Ref** | http://whois.arin.net/rest/net/NET-78-0-0-0-1 |
| **ResourceLink** | https://apps.db.ripe.net/search/query.html whois.ripe.net |
| **OrgName** | RIPE Network Coordination Centre |
| **OrgId** | RIPE |
| **Address** | P.O. Box 10096 |
| **City** | Amsterdam |
| **StateProv** | |
| **PostalCode** | 1001EB |
| **Country** | NL |
| **RegDate** | |
| **Updated** | 2013-07-29 |
| **Ref** | http://whois.arin.net/rest/org/RIPE |
| **ReferralServer** | whois://whois.ripe.net |
| **ResourceLink** | https://apps.db.ripe.net/search/query.html |
| **OrgTechHandle** | RNO29-ARIN |
| **OrgTechName** | RIPE NCC Operations |
| **OrgTechPhone** | +31 20 535 4444 |
| **OrgTechEmail** | hostmaster@ripe.net |
| **OrgTechRef** | http://whois.arin.net/rest/poc/RNO29-ARIN |
| **OrgAbuseHandle** | ABUSE3850-ARIN |
| **OrgAbuseName** | Abuse Contact |
| **OrgAbusePhone** | +31205354444 |
| **OrgAbuseEmail** | abuse@ripe.net |
| **OrgAbuseRef** | http://whois.arin.net/rest/poc/ABUSE3850-ARIN |

Now it appears it is an old school IPV4 IP address which is on the RIPE system but looks like an origination from ARIN which is the American Registry for Internet Numbers here is their website: https://www.arin.net/

And if you need to reach out to RIPE here is the address of the RIPE Coordination Centere: https://www.ripe.net/

**FINAL CONCLUSION:**

I have asserted I do NOT own the website USComplaints.com

I have provided a basic rudimentary examination of the website in question and have taken the extra step to examine the content and the origins of the content.

We have worked with a larger group of experts to determine all sorts of data points regarding the content and the original record of the content.

I have provided you with some basic instructions on how to deal with the content and NOT make it found or cause disruption to your psychological issues.

I have suggested a bunch of ways to get rid of your content.

Another more simple solution may be to contact Google and Yahoo! directly as you can file a DMCA complaint directly with the search engines and they will immediately just remove the "offending content" ...
Here is another link this is for Google Legal for removing content:
https://support.google.com/legal/troubleshooter/1114905?hl=en

Damian, once again please stop thinking about taking your own life! Go get a job.

Before you file more things with the court sit down and think about what I have written here. Think about what more filings really will accomplish? More content is created more talking about the websites and adding more and more to them ... JUST MOVE ON ...

Damian, something to think about, the website blogs and posts you have submitted and where the original content resides are really rudimentary and basic Internet sites, these are easily identified they are CENTRALIZED, there are authorities you can reach out to, this is really a simple thing, a High School kid can get it done ... there is something MUCH worse out there and it is coming to mainstream be thankful troubling content is not part of a decentralized blockchain using namecoin or some cryptographic protocol which rewards people for perpetuating it, or worse uses decentralized autonomous content, via decentralized autonomous programs. What you are complaining of is someone using old technology a weblog, I'm insulted you would think I would use something so rudimentary, that technology was replaced in 2009!

I have lived up to our agreement and settlement won't you now do the same and move on? attachments herewith incorporated for reference