## Rebuttal to Plaintiff's Exhibit C and list of selected history

### November 1996

Objected too, Plaintiff had attempted to create a product, it was basically only an idea with a defective proto-type. Defendant did meet Plaintiff and was intrigued. Defendant having taken classes at University, and being educated in various ways at University, began working with Plaintiff, while defendant was still at University. Defendant made multiple material advancements to the concept which would become the product which Plaintiff asserts he is marketing. Defendant re-engineered the ice rink product line correcting multiple deficiencies with the product and creating a product which WORKS, as the Plaintiff's design was flawed.

### 1997

Defendant graduates from Norwich University with undergraduate degree, yet Plaintiff continues with constant defamatory comments in online message forums questioning the validity and out right stating the defendant has no College Degree, the plaintiff even goes as far as to make knowingly false statements the the defendant was kicked out of university and does not have transcripts. This is FALSE and easily proven, by the court requesting the defendants transcripts and certification of degrees. Mr. Renzello for purposes to cause financial harm to my person in direct violation of the consent

judgment and SETTLEMENT of this case, makes disparaging remarks on message forums aimed at preventing and otherwise financially harming my future employment possibilities by stating I do not have a degree, etc.

## 2002

We worked together and once again I fixed up the product and marketing and systems to make the product work and create sales, where Mr. Renzello had lost his way in the production and marketing of the product.

## 2003

ONCE AGAIN Mr. Renzello demonstrates not only selective memories, but vivid imagination. Mr. Renzello was not effective at manufacture nor marketing of the product. Again using university education and skills, I created a number of websites and corrected marketing, Mr. Renzello is not an effective communicator and lacks skills to market products.

William E. McIntosh IV, was one of my CADRE at Norwich University (an upper classman), we had worked together on various business ventures while at University, I sought Mr. McIntosh's assistance at one point with the ice rink product as Mr. McIntosh was a great hockey player, in fact after University Mr. McIntosh played

semi-professional hockey, meaning he played for multiple minor league hockey teams, he also skated across the United States on inline skates to raise money for charity, I assisted Mr. McIntosh with these and other ventures. I do not recall Mr. Renzello's assertions here, regarding Mr. McIntosh, however we can certainly locate him and get testimony if the court deems it of value.

## 2004

I do not recall any conversation like described. Mr. Renzello is a greedy, under-educated man who would never refuse money for any reason. Mr. Renzello actually refused to pay commissions and other profit sharing, which was the beginning of a long standing dispute which culminated in Mr. Renzello's greedy filing of this frivolous action to begin with. Mr. Renzello not only would beg for checks and sales but he would constantly call begging for more sales. Mr. Renzello's failure to live up to agreements and to pay commissions as proper is the real cause of the termination of the relationship. Mr. Renzello has since hatched in his head this decade long plus plot to EXTORT more money from my person, seeking judgments and other actions of EXTORTION of money as the history demonstrates the only points at which Mr. Renzello had any opportunity for successes were at points wherein I either corrected deficiencies with the product or manufacturing or made the sales and created marketing and publicity in order to market and sell the product. Without my assistance Mr. Renzello makes few sales and has difficulty sustaining the business enterprise.

The cyber squatting claims are UNTRUE!  Mr. Renzello following his pattern of lies and deceit and frauds upon the court continues to make these ridiculous claims, including this DamianJ claim bottomline, I could careless what the company was called, IN FACT I was the person who suggested Damian J. Products, as Mr. Renzello has such a large EGO, and big personality with ideas, which are all he has is ideas, with very little follow through or action to make any of the ideas or concepts reality.  Mr. Renzello relies upon others and their education and training to take an idea from a sketch book and make it reality, make it WORK!  DamianJ was a shortened version of the name of the Company Damian J Products!  It is that simple.  A mentor of mine who was located in Barre Vermont, actually ran a company called EF Wall Construction, I believe, HOWEVER his last name was NOT Wall, in fact it was a former partner's name!  This is just one of many examples that it doesn't matter what the company is called.

