Ex "A"

Home > Whois Lookup > UsComplaints.com

# Whois Record for UsComplaints.com

### Related Domains For Sale or At Auction        1  2  3  More >

PoliceComplaints.com ($4,188)          HandlingComplaints.com ($3,100)
YelpComplaints.com ($1,895)            WorkplaceComplaints.com ($3,688)
WebComplaints.com ($1,500)             StudentComplaints.com ($1,995)

## — Whois & Quick Stats

| | |
|---|---|
| Email | abuse@enom.com is associated with ~11,076,634 domains |
| | 58f0110059154533b83b5...@whoisguard.com |
| Registrant Org | WHOISGUARD, INC. was found in ~2,818,082 other domains |
| Registrar | ENOM, INC. |
| Registrar Status | clientTransferProhibited |
| Dates | Created on 2015-05-01 - Expires on 2016-05-01 - Updated on 2015-05-01 |
| Name Server(s) | DNS1.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| | DNS2.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| | DNS3.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| | DNS4.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| | DNS5.REGISTRAR-SERVERS.COM (has 1,693,837 domains) |
| IP Address | 78.46.25.114 - 6 other sites hosted on this server |
| IP Location | - Bayern - Gunzenhausen - Hetzner Online Ag |
| ASN | AS24940 HETZNER-AS Hetzner Online GmbH (registered Jun 03, 2002) |
| Domain Status | Registered And Active Website |
| Whois History | 51 records have been archived since 2007-10-30 |
| IP History | 48 changes on 19 unique IP addresses over 10 years |
| Registrar History | 2 registrars with 3 drops |
| Hosting History | 17 changes on 6 unique name servers over 12 years |

Whois Server     whois.enom.com

– Website

| | |
|---|---|
| Website Title | ❗ US Complaints and Reviews |
| Server Type | nginx |
| Response Code | 200 |
| SEO Score | 91% |
| Terms | 991 (Unique: 577, Linked: 340) |
| Images | 12 (Alt tags missing: 2) |
| Links | 114    (Internal: 98, Outbound: 0) |

Whois Record ( last updated on 2015-08-24 )

```
Domain Name: USCOMPLAINTS.COM
Registry Domain ID: 1924877180_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2015-04-30T23:52:19.00Z
Creation Date: 2015-05-01T06:52:00.00Z
Registrar Registration Expiration Date: 2016-05-01T06:52:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Reseller: NAMECHEAP.COM
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTra
nsferProhibited
Registry Registrant ID:
Registrant Name: WHOISGUARD PROTECTED
Registrant Organization: WHOISGUARD, INC.
Registrant Street: P.O. BOX 0823-03411
Registrant City: PANAMA
Registrant State/Province: PANAMA
Registrant Postal Code: 00000
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: 58F0110059154533B83B55238B55CE9D.PROTECT@WHOISGUARD.COM
Registry Admin ID:
Admin Name: WHOISGUARD PROTECTED
Admin Organization: WHOISGUARD, INC.
Admin Street: P.O. BOX 0823-03411
Admin City: PANAMA
Admin State/Province: PANAMA
Admin Postal Code: 00000
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: 58F0110059154533B83B55238B55CE9D.PROTECT@WHOISGUARD.COM
Registry Tech ID:
Tech Name: WHOISGUARD PROTECTED
```

```
Tech Organization: WHOISGUARD, INC.
Tech Street: P.O. BOX 0823-03411
Tech City: PANAMA
Tech State/Province: PANAMA
Tech Postal Code: 00000
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: 58F0110059154533B83B55238B55CE9D.PROTECT@WHOISGUARD.COM
Name Server: DNS1.REGISTRAR-SERVERS.COM
Name Server: DNS2.REGISTRAR-SERVERS.COM
Name Server: DNS3.REGISTRAR-SERVERS.COM
Name Server: DNS4.REGISTRAR-SERVERS.COM
Name Server: DNS5.REGISTRAR-SERVERS.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Tools

| Whois History |  |
|---|---|
| Hosting History |  |
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▼ |  |
| Visit Website |  |
| ⬇ Preview the Full Domain Report |  |

## No Screenshot Available



View Screenshot History

**Available TLDs**

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| UsComplaints.com | View Whois |
| UsComplaints.net | Buy Domain |
| UsComplaints.org | Buy Domain |
| UsComplaints.info | Buy Domain |
| UsComplaints.biz | Buy Domain |
| UsComplaints.us | Buy Domain |



   

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2015 DomainTools