8-31-2015
KAK

# CURE to Alleged Complained of Content and violation of Settlement reference:  Damian John Renzello dba PortaRinx

## FOR PUBLIC COURT FILING WITH Opposition to Renzello Motion

### with Information to mitigate the postings of others
### Concern for your emotional and mental well being

### Concern for statements about suicide and molestation made by Renzello

Mr. Renzello:

I am deeply sorry you feel I have violated the settlement agreement that I believed was to fully and completely sever all ties with one another.   If you have likened any post which reposts an article from 7 March 2007, you KNOW and the Court knows that Judge Neidermier speaking directly to both of us and Mr. Putter made it clear that the article of 7 March 2007, was included in the settlement.  Additionally, the article from 7 March 2007, was not written by me as YOU KNOW, additionally to this fact, everything in that article comes directly from the public court record.

In this response and cure document I go into detail regarding some of the issues in the 7 March 2007, article and remind you that Exhibits to a motion made during on of the Interloculatory appeals has many exhibits including an article from the Barre-Montpelier Times Argus Newspaper which quotes the Assistant Vermont Attorney General and makes direct comment concerning you, I reference you to the Motion made to the USCA, under docket number:  06-3714-cv; which was the motion regarding the "writ of mandamus", as Judge Murtha claimed from the bench he had no idea what that was.

Mr. Renzello, I think you may want to seriously reconsider how far you would like to take your actions as the dates, and material FACTS, as well as the records of the USCA, and Rule 22 Motion made under the rules of the USSC, will come into this record, they will be published and made public and in doing so they will become a permanent record

online. You know the facts and if you have twisted them in your own imagination I would HIGHLY suggest you obtain an independent counsel for assistance as these material facts as well as computer generated documentation will demonstrate clearly and convincingly you would have LIED yet again to the courts.

The truth is you have consistently reached out to attempt contact with me over the years. The fact I have not returned your attempts until this week, to tell you to MOVE ON with your life, should have been a sign I want NOTHING to do with you or your business interests.

**I have NOT violated our settlement agreement.**

I have NOT received any notice of any violation to our settlement agreement until the registered mail letter containing the motion you caused to be sent to my parents, which I have responded to herewith these filings, was signed by my father at <u>an address known to you for well in excess of a decade.</u>

<u>I NOTE for this RECORD. Despite having known my fathers and mothers address and phone number for over a decade and it appears in the record you PURPOSEFULLY and KNOWINGLY claim to have sent another registered mail letter to some other address in Rhode Island! Mr. Renzello the truth is everything is contained in the original litigation and now you want to have a re-trial of the original facts?  What then was the purpose of the settlement?</u>

I have examined the content you are complaining of and while I find it disturbing, I find it equally disturbing you have waited over five years to accuse me of such content, whilst it appears **you have maliciously, knowingly and purposely made repetitive defamatory comments and statements on the original post which you now complain is being copied by other persons and sites across the Internet.**

Even more troubling I find that to each negative report or action on the Internet you have resorted to a malicious and defaming campaign aimed at purposeful and malicious destruction of my name, and sought to directly cause me financial damages and interfere in my ability to seek and maintain employment. To wit you have caused the most VILE things to be spewed forth concerning my person liking any posting online to be from my person. In doing so you have intentionally caused yourself even more difficulties and you have intentionally sought to reap what you believe is "revenge" and malicious purposeful and knowing false information to be spewed forth and aimed at my person in direct violation of the settlement agreement. Mr. Renzello I submit to you the post you are referencing in your most recent motion is NOT of my hand and your incorrect attribution of the post to my person is not only paranoia but insanity.

POINT OF CURE: Mr. Renzello, has it occurred to you that I have NOT jumped on ANY of your online defamatory comments regarding my person, because by acknowledging any online defamation by you it would: 1) Violate the Settlement 2) only further agitate the online content and make it appear more and more regularly in search engines. STOP posting defamatory comments and liking every unhappy customer to ME! I AM NOT BOTHERING YOU!

Mr. Renzello, it is true at one time I called you a friend. This is no longer the case. I do not think about you, write about you nor have time for any bantering or frivolous litigation with you.

I do NOT own the website which you complain of in your most recent motion received by my father in Rhode Island, USA. Specifically USComplaints.com and I do NOT own or have anything to do with RipOffReport.com. I have also submitted a detailed analysis WITH suggestions regarding USComplaints.com and some information on RipOffReport where it appears the same content first appeared in 2010, and information

on a news article referencing the investigation into you for Consumer Fraud Act Violations by the Vermont Attorney General's Office since in your retorts to SOME OTHER PERSONS posting from July of 2010 you state via your brother Jeffery Renzello's name "Jeff", that there never has been an investigation into you by the Vermont Attorney General's Office, what is strange about this statement is NO WHERE in the original posting on RipOffReport which is identical content you complain of on USComplaints.com does it say anything about a Vermont Attorney General investigation. Therefore researching a little further it would appear you are living in the PAST, liking any online comment to a publicly available document that SHOULD be buried so deep it would never be seen, a article published 7 March 2007, which is SEVERAL MONTHS BEFORE our settlement agreement. In fact Mr. Renzello the 7 March 2007 article which talks about the investigations into you by the Assistant Attorney General for the State of Vermont directly quotes State Officials of the State of Vermont who were quoted in an article about you printed in the Barre-Montpelier Times Argus Newspaper.

