# How to Deal with Negative Comments Online

An example of how NOT to deal with online comments and how to only make matters worse:

http://popsci.typepad.com/popsci/2007/01/episode_31_home.html

Here is an example of how things are viewed by others:



Just a bit of advice for the business men that are commenting here, your behavior online is completely unprofessional. I would not purchase from anyone who slanders another person on the internet. That goes for both of you. If your product is so great you will not have to draw attention to yourself by slamming someone else. I would be afraid to do business with either one of you. Now you can go ahead and slam me, then any potential customers will see that to disagree with you would be a big mistake. God forbid you get a customer that is hard to please, what would you do to them??
Grow up guys, if you want to grow your business leave this stuff in the playground where it belongs.

Posted by: Sam | July 20, 2010 at 08:35 AM

This is from one of the lengthy blog posts where it looks like you are fighting everyone Mr. Renzello.  What is interesting is the comment: "your behavior online is completely unprofessional" and it goes on:  "I would not purchase from anyone who slanders another person on the internet."

Can you understand how you look in this blog string? "then any potential customers will see that to disagree with you would be a big mistake. God forbid you get a customer that is hard to please, what would you do to them??"  It appears the answer of what you DO to anyone that is upset or hard to please is to rather than address a concern immediately you resort to slandering "Mike Nelson" and liking all comments, difficult customers, complaints, criticisms or anything which you don't agree with as a comment made by "mike nelson".

NO ONE can possibly believe that every comment on the Internet that criticizes you has one source.  Mr. Renzello you look like a complete nut, you can't run around and blame others and act as the victim in every instance.

If you don't like an online discussion about you then DO NOTHING, it will never be seen.  If you insist you want to do something then BE PROFESSIONAL, Don't Slander someone else don't be angry at the customer, don't cause more and more comments.

Mr. Renzello you could have handled this entire blog exchange differently, you CHOSE the worst possible way to deal with a person, who was and is NOT me, you responded to some guy upset at you apparently about you jumping all over some other blog post with liking his comments to being me, this just makes matters worse.

What if you had not responded at all?  Most likely people would only read the article and not read any comments!  And if the 1 in 25 people read the comments they would read the

comment from the guy talking about a rink built in 1971, which For Your Information I was not born until 1975! You could have replied to the comment with something like:

"Sometimes you can't make everyone happy. My name is Damian Renzello, I run the company Porta Rinx, as far as I know I am the only company which uses this name. I have been in business since _____, I am very sorry if I jumped on another post from you on another site. I am always happy to hear about others building outdoor rinks and I have a number of products which can help you or anyone else who builds an outdoor rink themselves. Please contact me for more information and I would like to offer you or anyone else who reads this post a 5% discount off your first purchase if you mention: PopSciBlog1"

If you had responded with something like this then you could track how many people actually read your blog posts. You make the previous comment look like a complete crazy nut case. You don't bait the person into a fight. You totally stop any further comments and you make yourself look professional and upstanding.

When someone writes something you think is wrong or you don't agree with perhaps respond with a simple one sentence:

"Hi this is Damian owner at _____ I'm sorry you've had a bad experience, and how can we make it right?"

How can anyone respond poorly to a business owner that is directly apologizing and asking how to make the situation correct?

It leaves people NO WHERE to turn. Anyone reading it immediately says to themselves: "WOW what a professional company, I want to do business with a company that apologizes and asks how they can do better or how they can correct the situation".

NO ONE wants to do business with a company that slams other people. The fact you run around liking anything online to "mike nelson" makes you look crazy and no one will want to do business with you, this is very basic etiquette.

Engage in "white hat" SEO and PR. If you have a good SEO resource you can trust, go ahead and populate the Internet with a few search engine results that respond to the allegation in a non-emotional and professional way, i.e. "I don't believe this allegation is from a real customer—I've never had a customer of this description nor would we ever treat a customer in this way." Also, redouble your efforts in legitimate and positive PR.

Robust and favorable content about your business will be especially valuable when a bad issue strikes.

Most search engines and web blogs will immediately REMOVE any URL or posting if a court has ruled the content is defamatory.

Get court orders that declare material is defamatory and give the orders to search engines who will often delete the URLs containing the defamatory material from the search engines.

Mr. Renzello, when you go off saying the comments are from me and they are NOT. Then you don't accomplish anything.

You require me to FIGHT and run through all the comments, stand my ground, stick up for myself and explain they are not my words.

You force me or others into proving what content online is true and what we have no idea about. You set yourself up for a "chilling effects" story piece.

NO GOOD COMES FROM THE WAY YOU ARE PROCEEDING!

Online reputation management starts with thick skin if your going to do it yourself.

It starts with a balanced mind. You can't be emotional. You can't lash out, as soon as you reply to a negative posting or an upset customer your comments are immortalized and you become your own worst enemy.

