> **Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others**

| | |
|---|---|
| Jeffrey S. Eaton Clerk of the Court<br>US District Court Room 506<br>11 Elmwood Avenue<br>Burlington, VT 05401<br>Telephone: (802) 951-6301<br>Mailing Address:<br>US District Court<br>P.O. Box 945<br>Burlington, VT 05402-0945 | US District Court<br>204 Main Street, Room 201<br>Brattleboro, VT 05301<br><br>US District of Vermont<br>Hon. J. Garvan Murtha<br>P.O. Box 760<br>Brattleboro, VT 05302-0760<br><br>File No. 1:05-CV-153 |

Regarding the Settlement of the Case: Renzello v. Nelson circa 2007

<u>To the Clerk of the Court in Brattleboro and Jeffrey S. Eaton Clerk of the US District of Vermont:</u>

Enclosed you will find a number of documents, for PUBLIC filing to the case as referenced: These are all to be placed in the PUBLIC record of this matter, and presented to the Court.

Mr. Eaton,

The US District of Vermont has NEVER seen my person on the Offense, as the plaintiff in the District before. The only thing the US District of Vermont has ever witnessed is my person on the defense and seeking to eliminate consternation and untoward delay in proceedings.

It has been a great number of years more than Eight (8) years since I have had the necessity to file anything with the Court, despite having settlement agreements violated numerous times against my person and family. I have always chosen the higher moral ground and have ignored the harassment, violations to settlement agreement, extortion attempts, contact etc. by Mr. Damian J. Renzello and cohorts like convicted domestic batterer Gordon Bock.

While ove               received                          aceived a bizarre filing via a motion sent by Damian J. Renzello, this was the FIRST I personally or anyone in my family heard of such an action. Since its receipt and subsequent investigations working under my charge and various                                        Employees, we have collectively determined the actions and proceedings in the US District of Vermont appear to be a return to similar biased proceedings we witnessed nearly a decade ago.

While we are equally willing to dispense with further litigation, consternation and untoward delay in the resolution of matters of concern to others, we simply cannot allow the actions which have occurred during 2014 and 2015 to remain without corrective action via court orders docketed to the public record in this matter.

1

Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others

I received a copy of Order of the Court Paper 179, fro~ ~~ ~~~~~ We are deeply troubled by what the Order contains. Given the absolute proof as we know it.

Enclosed herewith this letter please find the following which, were caused to be sent to the person of the plaintiff in this matter Damian J. Renzello at: 1325 Route 14 South East Montpelier Vermont 05651   See USPS Certified Mail:  9502 8000 2708 5247 0006 23

[1]

# Memorandum Regarding the 7 March 2007, publication of a News Article Titled: "Fraud Against the Government is Rampant in Vermont According to Court Documents"

[2]

MEMORANDUM of Charges by the VERMONT ATTORNEY GENERAL's OFFICE AGAINST RENZELLO

[3]

Memorandum and Discussions as to Fair and Substantial Notice and Notice as Required by the Settlement Agreement of May 2007

[4]

Memorandum of "Renzello's PURPOSEFUL linking to articles he complains of has actually caused all the issues he now complains of to the Court"

In addition to the FOUR (4) listed Memorandum's of third party evidentiary facts and supporting case law also filed herewith are several motions:

> Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others

1. Motion to be Provided with a Copy of the May 16, 2007 Settlement Agreement; as I simply do not have it readily at my disposal

2. Motion for a copy of the Transcript of the Hearing held without notice to the Defendant Hearing Held 7 May 2015; and the defendant so does inform the Court: also included is NOTICE of instant appeal and Rule 22 motion to USSC if denied

3. Motion for all customers/clients of Porta Rinx and Bambini, Damian J. Products, Damian J. Renzello, Vermont Roof Wash, Outdoor Fun Store and all other entities linked to Renzello;

4. **Motion for Corrections to Orders for the Preservation of the Integrity of the Courts, Public Servants, the VERMONT ATTORNEY GENERAL, and the <u>Defendant</u>**
as well as to Preserve the Protection of the Vermont People and the <u>Citizens of these the United States of America with regards to ACTIONS taken against DAMIAN J. RENZELLO by the VERMONT ATTORNEY GENERAL for violations of the VERMONT CONSUMER FRAUD ACT. 9 V.S.A. et. al.</u>

ALL THE ABOVE EIGHT (8) filings were also sent to Mr. Renzello.

Mr. Eaton:

Much has occurred in my life over the last eight (8) plus years. I do not wish to return to a position with the Court which causes needless motions to be filed when it is in the interests of substantial justice to simply request certain documents and procedures and costs from the Clerk's Office as we do regularly with other US Districts and special Fed

3

It is my personal hope the US District of Vermont would like to consider much of the consternation which occurred over eight (8) years ago, colloquial water under the bridge. I realize this may be difficult to do when Damian J. Renzello is constantly bringing up things from the past which have no bearing on the present day. However, I would certainly like to try.

I have caused to be sent a series of motions and motions in opposition as well as other memorandum which I believed would resolve the issues as I understood them from the motion my parents received. With that filing I also caused to be filed two (2) SEA

J. Garvan Murtha, those SEALED letter and motion had with them

> Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others

Federal Judge. Over a week has passed and the Federal Judge and the Court has failed to take the actions as

This is of alarming concern.

Additionally, I would like to request copies of EVERY filing, Order, Motion, Memorandum, transcript of hearings, name of court reporter etc. of whatever nature to be furnished forthwith to my person as I have not received anything since this case has settled. I request ample time to review and respond at length to every filing made which I have NOT been noticed regarding.

It is evident the US District of Vermont Federal Court does not feel the protection of                ationals                                  pursuan
                       ; I am informed the US District Court has unilaterally declined t

home address has therefore been completely compromised and as a

4

costs ,
forei

**Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others**

Michael Nelson; 5619 Deer Creek Falls Court, Las Vegas, NV 89118

The US District of Vermont should it warrant scrutiny
2014 and 2015 and so cause additional proactive litigation to preserve rights is a
decision which should ___ ..fe time appointed Federal Judge.

In addition to being provided the documents as requested, in the motions as well as
AUDIO Recording of hearings and the court reporter for such hearings; given the real
likelihood of a multitude of various levels of appeals, in this matter we would like to
request the following from your offices:
1. The most up to date copy of the local rules of the court
2. The Cost for Appeal to the Second Circuit Court of Appeals
3. <u>Proof of service and all documentation regarding all notices of non-compliance with settlement, certificates of service, service process agents used and ID numbers of all US Marshals used during each service of process and notification of hearings, proof of mailing of each notice as an analyst noted the following screen shot from the docket of the case:</u>



**183** Filed: 7/23/2015, Entered: 7/23/2015 — Mail Returned
MAIL RETURNED as Undeliverable re: [179] Order granting [169] Motion to Enforce Judgment; denying [169] Motion to Hold Defendant in Contempt ; denying [169] Motion to Weigh Damages ; granting [169] Motion to Allow Plaintiff to Have a Friend Assist Plaintiff in This Cause; granting [169] Motion to Have Court Enforce its No-Contact Order ; denying [169] Motion to Extend the No-Contact Order to the Unpaid Friend. Mail sent to Michael E. Nelson (Attachments: # (1) Document No. 179) (esb)
Request

**182** Filed: 7/23/2015, Entered: 7/23/2015 — Mail Returned
MAIL RETURNED as Undeliverable re: [176] Order on Plaintiff's Motion to Seek Hearing on Enforcement re: [167] Agreement and Consent Judgment. Mail sent to Micheal E. Nelson. (Attachments: # (1) Document No. 176) (esb)
Request

**181** Filed: 7/23/2015, Entered: 7/23/2015 — Mail Returned
MAIL RETURNED as Undeliverable re: [174] Order on MOTION to Enforce Judgment, MOTION to Hold Defendant in Contempt, MOTION to Weigh Damages, MOTION to Allow Plaintiff to Have a Friend Assist Plaintiff in This Cause, MOTION to Have Court Enforce its No-Contact Order, MOTION to Extend the No-Contact Order to the Unpaid Friend. Mail sent to Michael E. Nelson (Attachments: # (1) Document No. 174) (esb)
Request

**180** Filed: 7/23/2015, Entered: 7/23/2015 — Mail Returned
MAIL RETURNED as Undeliverable re: [172] Order on Motion to Proceed Pro Se, Order on Motion to Substitute Attorney. Mail sent to Michael E. Nelson. (Attachments: # (1) Document No. 172) (esb) Text clarified on 7/23/2015 (jlh). Text further clarified on 7/24/2015 (law).
Request

<u>Certainly if the US District of Vermont did cause mail to be sent to my person and said mail was returned, I would have a right to know what address the mail was sent to, the dates the mail was sent, the method and means to send them, there should also be evidence as to postal markings etc. We will use all resourc</u>

5

Govern [redacted] to determine, why the Court docketed all these returned pieces of mail simultaneously on the same date. I personally am extremely distraught and upset that so many filings could be made and so many orders and actions taken without any semblance of notice to my person being m

> **Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others**

4. For the location of the Court Case of the Vermont Country Store v. Nelson and Goldman as I am told this case is unable to be located in PACER or in Plainsite and other Public Access to Court Records systems; it is held as a general right of US Citizens to inspect and copy public records and documents specifically those filed in a US District Federal Court. I am hopeful additional litigation and/or motions will not become necessary to locate these files, we are equally hopeful litigation will not become a necessity as we believed settlements were honored by the Court and due process and constitutional rights/protections preserved.

5. For the Location of a Federal Court Case involving John Fiore and a building in Barre, Vermont which subsequent to the Court case burned to the ground. This court case was believed also presided over by Judge J. Garvan Murtha, circa 2006 / 2007.

**All constitutional rights to petition the government or judiciary for redress of grievance in violation of: 1st, 4th, ~~ ~~, 14th and/or other amendment rights are herein forever preserved.**

The Federal Magistrate, Judge Jerome Niedermeier (not sure of the spelling exactly), who handled the ENE in the matter of Renzello, had made it clear the settlement covered all actions prior thereto, the date of the settlement, in fact during those settlement discussions in ENE conversations were had regarding the news article printed more than two (2) months prior to the settlement discussions, on the 7th of March 2007. During the ENE the the Federal Magistrate, stated that the news article of 7 March 2007 should be considered included in the settlement as it happened prior to the settlement discussions, this is only logical and fair. It would appear the Court has now thought differently and brings into question whether any settlement is actually good in the US District of

Vermont, for these reasons I MUST review the case of the Vermont Country Store.

During [Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others] vast number of law classes                          g an extensive litigation regarding the trademark of the Vermont Country Store as I believe I was mistreated in that case. As I saw it Mr. Renzello would never have a case in the US District of Vermont Federal Court had I not settled the case with the Vermont Country Store. **I made a mistake on how I dealt with the Vermont Country Store.** I went out to get legal opinions and assemble a formal                              everything you would expect in preparation offensive filing          trademark. At the end, I decided it was better to move on to more productive things in my life, as no real good comes from destroying someone elses business even if I believe they set out to destroy my life. Now I wonder is that settlement also in jeapordy in the US District of Vermont?

Next in my life, while working on my own personal therapy with regards to the Vermont Country Store case                    should I ever need to file, I turned to fix a problem                       as I saw it with the Constitutional RIGHTS of the people. During both the Vermont Country Store case and the frivolous action by Mr. Renzello, I believe in my heart, the court was unfair, I had a number of constitutional rights stripped from me, I believed those were rights which were GUARANTEED, rights my forefathers FOUGHT and in many cases lived lives of per

Right or wrong in my thinking, this is my belief on what occurred. Even though I believe the court violated my constitutional liberties, and speaking from the bench with orders and in written orders, I have always followed each and every one of them. Even those which stripped my guaranteed constitutional rights from my person. Even though I believed the orders to be illegal and in violation of my rights I followed the orders because I have reverence and respect for the law and the courts.

Realizing after the settlement of the Renzello case I will never again be able to work on the internet building store fronts, owning domain names or be taken seriously given the news articles from the Times Argus Newspaper and all the legal filings and threats upon threats levied by Renzello and his attorney David Seth Putter                    chnology.

7

I sought out to use my intelligence, creativity and my skill set in cryptography
~~~~~~~~~~~~~~~~~~~~~~per similar to the one written for the D~~~~~~~~
Informat~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ win the war without losing a life.

The new paper and discussions I wrote had to do with a <u>Decentralized Autonomous</u>
~~~~~~~~~~~~~~ even created several and proved this is a viable and working model in a controlled environment.

About the same time parts of my writings
emerged a paper which was simil~
specific use in the creation
commonly refers

~~~~~~~~~~~~~technology, the te~~~~~~~~~~~~~~~~~~ ystem referred to as the
~~~~~~~~~~~~:hnology is unique and highly decentralized.

**My purposes were to create a means by which "We the People" could achieve true protections under the Constitution in the face of tyranny.** Yes I believe in my heart no matter what I said or wrote I was ignored and treated unfairly by the US District of Vermont; Richard Paul Wasko stated numerous times "Judge Murtha is above g-d".

Now the <u>court and everyone knows the inspiration behind</u>~~~~~~~~~~~~~~~~~~
fro~ | **Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others** |
oth~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ кept up with the decentralized
~~~~~~~~~~~~~ι, a form of artificial intelligence, not truly intellig~
according to a set number of rules, yet it can replicate and after cri~
~~~~~~~~~~ıment.  In fact it is truly autonomous and completely

I had no idea that what I was working~~~~~~~~~~~~~~~~~ used and be so dangerous to our way of life.  I was blinded by a problem I saw and working on a solution.

This is worse than a science fiction movie (and I can't stand sci-fi);
application programs are now a reality, despite auditing law classes and writing the lawsuit for the termination of the Vermont Country Store trademark, **I missed a huge understanding of the reasons for the courts, because I was blinded by the bias I suffered in what should have been simple civil cases.**

I never actually got to present my side, in either the Vermont Country Store Case or the Case with Mr. Renzello, I was always on the defense; in the Vermont Country store case: where I created a little store front called Montpelier Country Store and used the word "Vermont", later in it as I was getting inquiries from Louisiana, regarding a tiny town with less than 300 people. If only I had been given the opportunity to be heard, how things might have been different? If only the clerks had read my filings and not tried to antagonize and instigate me, how things might be different today?

Who knows it is in the past, I have left it there, unless I need to revisit it this time I am prepared. As I said at the onset the Court has never seen me on the offensive, only the defense, or seeking to innovative overcome, inventing and creating solutions to the problems I see. I love all Americans equally, you, Judge Murtha, Mr. Renzello, his cohorts, tirelessly



In creating                      ystems they were designed to prevent, essentially the usurpation of fundamental liberties and rights of "we the people".

                          ... were designed to prevent centralization of power and control causing corruption and purposeful actions to deny the Constitutional rights of the people by the actions of tyrants. For this court to believe anything that comes from Mr. Renzello after he has obviously perjured himself in hearings and tricked the court into Order paper 179, which contradicts the Vermont Attorney General, is exactly the type of action which I sought to prevent from ocurring again. Here is a link to an example of some information which is in t    .

The failure of the court to properly follow                                          ie
Sealed Motion and Sealed Letter
Murtha AND the constant harassing and intimidating actions of Damian J. Renzello in spewing forth the order of the Court in paper 179 as a weapon against myself, my family, the Vermont Attorney General and various others has necessitated the enclosed filings and preparation of various levels of appeals and USSC Rule 22 motions in order to preserve the rights of the defendant, my FAMILY, the VERMONT ATTORNEY GENERAL, the VERMONT Secretary of State, the People of the State of Vermont, all US Citizens including the news media and freedoms of the press, the Judiciary of the United States of America and the government of these the United

States of America, which are all adversely affected by the continued actions of Damian J. Renzello and his claims about this Order of the Court in paper 179 of this action.

**There NEEDS to be a corrective ORDER setting forth the evidentiary facts with regards to Renzello and a specific area within the Order of paper 179 which the Court provides added emphasis by talking about at length and mentioning multiple times; specifically the News Article of 7 March 2007, which was discussed during ENE with the Federal Magistrate and now necessitates close examination of the Vermont Country Store case as well as the evidentiary facts uncovered during a multitude of Emergency Federal and State Freedom of Information Act Requests and Demands.**

**To provide you Mr. Eaton with just one area of concern attached hereto this letter please find a copy of an agreement entered into by Damian Renzello and the VERMONT ATTORNEY GENERAL; specifically Jeffrey Amestoy (also the former Chief Justice of the Vermont Supreme Court); and it bears the signature of his Assistant Attorney General Debra L. Leahy who signed on his behalf.**

**This document comes from The State of Vermont, Washington County Superior Court, Docket No. 354-7-94 Wncv this document on it's face refutes findings of fact in the Order of the Court Paper 179; due to the seriousness of the findings of the Court in the Order Paper 179 and the obvious bias which was presented and the obvious perjury the Court had to rely upon in its findings of Fact which are directly refuted by the VERMONT ATTORNEY GENERAL's OFFICE, given the FACT the document attached hereto came directly from the VERMONT ATTORNEY GENERAL's OFFICE and the Order of the Court in Paper 179 actually makes the statement:**

> "Some of Nelson's more specific allegations are more concerning. In perhaps his most pernicious action, Nelson fabricated a "press release" claiming a court accused Renzello of fraud and the Vermont Attorney General's Office investigated him for violating the Consumer Fraud Act, among other things. (App'x ¶ 4.) These false assertions "

Therefore the Order in Paper 179, which Damian J. Renzello is causing to be flung all over the Internet in the past week, directly challenges the authority of the VERMONT ATTORNEY GENERAL; it makes false findings of fact against my person with regards to the article of 7 March 2007; it even states:

"the Vermont Attorney General's Office investigated him for violating the Consumer Fraud Act ... [is] false assertions" EMPHASIS ADDED

Yet, Mr. Eaton you can plainly see that on pages 1 and 2 of the Docket No. 354-7-94 Wncv the Attorney General for Vermont; states:

"The Attorney General believes that this practice constitutes an unfair and deceptive act in commerce <u>in violation of the Vermont Consumer Fraud Act, 9 V.S.A. section 2451 et seq.</u>"

We trust you can plainly see why this is so concerning and even if the court were to consider vacating the order as it should under the 14th amendment due to Renzello's recent actions and his obvious willingness to flout agreements including this one with the VERMONT ATTORNEY GENERAL's OFFICE more than 20 years ago and continues to do so in this matter with me and my family today, simply vacating the Order in Paper 179, will not provide enough mitigation to me and my family and leaves us to wonder what other actions, or settlements will not be upheld with judicial fairness.

Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others

**<u>I cannot effectively perform my duties as I am away from our home in the United States for such long periods of time working for <span>home in the United States is compromised and w will lose our home.</span></u>**

**<u>WE CANNOT and WILL NOT accept simply moving forward and onward and forget the Order of the Court in paper 179 now that Mr. Renzello has it plastered all over the place.</u>**

You would not allow your children to grow up in it's shadow nor will we, if Corrective Actions and Orders are not taken, we will have no choice but to file the appeals, Rule 22 Motions and take all and any other lawful action under the US Constitution to correct and mitigate this vile and horrid injustice.

This most likely will include close examination of any other settlements entered into and correcting the injustices in those as well since it is obvious those settlements really are not worth the paper they are written on either; if such an injustice as the Order of the Court in Paper 179 is allowed to stand, without Corrective Order to the findings of fact contained therein.

While I did assert to the court the following: "I will refrain from filing additional motions until the court has an opportunity to review the documents contained herein and the presiding jurist has an opportunity to read the protected documents presented."

I am noticed that the protected documents under seal handled ; additionally I am also noticed the assertions made in paper 179, as compared to the

absolute proof tendered by the VERMONT ATTORNEY GENERAL's OFFICE after contact from the US AT.

Vermont Attorney General provided documentation which proves beyond any doubt Mr. Renzello perjured himself to allow the court to find in Order of the Court, document # 179 that the "assertions are false" of the Vermont Attorney General's investigation and actions into Damian Renzello for violations of the Vermont Consumer Fraud Act, see the attached document from the Vermont Attorney General.

<u>ADDITIONAL NOTICE regarding availability in the coming months, and request for ample DUE PROCESS NOTICE of further hearings and actions by the Court.</u>

**<u>The ONLY time I will be available for hearings during the remainder of 2015 will be from:</u>**

22 October through 9 December 2015.

I will be UNAVAILBLE for hearings from approximately 1 January 2016 until 26 January 2016; and now that the court knows this we are certain Mr. Renzello will as well and in typical fashion attempt to defraud the processes which were put in place to avoid costly expenses to the courts.

If this or any other matter is to continue in the US District of Vermont, I will continue to promptly notify the Court of my extensive travel schedule.

Obviously the more stress this court places upon my person and family; the less we are able to perform our duties, and thus the greater harm, is done unto the greater good.

Sincerely Yours seeking forgiveness and hope for the future,
/s/   1eui76d54kfhjUMIXIhide8d4ske0fdHYoopi45UyFWPIDU008JeG
Michael Nelson - defendant

**Documents Enclosed for Docketing and review by the Court:**
**4 memorandums of law with evidentiary evidence**
**4 motions of various nature**

Redacted per Law to protect SCI; SSI; CPI; LES under IIPA and others