U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP 10 PM 3: 31

BY_____
DEPUTY CLERK

United States District Court for the District of Vermont

Damian John Renzello aka Damian J. Renzello
Plaintiff

v,

Mike Nelson
Defendant

File No. 1:05-CV-153

## MOTION to be Provided with a Copy of the May 16, 2007 Settlement Agreement

Now here comes Mike Nelson, Pro Se and does so herein make the following motion as outlined in the title herein above. The necessity for this motion is that the defendant is without a copy of the May 16, 2007; settlement agreement.

The Agreement does NOT appear in the Docket record and it has been MORE THAN EIGHT YEARS since this settlement. Except for the occassional harassment by the Plaintiff the defendant does not think about this case and has moved on to BETTER things in life and enjoying family and friends.

The Plaintiff regularly quotes from the settlement agreement as does the court.

Since the settlement does not appear in the docket sheet of the case, the defendant so herein makes this lawful and reasonable request to be provided with a copy of the settlement agreement.

Generally the Defendant believes the settlement stated the defendant and the plaintiff will not contact each other (Plaintiff regularly violates this) and that neither party will interfere with the other or their business interests and the parties shall refrain from contact to each other and their

respective families as well as something about the defendant shall not manufacture portable ice skating rinks and that any deviation from the settlement terms requires the party seeking enforcement to send to the other party via REGISTERED mail notice and provide 30 days for cure of violation to the agreement.

WHEREUPON, PREMISES CONSIDERED, DEFENDANT PLEADS and so PRAYS for Relief:

In light of the court's most recent order, paper 179, with failure to notice the defendant and for the reasons delineated herein, the court ought:

1. Provide to the Defendant at the Defendant's address on record with the court a copy of the May 2007, settlement agreement entered into between the Plaintiff and the Defendant.

Defendant HEREUPON signs his hand at an undisclosed location, on this the 4th Day of September 2015:

Michael Nelson
in Proper Person
(ProSe)
Certificate of Service having caused the foregoing and attachments to be sent to the care of:
**Luellen Mcdonagh 1325 Route 14 South East Montpelier Vermont 05651**
(the return address on the registered mail letter received by my parents)