I will prove via documents Mr. Renzello twists facts and purposefully seeks deception against the court and the court processes.  I will prove the date when Mr. Renzello purchased a harley davidson motorcycle and then LIED on court paperwork, and then passed in bank statements showing negative money in order to start this frivolous proceeding on the taxpayer dime.  Motion for Qui Tam litigation to scrape back costs.  Mr. Renzello has been LYING throughout these proceedings and years all in an elaborate effort to extort more money for financial gain as Mr. Renzello is not capable of making his own money or feeding himself, he must try to take from others.  I will show

how Mr. Renzello is creating excess costs to the court, and purposefully not informing me of filings or hearings all done in an attempt to get the court to take action and issue a judgement in his favor so he can succeed at his financial EXTORTION!

### 2005 - 2006

Mr. Renzello had already taken up this frivolous lawsuit as an attempt at extortion of my time and money. In regards to the newspaper article regarding the Shark Tank forerunning TV show, Mr. Renzello was listed in the paper and documents I believe were submitted previously to the court which clearly show Mr. Renzello signed an agreement for NO Publicity regarding the TV show or his invention and then Mr. Renzello VIOLATED the agreement by creating publicity for the product in direct violation of the agreement he entered into regarding the TV show. The court already has these documents in the case record. I believe there were documents previously filed with the court clearly outlining how Mr. Renzello violated the agreement, I will find these documents in the court record and re-submit if the court finds it in the interests of a speedy resolution to this matter. Please review paper 78 in this litigation.

### 2005

I now agree Mr. Renzello in typical sneaky, and deceitful manner initiated this matter. What has been a hallmark of Mr. Renzello's actions has been although he has KNOWN

how to contact or inform me as is PROPER, Mr. Renzello has continually LIED, and used trickery and deceit costing untold money to the Court and others all in attempts to get the court to enter a judgment in his favor so he can use this judgment to EXTORT more money and/or time from my person. Mr. Renzello from the very <u>outset of this matter has played</u> DUMB and IGNORANT and caused US Marshall's to visit my parents home, send frivolous litigation paperwork to relatives and friends all in his large grand scheme to defame and injure my person forcing me to pay him more money or perhaps really once again step in and FIX the failing business. As the only times the business seems to be successful is when I have stepped in to fix the product, or fix the manufacturing or fix the publicity or fix the marketing and sales.

Mr. Renzello LIED, by not listing the brandnew Harley Davidson he purchased just weeks prior to his frivolous action, so that Mr. Renzello could get the Tax Payer to pay for the costs of his action. Mr. Renzello used more trickery to attempt to prevent me from being PROPERLY NOTICED and INFORMED of this action.

Mr. Renzello like in his recent filings continues to use great care to get the court to take adverse actions against my person WITHOUT NOTICE and an opportunity to defend and beheard. Mr. Renzello started this case with this exact type of action by wasting the Tax Payer dollars by LYING about assets he purchased to run his bank accounts in the negative, stating on paperwork under oath he had no bank accounts and then proceeding to file bank account statements with the court and then hiding the assets

from the court, namely the Harley Davidson Motorcycle and then sending US Marshall's all over the country attempting to provide notice, just so that Mr. Renzello could get what is colloquially referred to as a "mail and nail order", in an attempt to NOT inform me of this action. Mr. Renzello's actions have been consistent and sneaky in a manner not consistent with notions of fairness nor substantial justice in this matter. Mr. Renzello succeeded at tricking the court into taking adverse action WITHOUT NOTICE, this year 2015, by purposefully NOT informing my person of his new extortion attempts, motions nor has Mr. Renzello properly followed the terms of the Settlement Agreement which provide for cure in 30 days, from notice.

**May 16, 2007**

I am without the exact date therefore will agree with this date as the date of Settlement of this matter, unless the court shows a different date. I SETTLED this matter, I did NOT cyber squat any domain names! I SETTLED this matter agreeing with Mr. Renzello to mutually not injure the other and NOT to contact the OTHER! THIS MATTER SHOULD BE OVER. It is Mr. Renzello who wishes to carry on with this hell for the rest of his life. Mr. Renzello should have therapy for his issues and seek assistance and guidance of professionals with how to make a living without EXTORTING people and filing frivolous actions is NOT how you gain.

**2007 to Present**

If Mr. Renzello is using my techniques and lessons I showed him on how to gain publicity for the product and himself, GOOD! Mr. Renzello should seek LEGAL and LAWFUL ways to make a living!

   **I cannot control what newspaper reporters call him back or not.**

Again Mr. Renzello is using TRICKERY in court proceedings by miss-dating things in order I believe to help his cause.

Toby Talbots news story about Mr. Renzello happened during the pendency of this case prior to settlement!

About ONE YEAR PRIOR to the settlement of this matter is when Mr. Talbot's news article appeared in the papers as a small article. The date of the article was 29 JUNE 2006!

   Man creates backyard ice machine

   **Author:**  TOBY TALBOT The Associated Press

     **Date:** June 29, 2006

## October 2, 2007

I am without the proper information to confirm this date or not. I submit I am NOT "david black"; I request all documentation so we can examine and file a lengthy rebuttal.

## Circa 2007 - early 2008

## HARRY MONTI

I do not know if Harry Monti was mayor of Barre City. I have had NO CONTACT with Mr. Monti since this case was SETTLED! During this case I did phone Mr. Monti as he was listed in paperwork by Mr. Renzello. I DO NOT SUE PEOPLE! I do NOT threaten to SUE people! I have sued twice in my life, once in a small claims action when I was in my early 20's, in order to get back some computer equipment and again a few years ago in order to get a harasser to stop calling me as they were calling for some other person and I had no choice but to ask a lawyer to get them to stop. I have NO Interest in BLOOD MONEY by suing people. I do not Threaten lawsuits! This is another of many LIES by Mr. Renzello.

**I demand Harry Monti be subpoenaed and questioned by the court and defendant!**

## JOHN LYON - Harley Davidson Dealer Owner

Mr. Lyon is a Norwich University Graduate, who I believe attended the University at the same time I was there, he is a few years younger than I. Mr. Lyon was phoned ONE TIME, during the pendency of the litigation. Mr. Lyon was phoned in reference to the Harley Davidson Motorcycle purchased by the Plaintiff Damian J. Renzello and purposefully omitted from his sworn statement regarding his assets; the same statement which Mr. Damian J. Renzello claimed not to have any bank accounts and later submitted bank account statements. It was requested that Mr. Lyon accept a subpoena for documents relating to when Mr. Renzello purchased the motorcycle and the method of the purchase. Mr. Lyon is believed to be a member of the Vermont Bar Association and a practicing Attorney! Perhaps MR. Lyon is now the individual who is ghostwriting for the Plaintiff in violation of FRCP Rule 11? A renewed request is made for the Plaintiff Mr. Damian J. Renzello to identify the ghostwriter who is violating Rule 11 of FRCP and if Mr. Lyon then referral for prosecution by the Bar Association be made forthwith. A motion to dismiss the case was filed back in 2005, per 28 U.S.C. 1915(e)(2); see Paper 22 of this litigation.

Contact with Mr. Lyon is believed to have occurred, during 2005; this is yet another example of how Mr. Renzello is attempting to re-write history and bump up time frames by two years so it appears to have occurred AFTER the Settlement. THIS IS A LIE by Mr. Renzello and Mr. Lyon a bar licensed attorney MUST be subpoenaed and examined

prior to any adverse action in make a monetary judgment of any sort, in regards to this claim. I again renew the fact Mr. Renzello LIED on sworn statements before the court and hid assets from the court in a successful effort to DEFRAUD the Judiciary and the United States Government.

## JOHN FIORE

John Fiore, was phoned during the pendency of this action, conversations were had, NO Threats were made by my person.

Now on to some interesting things with Mr. Fiore, who is believed to have had court cases before this very court and before the presiding Jurist Judge John Garvan Murtha. Mr. Fiore operates an ALL CASH vending machine business, with alleged ties to organized crime according to Damian J. Renzello! Mr. Renzello BRAGS in his threats and extortion demands that Mr. Fiore is "connected", **Mr. Renzello makes statements about deals struck between Mr. Fiore and government officials to orchestrate an ARSON,** and now no one can touch him because of statute of limitations. I don't know all the specifics BUT WE WILL investigate through these proceedings via motions, if necessary as to determine the extent and reasons for the "chill" in their relationship as Mr. Renzello states' it is quite possible unknown to Mr. Fiore that Mr. Renzello commenced the ARSON for hire with Rex Thompson as Mr. Renzello claims and did so under his own, this might explain the "chill" in their relationship? Or perhaps Mr. Fiore

was complicit in the ARSON? This possibility must be investigated, either in this court or other courts if any of the PRIMA FACIE evidence holds true; if this action is to continue and this alleged "chill" in relationship with Mr. Fiore is a point of consideration:

1. Mr. Fiore owned a Historical Landmark building in the city of Barre Vermont
2. Mr. Fiore operates an all cash business with claimed links to organized crime
3. Mr. Fiore has had a Federal Lawsuit filed in this very court which was presided over by Judge John Garvan Murtha involving the building Renzello claims he had burned
4. It is unclear what happened in the Federal Lawsuit regarding Mr. Fiore's historic landmark building in Barre Vermont; what is clear is, the building did BURN to the ground, the entire building an extremely well built former train depot burned to the ground despite having the FIRE DEPARTMENT located practically across the street! Only one news article found states: "Investigators have tentatively ruled it an accident."
5. I suppose we all now know it wasn't an accident and it was ARSON, since Mr. Renzello claims to have had a guy named Rex Thompson arson the property for Mr. Fiore
6. Who is involved in this ARSON for profit plot? Apparently we will never know but certainly the claims of ORGANIZED CRIME and deals with Authorities should be of interest to the authorities, as well this claim that the Statute of Limitations on the ARSON has run its course, cause of careful planning according to

Renzello to ensure no one was injured in the ARSON. Renzello claims SOL has run on liability for the arson.

7. It seems plausible that Mr. Fiore runs an all cash business in the vending machine business which is the same business believed run by Jeffery Renzello a man who's name Damian Renzello uses in online postings to defame and otherwise injure me.

8. I need to get a hold of the paperwork and Federal Court Case involving Mr. Fiore and Judge Murtha and an insurance company. I am not certain but was informed by a colleague that the Federal Court case happened PRIOR to the alleged ARSON of the building and the Court case I was told involved the building which Renzello had burned by another of Mr. Renzello's conspirators a Rex Thompson. It might all be just hearsay but it is CHILLING and SCARY for people who live by the rules to know that there are still people in society who run ALL Cash Businesses, have lawyers to file Federal Lawsuits and then can orchestrate an ARSON of a building to defraud insurance carriers. Not just any building but a building of substantial historical value.

9. It would seem it is Mr. Renzello's colloquial BIG MOUTH which is destroying relationships, perhaps Mr. Renzello has a vivid imagination and thinks its "cool" or something to act like he is part of the MAFIA, and surrounds himself by people with all cash businesses and claims his "friends" can have buildings burned and collect insurance money.

The following information was found online for a search for John Fiore Vending Machines, I believe it to be prudent to subpoena Mr. Fiore for questioning and review of the case as if the claims of Renzello about Mr. Fiore are true, it is prudent for the PROTECTION of Society in general that the Courts and Authorities investigate. While the statute of limitations on the alleged ARSON appear to have run their course under state law expiring approximately August of 2014, it would appear the Federal Courts have jurisdiction as the suspected arsoned building was a Federal Building at one time in being such it was a railroad depot, as such it was a protected historical building and thus falls under the overview of the Federal Government.

Point of note I had a phone call some number of years back, it must have been around 2012, with an old mentor of mine Alan Bram Goldman. During that phone conversation Mr. Goldman also gave me great concern for my safety, by telling me of rumors Fiore was involved in a Federal Court Case and he has millions in cash from his cash business enterprises, Mr. Goldman warned me that Mr. Fiore is believed connected and Mr. Renzello while is a "nut case" or maybe it was "nut job", worked for one of his real estate projects through another contractor and Mr. Goldman has been told **Mr. Renzello hangs out with Hells Angles Biker Gang, and that Mr. Renzello brags he is a "prospect" for the Hells Angles biker gang.** Mr. Goldman had certain fear for my physical safety and my family as it relates to **Renzello his claims to be a prospect for the Hells Angels and that Mr. Renzello is rumored to be seeking to physically harm my person and family if money is not paid to him. Mr. Renzello has bragged**

about Mr. Fiore and his organized crime connections, his millions in hidden money. DOES the Hell's Angel's ORGANIZATION know Mr. Renzello is claiming to be a Prospect and member of the Hells Angel's? Do they know of the allegations he makes regarding them and linking them to extortion plots in this Federal Court Case?

I AM SCARED! WILL THE COURT PROTECT ME AND MY FAMILY PLEASE?
I have checked the Hells Angels website and cannot find a chapter listed in Vermont, none-the-less this is scary for anyone to hear, maybe the Hells Angels should be contacted as they appear to be a legitimate club, and find out why Mr. Damian Renzello is invoking their name and claiming to be a prospect for them and linking them to extortion crimes.

The problem with extortion besides being wrong and illegal is once I start paying I can never not pay, and once one sum of money is paid, the person will continually come after you for more and more and more. I cannot pay the extortion, I will not live my life like this. I am at a complete loss as to how to STOP Mr. Renzello and his "friends" from seeking to extort me either through the Federal Courts or privately.

I cannot and will not comment regarding current investigations into Mr. Renzello, Mr. and Mrs. Thompson and Mr. Fiore with regards to continual extortions, some of these perpetrated by Mr. Renzello may or may not involve the other persons mentioned

despite claims by Mr. Renzello of their involvement. Another person mentioned is a man named Gordon Bock, who I am told was incarcerated for domestic battery, Mr. Bock if he exists is supposedly Mr. Renzello's "man with knowledge of the prisons" in order to injure people on the inside of the prison system. Certainly if a man has prior convictions for VIOLENCE and has been incarcerated for VIOLENCE and Mr. Renzello uses his name and a man named Gordon has been calling and harassing and threatening protected persons, it would seem it is in the purview and responsibility of the Federal Courts to investigate and prosecute this Gordon character before he carries out more violence as he has not just a propensity to violence but he has been convicted and incarcerated for violence in the past.

Mr. Renzello's extortion and demands and harassing and stalking have been not only of my person but others, Mr. Renzello has stalked, harassed, threatened a wide array of people all with one goal in mind EXTORTION of MONEY for personal gain.

Mr. Renzello's extortion has reached across the oceans and foreign governments have and will be pressing for actions consistent with 18 USC Section 878

How much of our governments time and money must Mr. Renzello take, before he is simply told to STOP?

I WILL NOT SUCCUMB TO EXTORTION NO MATTER THE THREATS OF VIOLENCE THE insinuation of people running cash businesses the insinuation of biker gangs or ARSON's!

Perhaps if Mr. Renzello now has a stressed relationship with Mr. Fiore it is because Mr. Renzello's claims about Mr. Fiore are untrue?  Is this a possibility?  Seems there are many coincidences throughout the claims of Renzello regarding Fiore, only continuing this action and subsequent investigations and filings will separate the truth from Mr. Renzello's fiction.

## DONALD ROUTHIER

I cannot remember the last time I spoke with this man.  I don't think I talked to him at all since 2003!  It is Mr. Renzello and his actions which most likely have caused as Mr. Renzello states a chill in their relationship.   Mr. Rothier had to SUE Mr. Renzello in District Court for unjust enrichment and fraud and a whole host of other things.  I will will request a copy of the lawsuit and get it entered into the Court Record here in the Federal Court in order to set the record straight as to this allegation by Mr. Renzello.  I believe the attorney in the case was David Bookchin, of Montpelier Vermont.

In news articles dated 7 March 2007, it is stated:  "Just a few years ago the company My Buddy Inc. filed suit against Renzello in Vermont Superior Court

charging him with unjust enrichment and theft of intellectual property, the case was apparently settled with Renzello signing over numerous pieces of intellectual property to My Buddy Inc. "

See:
http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%20Rampant%20in%20Vermont%20According%20to%20Court%20Documents.php

Here is the information regarding the Lawsuit which involves the unjust enrichment and other claims against Mr. Damian J. Renzello:

**Washington Superior Court of Vermont, Case Docket Number: 625-10-02-Wncv; case of My Buddy Inc. v. Damian J. Renzello Damian J. Products LLC and My Work Buddy LLC;**

**Attorney for My Buddy Inc. is believed David Bookchin; the charges against Renzello in this case involved UNJUST ENRICHMENT, THEFT, etc.**

**The case was believed presided over by Vermont Superior Court: Judge Mary Teachout**

It is believed that Donald Routhier was the majority stakeholder in the company My Buddy Inc. and he had to file a lawsuit against Renzello for unjust enrichment, apparently THEFT of intellectual property etc. and Mr. Renzello was required to sign over numerous pieces of intellectual property and even perhaps a patent?   We will get all the information and make certain it is submitted to this court to refute these claims by Mr. Renzello.

**Early 2008**

This entire entry by Mr. Renzello is a LIE!   I do not know Paul Stewart, Mr. Renzello claims Paul Stewart is a friend of his on his website, one of the few results on Google for Paul Stewart when you seach his name.  I have had NO REASON to contact ANYONE related to Mr. Renzello since the conclusion of this case in 2007!   I certainly DID NOT contact anyone at the Boston Bruins or any other organization after this case was SETTLED!

This is a LIE!  I DEMAND Mr. Charles Jacob's be subpoenaed and questioned.  Again I DO NOT SUE PEOPLE!  I DO NOT THREATEN TO SUE!   We will see what Mr. Charles Jacobs has to say.

Mr. Chales Jacobs must be questioned, perhaps a nice letter to Mr. Jacobs regarding his involvement in this case be sent, as well as discovery to counter these frivolous

claims by Mr. Renzello. There is a chance this was one of the people who was sent a letter of discovery DURING the pendency of this action prior to the May 2007 settlement. If this turns out to be correct this is just another example of how Mr. Renzello twists the facts and cannot be trusted to provide accurate information to the courts.

If a hearing in this matter is required a separate letter outlining the claims will be sent to Mr. Charles Jacobs and requesting his presence in the court to refute these allegations by Mr. Renzello, an investigation into Mr. Jacobs claims must be conducted!

**Circa 2010**

I have NO knowledge of Mr. Renzello's efforts to make a living. I do NOT care, I wish him the best and hope he acts like he describes here in the future by directly confronting opposition to a sale and overcoming objections with communication.

I am deeply concerned however that Mr. Renzello has most likely besmirched my name with government officials in Monroe New York, given his online repetitive malicious defamatory statements regarding my person. I would suggest contact be made to the Town Council of Monroe New York to inform them of their involvement in this Federal Litigation and request their attorney representation be present for questioning.