I DO NOT OWN, CONTROL, OR OTHERWISE KNOW ANY PERSON, ENTITY or ANY other form of ownership or control of ANY website with any information, criticism, complaint, posting etc. concerning you or the fledgling business we were building together.

I have provided herewith a detailed analysis of the website: USComplaints.com and the references to Damain J. Renzello; I do not need to perform this work for you and will not in the future. If you continue to harass me, my family or other interests I will seek new litigation against you and ALL your cohorts, whether in this court, another US Court or another jurisdiction all together where your contacts have reached too.

When you most recently contacted me, this past week, I did for the first time respond back to you that I would read your message and respond.  I had mistakenly thought you were sane and rational and had finally given up your obsession, how wrong was I.

Mr. Renzello YOU have continually violated the consent judgment and settlement in this matter.  You have done so in an egregious manner, over and over again via telephonic communications, facebook messaging, email, and other forms of direct contact and over and over and over again via postings on message forums, blogs, complaint sites etc.

YOU MUST MOVE ON WITH YOUR LIFE, you want cure to the postings which your obsession has likened to my person?

It is SIMPLE, I AM NOT THE ONE WHO IS POSTING ON THE INTERNET, NOR DO I CONTACT YOU, NOR DO I RESPOND TO THE VILE THINGS YOU POST ONLINE!

Mr. Renzello, while it is possible for you to take corrective action to PREVENT the messages you complain of from being further disseminated, searched for, looked up, read etc. THERE IS NOTHING I CAN DO FOR YOU, except what I have taken the liberty to write up for you which attached hereto and incorporated herein by reference providing you the BASICS for managing your online reputation.

PLEASE LEAVE ME and MY FAMILY ALONE.

PLEASE MOVE ON WITH YOUR LIFE AND STOP THIS OBSESSION!

When I told you this past week in retort to your vile directed threats at my person that you should seek therapy it was NOT to insult you or to injure you in anyway, I am sincerely worried at this point. **You, Damian J. Renzello, have made statements about killing yourself multiple times in writing.  YOU THREATEN people with**

**violence, you claim to have orchestrated an ARSON, you make claims to having a "fix in with the court". Judge Murtha needs to hear of all you have done and all you have said. This man Judge Murtha I sincerely doubt would file any order which you now claim he has, I doubt as if a Federal Judge would undermine a Federal Magistrate and turn the Magistrate into a liar. I doubt a Federal Judge would rehash things which happened PRIOR to settlement.**

**You make statements you would think about suicide hundreds of times a day and you even talk about "trying to stay strong" thinking about putting a bullet in your head.**

These are worrisome statements. No one wants to see anyone kill themselves or injure another. I am not a trained medical professional, I don't know what to do when a person writes things like this! I don't know what to do, I cannot cure mental defects.

Perhaps seeking professional mental health guidance regarding allowing non-sense on message forums or disgruntled clients from bothering you and seek business advice as to whether or not your business is profitable and can succeed in the future as well as asking for advice from the state on education or job re-training should be some of the avenues you take to MOVE ON WITH YOUR LIFE and stop this futile obsession.

You stated 10 years ago the business was not profitable, you are basically stating now you are still not profitable. NOT one of your businesses is even in active status with the State of Vermont, see below:

Business Search Result

| Business Name | Business ID | Business Type | Principal Business Office Address | Registered Agent Name | Fiscal Year Month | Status |
|---|---|---|---|---|---|---|
| ALL FIRED UP, INC. | 0119181 | Domestic Profit Corporation | 9 DEPOT SQUARE, BARRE, VT, 05641, USA | LEE A WHITE | 12 | Terminated |
| BAMBINI THE | 0154553 | Trade Name | 11 MURRAY ST, BARRE, VT, 05641, USA | DAMIAN RENZELLO | | Inactive |
| BERLIN MALL MERCHANTS ASSOCIATION INCORPORATED | 0047365 | Domestic Non-profit Corporation | 282 BERLIN MALL RD #28, BERLIN, VT, 05602, USA | STANLEY WALKER | | Inactive |
| BUSINESS CARD EXCHANGE, THE | 0205432 | Trade Name | BARRE, VT, USA | NONE | | Inactive |
| DAMIAN J. PRODUCTS | 0232764 | Trade Name | 10 SPRING HOLLOW LN, BARRE, VT, 05641, USA | NONE | | Inactive |
| DAMIAN J. PRODUCTS, LLC. | 0006880 | Domestic Limited Liability Company | 1325 VT ROUTE 14, E MONTPELIER, VT, 05651, USA | DAMIAN J RENZELLO | 12 | Inactive |
| GAME ZONE THE | 0159122 | Trade Name | 10 SPING HOLLOW LN, BARRE, VT, 05641, USA | NONE | | Inactive |
| GAME ZONE THE | 0159122 | Trade Name | 10 SPING HOLLOW LN, BARRE, VT, 05641, USA | NONE | | Inactive |
| J.R. DETAILED CLEANING | 0229911 | Trade Name | BARRE TOWN, VT, USA | NONE | | Inactive |
| J'S ARCADE, INC. | 0118367 | Domestic Profit Corporation | NONE | JEFFREY A. RENZELLO | 12 | Inactive |
| J'S ARCADE, INC. | 0118367 | Domestic Profit Corporation | NONE | JEFFREY A. RENZELLO | 12 | Inactive |
| MY WORK BUDDY | 0188834 | Trade Name | 1325 VT RTE 14, E MONTPELIER, VT, 05651, USA | NONE | | Inactive |
| RENZELLO ENTERPRISE LLP | 0039400 | Domestic Limited Liability Partnership | 2561 US RTE 232, MARSHFIELD, VT, 05658, USA | KIMBERLY RENZELLO | | Inactive |
| RENZELLO ENTERPRISE LLP | 0039400 | Domestic Limited Liability Partnership | 2561 US RTE 232, MARSHFIELD, VT, 05658, USA | KIMBERLY RENZELLO | | Inactive |
| SPOTS | 0169572 | Trade Name | MORIN RD., S. BARRE, VT, 05640, USA | NONE | | Inactive |
| STATE OF VERMONT BUSINESS CARD EXCHANGE | 0201261 | Trade Name | POB 110, SO. BARRE, VT, 05670, USA | NONE | | Inactive |
| TRADE MASTER LINE PRODUCTS, THE | 0191416 | Trade Name | MORIN RD., S. BARRE, VT, 05670, USA | NONE | | Inactive |
| VENTURES UNLIMITED, LLC | 0003510 | Domestic Limited Liability Company | NONE | DAMIAN J. RENZELLO | 12 | Inactive |
| VERMONT ROOF WASH | 0269700 | Trade Name | 132 VT ROUTE 14, E MONTPELIER, VT, 05651, USA | NONE | | Inactive |

This motion you have filed regarding some content online which upsets you, lists some strange businesses I am UNAWARE of, the above screenshot shows a trade name for "Vermont Roof Wash", and an address similar to the woman Luellen Mcdonagh's address: 1325 Vermont Route 14 South; which was listed on the registered mail letter containing your most recent motion, sent to my parents. This is the FIRST contact anyone in my family has received regarding your issues and allegations of violations to the settlement.

Is it possible you had a client who you did business with through this Vermont Roof Wash trade name who is upset at you?

**I do NOT know anything about Vermont Roof Wash!**

I submit I have NEVER heard of "Vermont Roof Wash" until this filing.   In fact I have contacted a colleague to perform a detailed search in which they sent me a screenshot of all the trade names relating to your name listed in the State of Vermont.  And look there is a name called:  "Vermont Roof Wash", therefore this must be another business

idea of yours? Good, go and run that business, but if you have an issue with a person the BEST idea is to COMMUNICATE with the person, when you fail to communicate and a person gets upset the person can go hall off and file a complaint against you and when they do it does NOT mean you have a right to blame me for anyone in life you have a problem with.

In terms of FAIRNESS and EQUITY in the Courts, if you accuse me in the courts of writing things on the Internet, the Court MUST use some basic fairness and ALL your Customers of Vermont Roof Wash, Porta Rinx, My Buddy etc. need to be divulged and we need to determine together with the courts what customer, customers or investors are unhappy with you and your business. Damian you know the article that quotes the Assistant Vermont Attorney General's investigation into you for Violations of the Consumer Fraud Act, you really want to make that old article part of the public record? You really want to make that article get OCR'ed and entered on the Internet? WHY? How does it do you any good?

Damian:

I SUBMIT TO YOU I AM NOT THE ONLY PERSON WHO HAS BEEN THE SUBJECT OF YOUR VICTIMIZATION OBSESSION:

Here are just two other examples I can think of off the top of my head, both examples are backed up with facts, VERIFIABLE facts from newspapers and court records:

1. In the mid to late 1990s you sought to purposefully confuse and defraud the public in the creation of the business: "State of Vermont Business Card Exchange"; you didn't just register a trade name as stated; but you even went as far as to replicate the State Logo and Seal making minute changes, RATHER than communicate with the Attorney General's Office you hauled off and go

entangled in courts with them as I recall, there was even a newspaper article printed where the assistant Attorney General for the State of Vermont was quoted; Should we really OCR this newspaper article into these filings with the court? Essentially having the article re-printed and listed on the Internet through these court filings. I have not done this yet, however, if this continues this article will be re-presented again, and then it will be fresh content and reindexed to search engines. How is this to help you?

2. Donald Routhier invested his HARD EARNED money into another idea and had to make material changes to it and hire REAL Engineers to make the idea go from paper to reality, rather than be grateful for an investor and "friend" you repaid this man with vile comments, harassment and eventual LITIGATION was filed against you with serious charges of FRAUD, MISREPRESENTATION, UNJUST ENRICHMENT, I believe even THEFT; Damian it does not do you any good for me to file those documents with this one or future documents in the court; and I will not, do so UNLESS you continue to push and force the issue.

Damian it will do you no good for me to bring forth documents from the Second Circuit Court of Appeals, specifically motions filed and a plethora of attachments to those motions, they are public documents which I can bring forth as documented evidence and enter here, in doing so they will be indexed once again via PACER, and all the public reference sites across the internet will then index and OCR the documents adding tons more content to search engines. Seriously why are you obsessing and carrying on with this when all the actions taken just go to further complicate the issues you claim are of concern to you?

If you want to go look at the documents here is the information:
Docket Number: 06-3714-cv

Short Title: Renzello v. Nelson

DC Docket Number: 05-cv-153

DC: DISTRICT OF VERMONT (BRATTLEBORO)

DC Judge: Honorable J. Murtha

**EXHIBITS to the Filing have the news article relating to the Vermont Attorney General Filing, this public document was filed as a motion to an interlocutory appeal with the Second Circuit Court of Appeals! Several of the motions also reference the My Buddy Inc. lawsuits against you for UNJUST Enrichment, Fraud, Theft, etc.**

**Continue this or if the court requests a hearing ALL these documents MUST then be filed to the case record and presented as supporting materials, they all then MUST go into PACER and thus be indexed by Plainsite and CaseText and about a dozen other sites. They all get OCR'ed and are made available via the Internet, worse because people don't read lengthy court documents the large scale content just goes to reference other content online and then that content rises to the top of search engines and stays there.**

**DAMIAN ... PLEASE STOP THIS CYCLE ... PLEASE MOVE ON WITH YOUR LIFE!**

There are a number of other people who want NOTHING to do with you for one simple reason: You are NOT rational and have these grandiose ideas in your head that you can do no wrong and everyone is out to get you, this is NOT true; the only reason people are brought to court is when communication breaks down, Damian: YOU DO NOT COMMUNICATE WELL and you obsess to the point people are afraid to be around you!  **People are afraid of you and don't want to deal with you!**

I could go on and on with people who do not want to deal with you because of your constant claims to be a victim, when these others have actually been the ones wronged by you: Bill McIntosh, Mr. Gable (he gave you $25k); the gentlemen in Massachusetts with the Little Tikes company (he gave you $50k to $100k); Charles Ramando, Donald Routhier (he invested over $100k), the Assistant Vermont Attorney General, Terry Trono (the now passed former District Attorney), Damian the list goes on and on.

## STOP BLAMING OTHERS!   MOVE ON WITH YOUR LIFE!

In short you MUST move on with your life and NOT further agitate dumb comments made online by disgruntled persons.  With this said after reviewing your most recent set of messages you have sent via Facebook, and the apparent stalking of myself and family you have been conducting on Facebook and other social media it would appear it is more than plausible you caused these postings to be made on the Internet, yourself perhaps as a cry for help, sympathy or worse some bizarre plot to continue your obsession in the Federal Courts?

It concerns me greatly that you have threatened to end your life over someone's comments on the internet.  And more so that you are so manic you swing back and forth between claiming your a prospect with the Hell's Angels and connected to the mafia, have orchestrated an arson, you threaten harm to other people.  You have some man named Gordon Bock call people on the phone and threaten them!  I am informed by the government Mr. Bock is a convicted and former incarcerated person who was incarcerated for BATTERY, a VIOLENT crime.  Mr. Renzello perhaps you should not involve yourself with people we can prove to the courts are dangerous and convicted for violent crimes.  I am heartbroken and deeply saddened you believe I would violate our agreement, I am even more heartbroken and sad that I need to enter all these things to

a Federal Court and thus onto PACER and the plethora of public sites which does NOT help you cause it just further complicates any online material adding tons more content.

This is why for years that you have purposefully initiated contact with me I have NOT responded, my family does not respond, now you have your answer as to why, because it would have violated the agreement and your actions are those of an unstable and non-reasonable human. It now would appear you have obsessed over me to the point you have driven yourself insane and are unable to think clearly or function clearly.

I do NOT own and do not know anyone who owns ANY of the websites which have any content related to your person, family or businesses.

I have submitted together with this document and annexed hereto and incorporated herein a detailed analysis of the website: USComplaints.com which you complain of in your motion. You do yourself NO GOOD by liking this website to me and you only further complicate the matter when you make outlandish and false claims regarding court hearings or if there was a hearing that I was provided notice! I RECEIVED NO NOTICE, I HAVE RECEIVED NO MAIL FROM YOU REGARDING COMPLAINTS AND REQUEST FOR CURE.

Mr. Renzello the idea of the "cure" provisions to the Settlement agreement was to prevent MORE court filings because Court filings are PUBLIC RECORD and must be recorded in PACER and thus show up in several dozen other areas on the Internet. This was a provision YOUR attorney Requested! This was a provision discussed at length. You want a soapbox to yell from that your a victim and blame all your short comings and failures on someone else, apparently you got it now, however, the CURE is simple STOP, JUST STOP! Every word of every filing just adds more content to the search engines and the Internet, it does the OPPOSITE of "curing" or fixing the issues of concern to you. MOVE ON WITH YOUR LIFE!

DAMIAN, you started this case with fraud, regarding bank accounts and a hidden harley davidson motorcycle purchased weeks before you submitted sworn statements.

You have continued to LIE throughout the case and now it would appear you are LYING to the court stating I received notice from you regarding motions, complaints, requests for cure, hearings etc.

Notice is a pretty simple thing and it is a basic requirement under the US Constitution.

You watch too many movies to believe a court will simply sub come to your lies, deceit and over all dishonesty.

Additionally I have gone above and beyond to include another document which describes
HOW TO DEAL WITH NEGATIVE COMMENTS ONLINE

I submit Mr. Renzello has time and time again for years violated the settlement agreement, I have chosen upon advice of others to IGNORE Mr. Renzello and not waste the court's time and money nor provide a soap box from which, you, Mr. Renzello can stand and seek to drag this obsession out further; while I have had the RIGHT to send you communications via certified mail and to hail you into court and demand you cease contact and demand you cease blaming and writing things you KNOW to be UNTRUE about my person, I have chosen to NOT contact you in anyway.

I know it might hurt, but I want NOTHING to do with you or your business(es). I simply want myself and FAMILY to be LEFT ALONE!

The screenshots included herein below are taken from the Social Media App Facebook where Mr. Renzello has time and time again initiated unwelcomed conduct via illegal

contact in violation of the court order, and settlement agreement.  I have not responded to Mr. Renzello except this past week, asking him to refrain from contact.

**RENZELLO'S STATEMENT IN WRITING:**

**"you almost give me the strength to put a bullet in my own head ... but everyday I try to remain strong ... maybe one of these days you will hear it ..."**



If this is true, Damian, don't you think it is time you sincerely seek therapy?

If you are having thoughts of suicide over words on the internet and are liking them to me don't you think this is irrational?   Don't you think you should seek some mental health guidance?

If the business that I built with you is still not profitable, and given the fact the businesses are listed as inactive with the Vermont Secretary of State and are listed as

such since 2008; don't you think you should consider, JUST CONSIDER, that you cannot execute a plan well enough to make them profitable.  And if this is the case PLEASE for EVERYONE's sanity and time close them, move on to some other business or seek some job retraining.

I know the State of Vermont wants its citizens to be productive and tax paying citizens, they will help you with job retraining.   You can seek help from the State mental health facilities in Waterbury, Vermont, if you are having thoughts of suicide.

POINT OF CURE:  Mr. Renzello you are claiming you are going to hurt yourself or others you make claims of trying not to put a bullet in your head.

Here is a link to suicide help and the responsibilities of law enforcement and the courts who are now via this document aware of your threats regarding suicide:

http://vtspc.org/wp-content/uploads/2015/04/Final-Law-Enforcement-PREvention.pdf

Given Mr. Renzello's statements in his communications which are in VIOLATION of the Settlement Agreement and are direct communications sent to my person; Damian, I really don't want to ask the Courts to PROTECT you from yourself.  Will you PLEASE seek some help on your own from the Vermont State Mental Hospital in Waterbury?

EMPHASIS ADDED:  **"you almost give me the strength to put a bullet in my own head … but everyday I try to remain strong … maybe one of these days you will hear it …"**

Have you read some of the things you write to me and others?   It appears you are crying out for help.  If that is the case there are people who can and will help you, everyone wants to see you productive and a good tax paying citizen of our great country.  No one wants to hear about you putting bullets in other people or yourself!

Mr. Renzello you are so obsessed with my person you regularly over the past eight (8) years have purposefully violated the settlement and have not only contacted me and family directly but also have taken to the internet and published FALSE and Defamatory statements about my person at every turn, rather than either ignoring a posting or acting in a professional manner, and confronting negativity with positivity. I will go into this more in the attached and annexed hereto document about online reputation management and some in the analysis for the website USComplaints.com.

It concerns me you have sought to act with MALICE and FORETHOUGHT and spewed forth VILE and knowingly false statements regarding my person towit statements include; I am a drunk, have been arrested, do not have a college degree, have been sued by a judge, am not allowed in a court building, you have even risen to hateful speech concerning sexuality, I am sorry I am not gay, you know I have a degree, you know I have not been arrested, you know what you are spewing forth lies in a VILE and DEFAMING manner, and it is NOT the way to deal with someone else, another person, who is disgruntled with you, by blaming their complaints about you on me. Your only encouraging others to think, your not sane; it is pure and complete insanity to believe all the comments online are from ONE person … you are NOT rational.

I do not wish to have ANYTHING TO DO with you, MR RENZELLO! Despite this you continue to contact me;

In providing evidentiary support in this document, of your vivid imagination and obsession **I would like to remind you and the court you stated your business was NOT profitable ten years ago and now you states you have invested 1.2 million, into the business?  If this is true GREAT!  This means you have been paying substantial taxes over these past years and this helps all of us and helps our nation.   You must be or have paid substantial IRS taxes this is good as the Courts allowed you to file this frivolous litigation on the taxpayer dime so it is good you are paying this back with over 1.2million in claimed income and investment.**

Your rants go on for pages and pages and pages, out of the interests of protecting YOU and YOUR obvious delusional state and not to sensationalize this matter to a point where media would have an interest; although I bet after these documents are made public via PACER the media will have an interest.  After actually having an opportunity to review some of your messages I further submit if you don't seek mental health help an authority may very well STEP in and force you into treatment or assistance, Damian I don't know what to say what your doing makes no sense and is BIZARRE:



One common theme with all your messages appears clearly and convincingly to any NEUTRAL third party; you, **Mr. Renzello view yourself as a Victim constantly,** whether in this action or other court cases or investigations by the Vermont Attorney General's Office. You are <u>always the victim, and unable and unwilling to let go, not dwell and MOVE ON, life is too short.</u>

Mr. Renzello your persistent messaging can range for delusions of grandeur to millions of dollars in lost revenues to a business that has by your own volition never been profitable in nearly 20 years, to begging for friendship, to threats that your brother is a Boston Mafioso (mafia member) and your part of the mafia; you claim you are a prospect for the Hells Angels, you make claims to have orchestrated an ARSON of a historical building (involved in a Federal Court Case before Judge Murtha) and owned by John Fiore who you claim is your brother; <u>you talk of being molested at the age of 10 and thinking about suicide hundreds of times a day,</u> **you talk about wanting to put a bullet in your head and trying to stay strong,** you talk about how your such a good guy and well liked; you talk non-sense about having deals for millions of dollars with the Boston Bruins and Red Sox, you are delusional.

STOP think about what you are saying and how none of it makes any sense!   You blame me for your short comings in the forerunner TV show to SharkTank called American Inventor, have you STOPPED and gone back through the court case and looked at Paper 78?   Please do it NOW … stop reading and go look at Paper 78 of the litigation, after looking at it ask yourself do you really want to bring all this up again? What if you have a new idea and want to go audition for SharkTank? Don't you think you want things to settle down and be in the past? Or do you really want to relive the entire court case again? MOVE ON WITH YOUR LIFE, CLOSE THIS DOOR, OTHER DOORS WILL OPEN.

Mr. Renzello I am concerned at this point that you have actually written some of the negative things online about yourself as a CRY for HELP?

# For you to now all of a sudden issue claims to have been molested at the age of ten (10)?

This is a new revelation for me personally given the new victimization claim of being molested at age 10, and struggles with drugs and alcohol, and suicide I wonder if you could be the source of the negative reports about yourself?

Perhaps as a means to somehow bring you sympathy, attention and keep this unhealthy delusion alive in your head that some how Mike Nelson is doing everything, and is the reason you are apparently unsuccessful?

## <u>ARE YOU CRYING OUT FOR HELP?</u>

If you are fine. But this is NOT the way to get help. I will NOT give you any more time or money! I am NOT a mental health professional and cannot cure mental defects or psychological issues from your childhood regarding your alleged molestation at age 10.

I HAVE MOVED ON WITH MY LIFE! YOU NEED TO DO THE SAME!

Either the State of Vermont or the Federal Court can assist you with your psychological issues as they relate to your new victimization claim of being molested at the age of 10 and the obvious lifelong psychosis it has caused.

While I could go on and on in the interest of time and expenses to YOU, the Courts, and myself, I will limit this response so that if perhaps you are up to it you can read the Online Reputation Management guide I have prepared for you as part of this "cure"

document, you are incorrectly attributing all your shortcomings and failings to blaming me and you are continually crying foul and playing victim.

Mr. Renzello, whether it was your dealings with Chuck Ramando, the Vermont Attorney General, Allen Kelly, Bill McIntosh, Donald Routhier, David Bookchin, Mr. Gable, you play victim in each and every case claiming everyone has done you wrong.

This is NOT the case. Please STOP playing victim; PLEASE STOP lying to the court especially in court documents. Please stop trying to re-write history with the changes in the dates you provide in your Exhibit C of the motion my father received, I spent a couple of hours this weekend going through the points of your Exhibit C and correcting the dates, Damian there are COURT CASES, there are documents in this very litigation, for example paper 78 on the Inventor TV Show which was the forerunner to the current SharkTank, these documents have DATES on them, there were newspaper articles which obviously contain dates, when you file paperwork with the court which you PURPOSEFULLY Miss-State dates it goes directly to your credibility and the fact I have had to spend two hours of my life going through and writing a response to your motion and correcting the dates on your Exhibit C history is WRONG it is an unfair waste of my time and that of the courts.

It is additionally UNFAIR to you as you realize all these filings are just tons and tons of more content which is public record content and entered to the search engines. You are doing yourself no good here, you are literally your own worst enemy.

If you can clear your head enough and leave things in the past, you can be successful and a tax paying citizen at something!

After reading the posting your complaining of and re-reading and sharing with professionals your assertions in your Facebook messages, it really does appear like you could be posting things online about yourself in order to keep a court case going? In

either case I **HAVE NOTHING TO DO WITH IT, YOU NEED TO MOVE ON WITH YOUR LIFE!**

**Here are some facts I found regarding sexual abuse, you claim to have been molested at age 10, this could be the reason for your psychosis ...**

Damian, this is a brandnew claim, you claim to think about suicide several hundred times a day, and you have written messages about putting a bullet in your head; all the while you have also flip flopped between attempting contact through really nice messages, and holding yourself out as an angel, and spouts of violence with outbursts with crazy threats of violence.  This seems BiPolar, perhaps drug fueled?

Here is some information on sexual abuse / child molestation:

"Child sexual abuse victims report almost four times as many incidences of self-inflicted harm."    Sexual abuse victims are more likely to abuse others.

## If MOLESTED it wasn't your fault, don't HARM yourself OR *Others!*

You are insanely obsessed, and are lashing out with defamation, seeking sympathy, you threatened to harm yourself and others, you constantly claim to be a victim.

Damian, lets not relive the past, do I really need to present the news articles from the Barre Montpelier Times Argus newspaper which quote Debra L. Leahy and the Deputy Secretary of State?  Terry Trono unfortunately has passed many years ago, but we both know you had conversations with him regarding **YOUR violations to the Consumer Fraud Act**, and Debra Leahy is believed still in Vermont and could be called to confirm her statements to the Times Argus.  PLEASE STOP LYING.

Understand yes a news article was crafted and sent out, a content writer sent it out after one of the threatening conversations with David Putter a conversation which prompted a letter to you and Mr. Putter, filed with Judge Murtha outlining the threats made, you

remember David Putter, your attorney at the time?  If it wasn't for Mr. Putters statements in front of witnesses during a phone call this article would not have been published, but it happened it was in the past, covered by the settlement, move on!

The News Article was released on 7 March 2007, MONTHS prior to Settlement

http://express-press-release.net/35/Fraud%20Against%20the%20Government%20is%2 0Rampant%20in%20Vermont%20According%20to%20Court%20Documents.php

A copy of this article is also attached hereto for reference in the Court documents and attached again in several other filings made herewith to the court.



The Federal Magistrate stated very clearly during our ENE, that this was in the PAST and nothing could be done about it and we need to MOVE on ... I have NO CONTROL over someone who re-prints parts of this article.  BESIDES everything in the article can be PROVEN, with the exception of whether or not Debra L. Leahy is the daughter of

Senator Patrick J. Leahy and I do not believe it is a true statement that a Senator can nominate a Federal Judge, it is my understanding that ONLY the PRESIDENT of the United States of America can nominate a Federal Judge who is then confirmed by the Senate.  In either case I did review some of the facts and provided confirmation for them pointing directly to PUBLIC documents in this case and in the USCA appeals Case and in the Rule 22 Motion to the USSC, I did not review the final document nor disseminate the same.

It is in the PAST it pre-dates our settlement, leave it alone and it would have died 8 years ago in the search engines!  **STOP BEING YOUR OWN WORST ENEMY!**

Mr. Renzello has an overactive imagination and feels he can EXTORT money from people through threats of violence, threats of damage to persons, children, property and loved ones.  Mr. Renzello watches too many movies or TV to think he can LIE his way through court proceedings and commit fraud in order to trick a court into taking adverse action against a person without proper notice or the opportunity to be heard despite as is evident in the court proceeding paperwork that Mr. Renzello had plenty of access to proper notice and contact.

Damian:

If you do not like the suggestions I have provided you regarding "cure", I am sorry, but I have racked my brain as to how to address things which are of concern to you and which I have NO CONTROL OVER!

Damian, I am open to your suggestions as to how you would like me to "cure" the issues you have.

I CANNOT remove things which I did not write on websites I do NOT own.

I can continue to have NO Contact with you and I can continue to ignore contact you try to make to me or my family, however, if your contact continues in violation of the settlement we too will seek court orders and law enforcement intervention to curb your illegal activities.

## I WILL NOT STEP IN AND FIX THE BUSINESS AGAIN!

## I WILL NOT PAY YOU ANY MORE MONEY OR INVEST ANY MORE MONEY OR TIME IN YOU AND YOUR IDEAS OR BUSINESSES!

## MY FAMILY INCLUDING MY PARENTS WILL GIVE YOU NO MORE MONEY OR TIME.

If there is something which I can actually do, to provide you with the "cure" you need besides the recommendations which are herein and attached herewith.  Please tell the Court and if it is reasonable and the Court agrees it is reasonable, then I will try to do it so that you can move on with your life and STOP the obsessing, stalking, harassing of me and my family.

I would request you stop defaming my name and CEASE and DESIST with your defaming postings on the Internet, it makes you look like a crazy person.  The things you are writing about me are UNTRUE, you are writing them KNOWING they are untrue.   I know you cannot remove the things you have already posted about me all over the Internet, so I would simply ask you to STOP and also stop clicking on them as you just keep

increasing their page rank causing them to continue to be listed in the search engines!

<u>There is one posting however, which you DO have the Power to REMOVE:</u>

<u>https://www.facebook.com/BBBconnection/posts/10151975917395830</u>

https://www.facebook.com/BBBconnection/posts/10151975917395830

New folder | Toshiba | Re-login | er'5***************** | Login | Scalable Path | Delta Extranet | Getting Started with

Search Facebook | Michael

**Damian John Renzello ▸ Better Business Bureau of E. Massachusetts, Maine, Rhode Island & Vermont**
June 19, 2013

My name is Damian Renzello, I am 43 years old I have been building a portable ice skating rink business for the past 17 years ... my problem is this Guy on line Mike Nelson from Massachusetts he's an internet genius and he's been using it to attack my self and my Vermont business, of 17 years. My business you can check out WWW.PortaRinx.com for info about my self you can check out WWW.DamianJ.com. to see the nasty things he's writing against me simply type in Damian Renzello or PortaRinx and you will see what he's doing to me and my self made business. Please help me! Thank you for your time BBB
Damian J. Renzello

Like · Comment · Share

**Better Business Bureau of E. Massachusetts, Maine, Rhode Island & Vermont** Hi Damian, unfortunately BBB does not have any legal aid and cannot assist with this situation. I would suggest that you get some legal advice from a trusted source. Thank you -Sarah
June 19, 2013 at 6:30pm · Like

**Damian John Renzello** thanks Sarah ...
November 16, 2013 at 3:03am · Like

Write a comment...

SPONS
Get a S
Shoppi
Get a S
no cont
Use
Trendi
Fashior
Look,
Yaritza

I wish you good luck in any of your endeavors and hope that you move onto more productive uses of your time and efforts. Please stop dwelling on the past, if your statements about killing yourself and your brandnew claim to have been molested when you were 10 years old and your life long

suffering with drug and alcohol abuse are true, I HIGHLY encourage that you seek the long-term professional mental health guidance which will help you deal with the obvious long-term severe psychosis you are suffering from the effects these claimed traumas have had on your person.

As to CURE of the issue you complain of with USComplaints.com I would suggest reading through the analysis incorporated in my opposition filing to your most recent motion which my father received.  I am without any of the other motions, complaints, orders etc. I will request them and will respond at length to each and every one of your concerns; HOWEVER you should be fully aware that each response I make is another document with more content that is entered to a PUBLIC court docket in a Federal Court and just goes to further agitate and add content to other online postings.  You have the POWER to stop this and you have the power to move on to other things in your life, this is helping no one especially yourself by carrying on.

Sincerely Yours,

27 Aug 2016

Michael Nelson

attachments incorporated herein by reference, this document is to be filed in the public court record.