You could have quitely gone to a court and removed ANY comment which a court ruled was untrue. But now we have a FIGHT on our hands. You have LIED and said comments are my words and they are NOT! You have defamed me all over the Internet.

It would appear you want to FIGHT with people rather than live your life.

HOW Can you expect anyone to view your response to negative issues online to be just or proper? You have lashed out and defamed another.

You have set up a situation where someone needs to defend comments and submit the comments are not their words, which they ARE NOT!

You have set up a situation where we must research and submit documents and evidentiary support regarding some news article which PRE-DATES the settlement!

If you had gone to a court and even LIED and said the article was untrue, and not notified me or anyone else it would get removed from the search engines! Probably removed from web hosts.

BUT NOW?   Now you have a situation where I must defend my name in Federal Court documents, I must enter tons of facts and newspaper articles and other information. Now if any search engine removes any content which is in dispute they look like they are conducting censorship and they don't want to be viewed as doing that.

Damian life is 99% what happens and 1% how you react to it ... in all the cases I have seen so far you are using the 1% of how you react to things to control the 99% of what happens to you specifically.

Have a PMA = Positive Mental Attitude

Go out and be a good and happy person, good and happy things will find you.

If you go out and slander people and defame them liking any unhappy person to being me or even any other single individual you are focusing your energy on negativity and are not being rational.

NO ONE, not me, not the court, not anyone reading any of the comments believes that every negative thing about Damian Renzello or PortaRinks has to do with one individual!  NO ONE believes this, but you.

Damian you are the only one that cries victim and blames everything bad that happens to you on a single human being.  It is irrational and delusional.

You need to change this in the way you act!

Bottomline is you are fighting yourself rather than helping yourself.

Looks like nearly all the negative or potentially negative information online could have been negated by simply responding positively to anything which you think could be negative!  When you are positive it leaves people no where to go.

One really good thing about the content I have seen so far is it all is on two sites:

Typepad and Blogger

Why is this good?  Cause if you act level headed there is a really good chance you can get it removed!

Try contacting the owner of a blog and saying it is sensational content which is untrue, if in fact it is, and DO NOT threaten the person explain calmly why you think they should remove the content you object to.

The next thing is you can contact Blogger directly regarding information on blogspot

In fact rather than responding to it you can just contact them and they typically will remove negative information Blogger is a Google Company, sometime they will even remove information from the search engine Google as well!

However, when you blame the content on me and then file court motions which are untrue I must FIGHT and then more and more content is created and the circle never is broken.

It is hard to tell what you really want.  It would appear you like the drama and enjoy getting on a soap box in a court room.

If you really wanted to move on with your life and wanted negative content removed you could make it happen.

Why haven't I taken you to court?  Cause I have chosen to ignore you, for this exact reason you want a soap box and want drama and fights … I do not!

But now that you have dragged me into a fight I have little choice other than to engage a fight with you and argue the content is NOT mine cause it is NOT and then to find what areas of the content is true and fight that it is true.

This is a NO WIN situation.

Mr. Renzello if you were truly concerned about your online reputation you would go about your life in a totally different way.

At the end of the day you will not make money by suing people. Typically courts are there to decide real cases and real disputes which actually involve REAL losses not made up millions in your head.

Here is an example of how one person I know dealt with extremely bad negative comments:

I know a restaurant owner who had a woman post repeatedly that he tried to "kill her" with food poisoning and made all sorts of claims against his restaurant and business. Rather than responding to her he ignored the postings for months and anytime a customer mentioned them he invited the customer to write a review about his restaurant after their meal, when the review was sent the owner then sent the customer an unexpected coupon for a free dessert, some of the reviews were outstanding some were not, some only mediocre, some were poor. The guy then put them online and posted a single response back to the woman, pointing to all the reviews, HONESTY is the best policy! Not responding to online statements with drama and crying victim and defaming another person blaming everything on the other person!

This is from Cnet as things to do:

1. **Here's how to manage your online reputation all by yourself (for free).**
    1. Google yourself. All good online reputation management begins with a search. ...
    2. Scrub your Internet presence and beef up your privacy settings. ...
    3. Consider changing your name. ...
    4. Build your brand. ...
    5. Stay vigilant.

Engage with online reputation management companies if you can't spend the few minutes it takes to handle your own online reputation management.

We all have negative things out there some true some not some questionable. The worst thing you can do is make yourself look crazy and unstable! Don't defame others, two wrongs don't make a right as the old adage says.

So if you have someone upset at you or something doesn't go your way don't hall off and blame it on "mike nelson", that everything online and offline is the blame of one person.

And when you go off and blame things on me you have done so in a way which you have disseminated UNTRUE, FALSE, DEFAMATORY, VILE things about my person which you have done so knowing they are untrue, knowing they are defamatory and knowing they will injure my professional name.

Damian, you are being your own worst enemy ... please stop making everything worse.

Here is a diagram to help you, no one is going to do it for you:

